# 335165

Dr Ghady
# 6/A Kanner
Mrc

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Navigator of the Seas_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: CASTELLANJ | First Name: ALEIDA |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ███████████ | |
| City: ████████ | Country: ███████ |
| Phone Number: ███████ | Cabin Number: ███████ |
| Nationality: CUBANA | Date of Birth (MMDDYYYY): ███████ |

| Gender: ☐ Male  ☒ Female | Height: 5.4 | Weight: 238 | Marital Status: WINDOW |
|---|---|---|---|

| Email: | | | |
|---|---|---|---|

**Name of Person Traveling With:** LEIDA SOSA

| Date of Incident: 09/7/2019 | Time of Incident (HHMM): 19h35 | Date First Reported: 09/7/2019. |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 4 infront of Bellevos | Onboard: ☑  Ashore: ☐ |
|---|---|

| First Reported to Name: Joyce - Nurse | Date (MMDDYYYY): 07/9/2019  Time (HHMM): 19h45. |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 07/9/2019. | Time Medical Facility Visited (HHMM): 19h50 |
|---|---|

**If Not Reported Immediately, Please Explain Why:**

## List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

EXHIBIT 2



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Slipped on incline teft in front of Bolleros On Deck 4. fell onto left side. Pain left shoulder.

Guest unable to write due to pain

## What do you believe caused this incident?

## What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 07/9/2019 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Druefs  PN | Cabin Number: 6382 |

Page 2 of 2
Revision Date: July 2017



FORM #1 *Guest*      ROYAL CARIBBEAN CRUISES LTD.      Dr. Anisha

## GUEST INJURY STATEMENT

*Ship and Voyage No* __794__

#

---

**The following is to be filled by the guest in his or her handwriting**

---

Last Name __Moushigian__      First Name __Annette__

Cabin No. __8595__   Nationality __Armenian / American__   Date of Birth ▮▮▮▮   Age __72__

Height __5'4'__   Weight __160__   Sex __F__      Marital Status __m__

Occupation __Retired__      Country of Residence __USA__

Home Address ▮▮▮▮▮▮▮▮      City __Fresno__

State ▮▮▮   Zip Code ▮▮▮▮   Home Phone ▮▮▮▮   Work Phone __N/A.__

E-mail ▮▮▮▮   What type of shoes were you wearing? __Croc Sandles__

Do you wear contacts or glasses?   Yes (No)   If so, were you wearing them at the time of injury   Yes   No ▮▮▮

Traveling With? __Nelsene Dehanian__   Emergency Contact/Phone __Andrea Moushigian__

First Reported To __Bar Tender (5th Deck__   Reported Date __1·28·17__   Date of Incident __1·28 17__

Time of Incident __1415__ AM/PM   Date reported __1 / 28 / 17__   Time reported __1420__ AM/PM

If not reported immediately, please explain why _____

Were you injured as a result of the incident?   (Yes)   No

If so, please describe your injury. __Entire left side sore__

Who witnessed, was with you, or nearby at the time of the incident? __8 Other Guests__

Please state what you were doing at the time of the incident. __Was leaving Promanade Deck returning to room__

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened _____

_____

Same as above

Please state in detail the exact location of the incident, whether on board or ashore. _____

Same as above

What do you believe caused this incident? Something was on The Floor
That my foot got caught on

What could you (or anyone else) have done to avoid the incident/injury? Keep Floor Clean

_____

| | | |
|---|---|---|
| Signature of Injured Person | Date | Signature of Parent/Guardian |
| 1.28.17 | | |

| | | | |
|---|---|---|---|
| Signature of Witness | Date | Position | ID# |

Page 2 of 2
May 2016

*Investigated by IPO Nilesu*

#259267

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship and Voyage No* _____

The following is to be filled by the guest in his or her handwriting

Last Name __JARRETT_____ First Name __ANNETTE_____

Cabin No. __3005__ Nationality __AUSTRALIAN__ Date of Birth __9/9/44__ Age __72__

Height __5"2__ Weight __60kg__ Sex __FEMALE_____ Marital Status __WIDOW__

Occupation __RETIRED_____ Country of Residence __AUSTRALIA_____

Home Address __███████████████████__ City __████████__

State __███__ Zip Code __██████__ Home Phone __███████__ Work Phone __████████__

E-mail __████████__ What type of shoes were you wearing? __flip-flops/thongs__

Do you wear contacts or glasses? (Yes)  No     If so, were you wearing them at the time of injury (Yes)  No

Traveling With? __granddaughter__ Emergency Contact/Phone __████████__

First Reported To __bartender Tavern Bar__ Reported Date __8/4/17__ Date of Incident __8/4/17__

Time of Incident __10:40__ AM/PM  Date reported __8__ / __4__ / __17__ Time reported _____ AM/PM

If not reported immediately, please explain why __N/A_____

Were you injured as a result of the incident? (Yes)  No

If so, please describe your injury. __bruising; cuts to both knees, bleeding__

Who witnessed, was with you, or nearby at the time of the incident? __Granddaughter, bar tender at Tavern Bar (Level 4)__

Please state what you were doing at the time of the incident. __Walking back to cabin from breakfast. Tripped on marble floor outside Tavern Bar near casino__

Page 1 of 2
May 2016

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened __After breakfast walking back to cabin with granddaughter. Tripped and fell next to Tavern Bar and Casino on Level 4. Fell onto knees and hands.__

Please state in detail the exact location of the incident, whether on board or ashore. __Marble floor ramp between Tavern Bar and Casino Level 4__

What do you believe caused this incident? __thongs got caught on marble ramp caused the fall__

What could you (or anyone else) have done to avoid the incident/injury? __wear alternative footwear, hold onto railing__

| | | |
|---|---|---|
| M. M. Jarrett | 8/4/2017 | |
| Signature of Injured Person | Date | Signature of Parent/Guardian |
| | 8/4/2017 | |
| Signature of Witness | Date | Position | ID# |

Page 2 of 2
May 2016



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: *Navigator of the Sea*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Blanchard* | First Name: *Barbara* |
|---|---|
| Booking Number: | Folio Number: *922980 23* |
| Home Address: ██████████ | |
| City: ██████████ | Country: *USA* |
| Phone Number: ██████████ | Cabin Number: ██████████ |
| Nationality: *American* | Date of Birth (MMDDYYYY): ██████████ |
| Gender: ☐ Male  ☑ Female   Height:   Weight: | Marital Status: *widow* |
| Email: ██████████ | |
| Name of Person Traveling With: *Paula Bonazzoli* | |

| Date of Incident: *12-8-2018* | Time of Incident (HHMM): *1155 approx* | Date First Reported: *12-8-2018* |
|---|---|---|
| Detailed Location Where Incident Occurred: *4th level ramp up to Casino Royale* | Onboard: ☑   Ashore: ☐ | |
| First Reported to Name: *Bartender @ lounge* | Date (MMDDYYYY): *12-8-2018*  Time (HHMM): *1155* | |
| Date Medical Facility Visited (MMDDYYYY): *12-8-2018* | Time Medical Facility Visited (HHMM): *12:08 PM* | |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: *Paula Bonazzoli* | Contact Information: *781-771-8918 cell* |
|---|---|
| Name: *Man and Woman (nurse)* | Contact Information: *?  guest.* |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

*area on level 4*

*walking up ramp to casino, and tripped on border of tile - incline where tile changed color*

### What do you believe caused this incident?

*incline of ramp*

### What could you (or anyone else) have done to avoid this incident?

*nothing*

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *Barbara Blanhvil* | *12/8/2018* |
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** | **Cabin Number:** *4879* |

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

incident# 271453

## GUEST INJURY STATEMENT

Ship Name: ___MA___

*The following is to be filled by the guest in his or her handwriting*

Voy841

| Last Name: WOOD | First Name: BERYL |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ████████ | |
| City: | Country: ████ |
| Phone Number: | Cabin Number: ████ |
| Nationality: | Date of Birth (MMDDYYYY): 06/10/2017 |

| Gender: ☐ Male  ☑ Female | Height: 5.4" | Weight: 60 KG. | Marital Status: MARRIED |
|---|---|---|---|

| Email: ████████ |
|---|

| Name of Person Traveling With: Jeffrey (husband) |
|---|

| Date of Incident: 4TH SEPT. 17. | Time of Incident (HHMM): 12.40 pm | Date First Reported: 4TH SEPT 17. |
|---|---|---|

| Detailed Location Where Incident Occurred: NEAR SOUVENIR SHOP | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: CREW | Date (MMDDYYYY): 04/09/2017  Time (HHMM): 12.40 |
| Date Medical Facility Visited (MMDDYYYY): 04/09/297 | Time Medical Facility Visited (HHMM): 12.50 |
| If Not Reported Immediately, Please Explain Why: | |

List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In Detail How the Incident Happened**

TRIPPED ON UNEVEN TILES ON FLOOR. LEANING-
FORWARD FELL ON CHIN

**What do you believe caused this incident?**

UNEVEN TILES ON FLOOR

**What could you (or anyone else) have done to avoid this incident?**

*I certify that the above statement is true and correct.*

| Guest Signature: *Beryl Wood* | Date (MMDDYYYY): 04/09/2017 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 2463 |

Page 2 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

*RN LISA*
*Dr. Graing*

## GUEST INJURY STATEMENT

Ship Name: _NAVIGATOR 889_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: PEEBLES | First Name: BETTY |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ████████ | |
| City: ████ | Country: ████ |
| Phone Number: ████ | Cabin Number: 6651 |
| Nationality: USA | Date of Birth (MMDDYYYY): ████ |

| Gender: ☐ Male ☑ Female | Height: 5'3" | Weight: 185 | Marital Status: W |
|---|---|---|---|

| Email: ████ |
|---|
| Name of Person Traveling With: JAMES PEEBLES |

| Date of Incident: 5-15-19 | Time of Incident (HHMM): 8:00 PM | Date First Reported: 5-15-19 |
|---|---|---|

| Detailed Location Where Incident Occurred: FRONT OF BOLERO's - DECK 4 | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: MEDICAL NURSE "LISA | Date (MMDDYYYY): 5-15-19 Time (HHMM): 8:15 PM |
| Date Medical Facility Visited (MMDDYYYY): 5-15-19 | Time Medical Facility Visited (HHMM): 8:25 PM |

| If Not Reported Immediately, Please Explain Why: |
|---|
| |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |



**FORM # 1 (GUEST)**    ROYAL CARIBBEAN CRUISES LTD.

### Describe In Detail How the Incident Happened

> PATIENT DIDN'T NOTICE INCLINE OF FLOOR
> IN FRONT OF BOLERO'S ON DECK 4 RESULTING
> IN A TRIP AND FALL.

### What do you believe caused this incident?

> INCLINE OF WALKWAY

### What could you (or anyone else) have done to avoid this incident?

> WARNING OF SEVERE INCLINE ON WALKWAY WOULD HELP.

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 5-15-19 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: JAMES PEEBLES | Cabin Number: 6657 |

Page 2 of 2
Revision Date: July 2017



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Adventure of the Seas

Ship Name:_____

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| **Last Name:** *Barney* | **First Name:** *Beverly* |
| **Booking Number:** / | **Folio Number:** / |
| **Home Address:** ▓▓▓▓▓▓▓▓▓▓ | |
| **City:** ▓▓▓▓▓▓▓▓ | **Country:** *USA* |
| **Phone Number:** ▓▓▓▓▓▓▓▓ | **Cabin Number:** |
| **Nationality:** *USA* | **Date of Birth (MMDDYYYY):** *10/8/49* |
| **Gender:** ☐ Male ☒ Female   **Height:** *5'5"*   **Weight:** *125* | **Marital Status:** *Div* |
| **Email:** ▓▓▓▓▓▓▓▓ | |
| **Name of Person Traveling With:** *MARK LITTMAN* | |

| | | |
|---|---|---|
| **Date of Incident:** *5/11/19* | **Time of Incident (HHMM):** *12:50 PM* | **Date First Reported:** *5/11/19* |

**Detailed Location Where Incident Occurred:**
*Deck 4*                                    **Onboard:** ☒   **Ashore:** ☐

**First Reported to Name:** *911 Call*        **Date (MMDDYYYY):**
                                              **Time (HHMM):** *1250 PM*

**Date Medical Facility Visited (MMDDYYYY):** *5/11/19*   **Time Medical Facility Visited (HHMM):** *1300H*

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

I tripped + fell Not sure what happened

**What do you believe caused this incident?**

I don't know.

**What could you (or anyone else) have done to avoid this incident?**

I should have been more careful

*I certify that the above statement is true and correct.*

| Guest Signature: Sandy Berry | Date (MMDDYYYY): 5/11/19 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 8356 |

Page 2 of 2
Revision Date: July 2017

   

## GUEST INJURY STATEMENT

Ship and Voyage No _AD- von #657_

The following is to be filled by the guest in his or her handwriting

Last Name _Perez Millan_ First Name _Blanca Paola_

Cabin No. _6202_ Citizenship _American_ Date of Birth _24 jun. 98_ Age _15_

Height _5'4"_ Weight _130_ Sex _Female_ Marital Status _soltera_

Occupation _student_ Country of Residence _Puerto Rico_

Home Address ▉▉▉▉▉▉▉▉▉▉ City ▉▉▉▉▉

State _PR_ Zip Code _00987_ Home Phone ▉▉▉▉ Work Phone ▉▉▉▉

E-mail _____ What type of shoes were you wearing? _____

Traveling With? _Blanca Millan_ Emergency Contact/Phone _____

First Reported To _~~the~~ the hospital_ Reported Date _26 nov. 13_ Date of Incident _26 nov. 13_

Time of Incident _4:40_ AM/(PM) Date reported _26/11/13_ Time reported _4:40_ AM/(PM)

If not reported immediately, please explain why? _____

Were you injured as a result of the incident? ☐ Yes ☐ No
If so, please describe your injury. _rodilla izquierda_

Who witnessed, was with you, or nearby at the time of the incident? _____
Please state what you were doing at the time of the incident. _Se le salió la patela de sitio pero se acomoda y siente dolor pero_

Please state in detail what happened _corrió y se le salió la patela y se cayó_

Please state in detail the exact location of the incident, whether on board or ashore. _____

What do you believe caused this incident? _is normal_

What could you have done to avoid the incident/injury? _nothing_

_____ _26 nov. 13_ _____
Signature of Injured Person          Date          Signature of Parent/Guardian

_____ _____ _____ _____
Signature of Witness          Date          Position          ID#

Jan 2011

Page 1 of 1

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

# GUEST INJURY STATEMENT

# 306003

Ship Name: *NAVigator of the Seas*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Smith* | First Name: *BRian* |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ██████████ | |
| City: ██████ | Country: *USA* |
| Phone Number: ██████ | Cabin Number: ████ |
| Nationality: *American* | Date of Birth (MMDDYYYY): *07/02/1957* |

| Gender: ☒ Male  ☐ Female | Height: *6' 3"* | Weight: *335 lbs* | Marital Status: *married* |
|---|---|---|---|

| Email: ██████ |
|---|

| Name of Person Traveling With: *KARen A. Smith* |
|---|

| Date of Incident: *10/30/18* | Time of Incident (HHMM): *9:00 pm* | Date First Reported: *10/30/18* |
|---|---|---|

| Detailed Location Where Incident Occurred: *Sitting Area across from Boleros on Deck (4)* | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: *NURSe* | Date (MMDDYYYY): *10/30/18*  Time (HHMM): *9:15 pm* |
| Date Medical Facility Visited (MMDDYYYY): *10/30/18* | Time Medical Facility Visited (HHMM): *9:15 pm* |

| If Not Reported Immediately, Please Explain Why: |
|---|
| |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: *Other guests* | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**  **ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

> Brian was walking from carpeted surface to marble – tiled surface and shoe stuck on marble surface stopping forward momentum. He fell forward and used both arms to brace the fall.

## What do you believe caused this incident?

> Unsure

## What could you (or anyone else) have done to avoid this incident?

> I don't know

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 10/30/2018 |
|---|---|
| *Buil Smith* | |
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** Karen A. Smith | **Cabin Number:** 7202 |

Page 2 of 2
Revision Date: July 2017

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Adventure of the Seas

Ship Name: _VY 847_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Acevedo Hernandz* | First Name: *Carmen* |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ██████████████████████ | |
| City: ████████████ | Country: N/A |
| Phone Number: ████████████ | Cabin Number: ███████ |
| Nationality: ████████████ | Date of Birth (MMDDYYYY): ██████ |
| Gender: ☐ Male  ☑ Female    Height: N/A    Weight: N/A | Marital Status: *Casada* |
| Email: ████████████ | |
| Name of Person Traveling With: *Guadalupe Llanos* | |

| Date of Incident: *16/Nov/2017* | Time of Incident (HHMM): *2:30 PM* | Date First Reported: *16/Nov/2017* |
|---|---|---|
| Detailed Location Where Incident Occurred: *Bolero Bars* | | Onboard: ☑    Ashore: ☐ |
| First Reported to Name: *Sr. Flores & Sra.* | Date (MMDDYYYY):   Time (HHMM): N/A | |
| Date Medical Facility Visited (MMDDYYYY): *16/nov/17* | Time Medical Facility Visited (HHMM): *2.35 PM* | |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: N/A | Contact Information: N/A |
|---|---|
| Name: N/A | Contact Information: N/A |
| Name: N/A | Contact Information: N/A |

Page 1 of 2
Revision Date: July 2017

FORM # 1 (GUEST)                    ROYAL CARIBBEAN CRUISES LTD.



## Describe In Detail How the Incident Happened

I was walking through Bolero
Bar and the floor was wet.
Realized that I was wet when
I slipped. Fell with my knees
Worst on left knee.

## What do you believe caused this incident?

Wet floor

## What could you (or anyone else) have done to avoid this incident?

Sign saying that the floor
is wet.

I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Carmen Valenzuela | 16 Nov. 2017 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date:  July 2017

MINOR   MA
MR
5.14.18
14:26

291551

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _EX_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: La fond | First Name: Carole |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ████████ | |
| City: ████████ | Country: ████ |
| Phone Number: ████████ | Cabin Number: ████ |
| Nationality: American | Date of Birth (MMDDYYYY): |

| Gender: ☐ Male  ☑ Female | Height: 5'2" | Weight: 125 | Marital Status: Widowed |
|---|---|---|---|

| Email: ████████ |
|---|
| Name of Person Traveling With: Lauraine Brannan |

| Date of Incident: May 14 '18 | Time of Incident (HHMM): 3p.m. | Date First Reported: 5/14/'18 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 4 | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: Security | Date (MMDDYYYY): 5/14   Time (HHMM): 3:05 |
| Date Medical Facility Visited (MMDDYYYY): 3:31 | Time Medical Facility Visited (HHMM): |

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

### Describe In __Detail__ How the Incident Happened

- walking up a sloping upward
  walkway
- did not slip
- fell backward

### What do you believe caused this incident?

- perhaps misperception of walkway

### What could you (or anyone else) have done to avoid this incident?

- used a cane
- held a rail

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Carole Lafond | 5/14/'18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

# 333893

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _Adventure of the Seas_

### The following is to be filled by the guest in his or her handwriting

| | |
|---|---|
| **Last Name:** _Cullen_ | **First Name:** _Corinne_ |
| **Booking Number:** | **Folio Number:** |
| **Home Address:** ███████████ | |
| **City:** ███████████ | **Country:** _USA_ |
| **Phone Number:** ███████████ | **Cabin Number:** _2316_ |
| **Nationality:** | **Date of Birth (MMDDYYYY):** |

| **Gender:** ☐ Male  ☒ Female | **Height:** _5"_ | **Weight:** _145_ | **Marital Status:** _Widow_ |
|---|---|---|---|

| |
|---|
| **Email:** ███████████ |
| **Name of Person Traveling With:** _1 Susan Schweers_ |

| **Date of Incident:** _8/24/19_ | **Time of Incident (HHMM):** _2:45_ | **Date First Reported:** |
|---|---|---|
| **Detailed Location Where Incident Occurred:** _Entrance Polaris to Casino_ | | **Onboard:** ☒   **Ashore:** ☐ |
| **First Reported to Name:** _Rajnath_ | | **Date (MMDDYYYY):** _08/24/19_  **Time (HHMM):** |
| **Date Medical Facility Visited (MMDDYYYY):** | | **Time Medical Facility Visited (HHMM):** |

**If Not Reported Immediately, Please Explain Why:**

### List all Witnesses (Indicate whether Guest or Crew)

| **Name:** _Susan Schweers_ | **Contact Information:** ███████████ |
|---|---|
| **Name:** | **Contact Information:** |
| **Name:** | **Contact Information:** |



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Walking up the ramp and she tripped — hitting her head above her eye.

## What do you believe caused this incident?

that the angle of the ramp + her rubber sole of her shoe got stuck on the marble floor

## What could you (or anyone else) have done to avoid this incident?

Had a rug on the ramp.

*I certify that the above statement is true and correct.*

| Guest Signature: *Susan Schweers* | Date (MMDDYYYY): 8/24/19 |
|---|---|
| If Injured Person is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page
Revision Date

_left hip_

Alpta!

_Sen northers_
_Dr. mente_
_N - Prakash_
_Riskomned # 533736_

**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

**GUEST INJURY STATEMENT**

Ship Name: _MA 039_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: _McCullen_ | First Name: _Chrystal McCull_ |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: ▉ |
|---|

| City: ▉ | Country: ▉ |
|---|---|

| Phone Number: ▉ | Cabin Number: ▉ |
|---|---|

| Nationality: _Cacasin_ | Date of Birth (MMDDYYYY): |
|---|---|

| Gender: ☐ Male  ☑ Female | Height: _5'3_ | Weight: _138_ | Marital Status: _Married_ |
|---|---|---|---|

| Email: ▉ |
|---|

| Name of Person Traveling With: _Janice Lipscomb_ |
|---|

| Date of Incident: _8-22-19_ | Time of Incident (HHMM): _730_ | Date First Reported: _8-22-19_ |
|---|---|---|

| Detailed Location Where Incident Occurred: _4th Floor_ | Onboard: ☑   Ashore: ☐ |
|---|---|

| First Reported to Name: _Medical_ | Date (MMDDYYYY): _8-22-19_  Time (HHMM): _19:31_ |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): _8-22-19_ | Time Medical Facility Visited (HHMM): _19:40_ |
|---|---|

| If Not Reported Immediately, Please Explain Why: |
|---|

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In **Detail** How the Incident Happened

Tripped and fell on left hip and hurt My left arm & Elbow

## What do you believe caused this incident?

Dont Know

## What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| ✗ Chrystal McCullen | 8-22-19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 9296 |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: ᴶ 46-37-6600    939

*The following is to be filled by the guest in his or her handwriting*

| Last Name: MORRIS | First Name: Denise |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ▓▓▓▓▓▓▓▓▓ | |
| City: ▓▓▓▓ | Country: ▓▓▓▓ |
| Phone Number: ▓▓▓▓ | Cabin Number: 3544 |
| Nationality: | Date of Birth (MMDDYYYY): ▓▓▓▓ |

| Gender: ☐ Male ☑ Female | Height: 5 7½ | Weight: 180 | Marital Status: |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: Mauricio Morris |
|---|

| Date of Incident: 10/21/19 | Time of Incident (HHMM): 11:15 | Date First Reported: 11:15 , 10/21/19 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 4. Casino | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: Medical | Date (MMDDYYYY): 10/21/19  Time (HHMM): 11:15 |
| Date Medical Facility Visited (MMDDYYYY): 10/21/19 | Time Medical Facility Visited (HHMM): 11:16 |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Mauricio Morris | Contact Information: ▓▓▓▓ |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |



**FORM # 1 (GUEST)**                    ROYAL CARIBBEAN CRUISES LTD.

**Describe In _Detail_ How the Incident Happened**

Was Walking to the Casino and walk up incline and step and fell on my Arm and Knee

**What do you believe caused this incident?**

~~the just stop me frist taken me~~ The incline just stop me from walking and Did not make my next step

**What could you (or anyone else) have done to avoid this incident?**

No one thing

---

_I certify that the above statement is true and correct._

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Denise P M | 10 21 19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 354L |

*Moderate*



**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _Adventure of the Seas_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Nelson | First Name: Doris |
|---|---|
| Booking Number: | Folio Number: 21800814 |
| Home Address: ▉ | |
| City: ▉ | Country: ▉ |
| Phone Number: ▉ | Cabin Number: ▉ |
| Nationality: ▉ | Date of Birth (MMDDYYYY): ▉ |
| Gender: ☐ Male  ☑ Female    Height: 5'6    Weight: 140 | Marital Status: S |
| Email: ▉ | |
| Name of Person Traveling With: Cheryle Safford | |

| Date of Incident: 3-1-18 | Time of Incident (HHMM): 7:25p | Date First Reported: ~~7:25~~p |
|---|---|---|
| Detailed Location Where Incident Occurred: 4th floor, near Starboard side elevators | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: cheryle safford | Date (MMDDYYYY): 03/01/2018  Time (HHMM): 7:28pm |
| Date Medical Facility Visited (MMDDYYYY): 03/01/2018 | Time Medical Facility Visited (HHMM): 7.46 PM |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Cheryle Safford - Guest | Contact Information: Cabin 7433 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In Detail How the Incident Happened**

We got off the elevator and we were headed to the Lyric for the
~~(en)~~ entertainment. As we were walking she just fell. The left
crutch came from under her and she fell.

**What do you believe caused this incident?**

Something slippery on floor.

**What could you (or anyone else) have done to avoid this incident?**

Nothing

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
|  | 0301 2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Cheryle Safford - guest | Cabin Number: 7433 |

Page 2 of 2
Revision Date: July 2017

FORM # 1 (GUEST)      ROYAL CARIBBEAN CRUISES LTD.     319880

## GUEST INJURY STATEMENT

Ship Name:  EX

IB
PP *The following is to be filled by the guest in his or her handwriting*

| Last Name: LEW | First Name: ELSIE |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ████ | |
| City: ████ | Country: ████ |
| Phone Number: ████ | Cabin Number: ████ |
| Nationality: USA | Date of Birth (MMDDYYYY): ████ |

| Gender: ☐ Male  ☑ Female | Height: 5" 2" | Weight: 110 | Marital Status: 1 |
|---|---|---|---|

Email: ████

Name of Person Traveling With: ADA NG

| Date of Incident: 3/29/2019 | Time of Incident (HHMM): 7=40 pm | Date First Reported: 3/29/2019 |
|---|---|---|

| Detailed Location Where Incident Occurred: by the bar- Deck 4 | Onboard: ☑   Ashore: ☐ |
|---|---|

| First Reported to Name: medical facility | Date (MMDDYYYY): 3/29/2019  Time (HHMM): 7=40 pm |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 3/29/2019 | Time Medical Facility Visited (HHMM): 7:40 pm |
|---|---|

If Not Reported Immediately, Please Explain Why:

List all Witnesses (Indicate whether Guest or Crew)

| Name: ADA NG - Guest | Contact Information: |
|---|---|
| Name: RINA LAU - Guest | Contact Information: |
| Name: Sabrina So - Guest | Contact Information: |

Page 1 of 2
Revision Date: July 2017

FORM # 1 (GUEST)

ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

When I walked by the bar at 7:40 p.m.
the floor is sloppy, so I did not notice
the floor was not flat. So I fell
face flat on the floor and hit my upper
lip. It become swollen and pain.

**What do you believe caused this incident?**

The floor is not even

**What could you (or anyone else) have done to avoid this incident?**

I don't know

I certify that the above statement is true and correct.

**Guest Signature:**

Elsie Lew

**Date (MMDDYYYY):**
3/29/2019

**If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:**

**Cabin Number:**

Page 2 of 2
Revision Date: July 2017



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _navigator OTS_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: _Friedman_ | First Name: _Florence_ |
|---|---|
| Booking Number: | Folio Number: _87690080_ |
| Home Address: ▮▮▮▮▮ | |
| City: ▮▮▮▮▮ | Country: ▮▮▮▮ |
| Phone Number: ▮▮▮▮▮ | Cabin Number: ▮▮▮▮ |
| Nationality: _American_ | Date of Birth (MMDDYYYY): ▮▮▮▮ |
| Gender: ☐ Male  ☑ Female | Height: _5'8"_ | Weight: _118_ | Marital Status: _widow_ |
| Email: ▮▮▮▮▮ | |
| Name of Person Traveling With: _Nancy Vale_ | |

| Date of Incident: _1/20/18_ | Time of Incident (HHMM): _3:40 pm_ | Date First Reported: _1/20/18_ |
|---|---|---|
| Detailed Location Where Incident Occurred: _deck 4 outside of casino by stairs_ | | Onboard: ☑  Ashore: ☐ |
| First Reported to Name: _Medical Facility_ | Date (MMDDYYYY): _1/20/18_  Time (HHMM): _3:50 pm_ | |
| Date Medical Facility Visited (MMDDYYYY): _1/20/18_ | Time Medical Facility Visited (HHMM): _3:50 pm_ | |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: _Nancy Vale_ | Contact Information: _room 2680_ |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

**Describe In Detail How the Incident Happened**

My mom was walking towards the casino on deck #4 when her sweater caught on the floor, and she tripped and fell to the ground. She hit her arm on the marble floor and cut it.

**What do you believe caused this incident?**

**What could you (or anyone else) have done to avoid this incident?**

Nothing

I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Nancy Vale | 1/20/18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| Florstine Friedman | 2620 |

Page 2 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: *NAVIGATOR*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *BILLECK* | First Name: *FRANK    J.* |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ███████████████ | |
| City: ███████████████ | Country: ███████ |
| Phone Number: ███████████ | Cabin Number: ███████ |
| Nationality: *AMERICAN* | Date of Birth (MMDDYYYY): ███████ |

| Gender: ☒ Male  ☐ Female | Height: *6'3"* | Weight: *344* | Marital Status: *MARRIED* |
|---|---|---|---|

| Email: ███████████████ |
|---|
| Name of Person Traveling With: *KATHY   (WIFE)* |

| Date of Incident: *12/1/17* | Time of Incident (HHMM): *10:25 AM* | Date First Reported: *12/1/17* |
|---|---|---|

| Detailed Location Where Incident Occurred: *MARBLE WALKWAY Bslemos* | Onboard: ☒  Ashore: ☐ |
|---|---|

| First Reported to Name: | Date (MMDDYYYY): *12/01/17*  Time (HHMM): *10:30* |
|---|---|
| Date Medical Facility Visited (MMDDYYYY): *12/01/17* | Time Medical Facility Visited (HHMM): *10:35* |

If Not Reported Immediately, Please Explain Why:

## List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017



**FORM # 1 (GUEST)**   ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

ABOUT TO BEGIN ALL ACCESS TOUR AT 10:15 Am OUTSIDE BOLERO'S. GUIDE STARTED TO LOAD US TOWARD THE CASINO, HEADING FOR THE BRIDGE. STARTED UP THE PORT SIDE MARBLE RAMP AND TRIPPED ON THE INCLINE AND FELL DOWN. PAIN + SWELLING IN THE RIGHT ANKLE. EMERGENCY CREW RESPONDED + BROUGHT ME TO THE MEDICAL OFFICE.

### What do you believe caused this incident?

TRIPPED ON MARBLE INCLINE

### What could you (or anyone else) have done to avoid this incident?

SMOOTH OUT THE INCLINE. MANY SMALL SEAMS IN EACH TILE.

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 12/1/17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 8578 |

Page 2 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**

 **ROYAL CARIBBEAN CRUISES LTD.**

# *280708*

## GUEST INJURY STATEMENT

Ship Name: *navigator OTS*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *ENCINOSA* | First Name: *GUILLERMO* |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ███████ | |
| City: ███████ | Country: ███ |
| Phone Number: ███████ | Cabin Number: ███ |
| Nationality: *AMERICAN* | Date of Birth (MMDDYYYY): ███ |

| Gender: ☑ Male  ☐ Female | Height: *5'6"* | Weight: *196* | Marital Status: *MARRIED* |
|---|---|---|---|

| Email: ███████ |
|---|
| Name of Person Traveling With: *ANGELA ENCINOSA* |

| Date of Incident: *01/04/2018* | Time of Incident (HHMM): *3:45 ≈* | Date First Reported: *01/04/2018* |
|---|---|---|

| Detailed Location Where Incident Occurred: | Onboard: ☑  Ashore: ☐ |
|---|---|

| First Reported to Name: *MEDICAL FACILITY* | Date (MMDDYYYY): *01/04/2018*  Time (HHMM): *4:00 PM* |
|---|---|
| Date Medical Facility Visited (MMDDYYYY): *01/04/2018* | Time Medical Facility Visited (HHMM): *4:00 PM* |

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

MY HUSBAND SAID HE WAS ON THE
WALK FROM THE CASINO TO THE
ELEVATOR ON THE LEFT SIDE, THEN
THE SHIP WAS MOVING ~ AND HE LOST HIS
BALANCE TRY TO GRAB A CHAIR NEXT
TO THE BAR, WAS A LOT OF PEOPLE SITTING
IN THIS AREA AND HE WAS FALLING AND
GRAB TO THE BACK OF CHEAR AND HIS SHOULDER
WENT BACK AND LOST HIS BALANCE AND FELL

**What do you believe caused this incident?**

THD MOVEMENT OF THE SHIP

**What could you (or anyone else) have done to avoid this incident?**

NOTHING

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** *Angela Encinosa* | **Cabin Number:** 6368 |

Page 2 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

Dr. Andre
#336494

## GUEST INJURY STATEMENT

Ship Name: _____ NV _____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Jones | First Name: Gwendolyn |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ▓▓▓▓▓▓▓▓ | |
| City: ▓▓▓▓▓▓ | Country: ▓▓▓ |
| Phone Number: ▓▓▓▓▓▓ | Cabin Number: ▓▓▓ |
| Nationality: BLACK | Date of Birth (MMDDYYYY): ▓▓▓▓▓ |
| Gender: ☐ Male  ☑ Female | Height: 5'4 | Weight: 170 | Marital Status: m |
| Email: ▓▓▓▓▓▓ | |
| Name of Person Traveling With: William E Jones | |

| Date of Incident: 9/22/19 | Time of Incident (HHMM): 6:10 PM | Date First Reported: 9/22/19 |
|---|---|---|
| Detailed Location Where Incident Occurred: 4th Floor | | Onboard: ☑  Ashore: ☐ |
| First Reported to Name: Medical | | Date (MMDDYYYY): 09/22/19  Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 09/22/19 | | Time Medical Facility Visited (HHMM): 6:20 pm |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |



**FORM # 1 (GUEST)**     ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

I was going to the bathroom and slipped on wet tile.

### What do you believe caused this incident?

Floor Has Apparently been clean & was not fully dry

### What could you (or anyone else) have done to avoid this incident?

Put caution signs up around area

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 9/22/b19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| | 6296 |

Page 2 of 2
Revision Date:  July 2017

339371

**INVESTIGATED BY:** ___IPO___

_Claudiu_

**FORM # 1 (GUEST)**


ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

**Ship Name:** ___VOYAGER OF THE SEAS___

_The following is to be filled by the guest in his or her handwriting_

| Last Name: GAN | First Name: JENNY |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ██████████ | |
| City: ████ | Country: ████ |
| Phone Number: ████ | Cabin Number: 1540 |
| Nationality: SINGAPOREAN | Date of Birth (MMDDYYYY): ████ |
| Gender: ☐ Male  ☒ Female | Height: 5'4" | Weight: | Marital Status: MARRIED |
| Email: ████ | |
| Name of Person Traveling With: IVY LEONG | |

| Date of Incident: 24/10/2019 | Time of Incident (HHMM): 2·25 pm | Date First Reported: 24/10/19 |
|---|---|---|

**Detailed Location Where Incident Occurred:**
Walkway by the Tavern Bar

Onboard: ☒   Ashore: ☐

**First Reported to Name:** Bar staff

**Date (MMDDYYYY):** 24/10/19   **Time (HHMM):** 2.25 pm

**Date Medical Facility Visited (MMDDYYYY):** 24/10/19

**Time Medical Facility Visited (HHMM):** 2·35 pm.

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

I was walking along the walkway ~~ato~~ by Tavern Bar towards the casino to look for my friend. The walkway was sloping upwards when I suddenly tripped and fell. while trying to break the fall, I grabbed on to the handle bar, hit my face on it and landed on my (L) knee. Immediately after the fall, I felt pain on my nose & saw blood on my tissue paper I was informed by a passer-by who is a nurse that I have sustained a cut on my nose.

The bar staff offered me an ice compress & called for medical assistance that arrived within 10 mins & brought to the medical clinic to be checked by the doctor.

**What do you believe caused this incident?**

~~the~~ If the sloping walkway had a marking to inform passenger, & not tiled the floor the same colour as the flat area, it will and should prevent such accidents. The floor was dry except for the SLOPE.

**What could you (or anyone else) have done to avoid this incident?**

Notices to be placed ~~#~~ to caution that the walkway is sloping. Strips place on that section would definitely help!

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
| --- | --- |
| | 24/10/19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| | 1540 |

Page 2 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

*DR JACO*
*RN SHELLY*

## GUEST INJURY STATEMENT

*Ship Name:* ~~Adventure of the Seas~~ ✓ 887

*The following is to be filled by the guest in his or her handwriting*

| Last Name: HORTON | First Name: JOANN |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: ███████████████ |
|---|

| City: ███████████ | Country: ██████ |
|---|---|

| Phone Number: ██████████ | Cabin Number: 7618 |
|---|---|

| Nationality: | Date of Birth (MMDDYYYY): ██████ |
|---|---|

| Gender: ☐ Male  ☑ Female | Height: 5'3' | Weight: 175 | Marital Status: MARRIED |
|---|---|---|---|

| Email: ███████████████ |
|---|

| Name of Person Traveling With: GUY HORTON |
|---|

| Date of Incident: 9-28-2018 | Time of Incident (HHMM): 720A | Date First Reported: 9-28-2018 |
|---|---|---|

Detailed Location Where Incident Occurred: DEPARTURE NEXT TO WHERE HANDICAP AREA   Onboard: ☑   Ashore: ☐

| First Reported to Name: MEDICAL CENTER | Date (MMDDYYYY): 9-28-2018  Time (HHMM): 725A |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 9-28-2018 | Time Medical Facility Visited (HHMM): |
|---|---|

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

WALKING AND TRIPPED ON ~~ANT~~ NON SKID MATERICAL

## What do you believe caused this incident?

~~ANTI~~ NON SKID MATERIAL

## What could you (or anyone else) have done to avoid this incident?

NOTHING

*I certify that the above statement is true and correct.*

| Guest Signature:<br><br>*Jo Ann Horton* | Date (MMDDYYYY):<br><br>9-28-2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number:<br><br>7618 |

*Investigated by CoC Eccard*

out 2



# 259354

FORM #1 *Guest*      .      ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship and Voyage No_____890.____

The following is to be filled by the guest in his or her handwriting

Last Name___MAY_____ First Name ___JOHN_____

Cabin No. ▮▮▮ Nationality ▮▮▮ Date of Birth ▮▮▮ Age __69__

Height _1·7m_ Weight __116 us_ Sex ___MALE_____ Marital Status _MARRIED_

Occupation ___RETIRED_____ Country of Residence _____

Home Address ▮▮▮_____ City ▮▮▮

State ▮▮▮ Zip Code ▮▮▮ Home Phone ▮▮▮ Work Phone ___/___

E-mail ▮▮▮ What type of shoes were you wearing? __SNEEKERS_____

Do you wear contacts or glasses?  (Yes)  No    If so, were you wearing them at the time of injury    Yes (No)

Traveling With? _WIFE_____ Emergency Contact/Phone ▮▮▮

First Reported To _CHRISTEENA_ ID # 808532_ Reported Date __9-4·17_ Date of Incident _9-4-17_

Time of Incident _1·00_ ^APPROX (AM/PM) Date reported _9_/_4_/_17_ Time reported _4·15_ AM/(PM)

If not reported immediately, please explain why_/ DIDNT KNOW ABOUT REPORTING TILL I____
___MENTIONED THE ACCIDENT TO FRONT DESK_____

Were you injured as a result of the incident?  (Yes)  No

If so, please describe your injury. __LANDED ON KNEE HEAVILY (LEFT) BROKEN SKIN__

Who witnessed, was with you, or nearby at the time of the incident? _CLEANER (UNSURE OF NAME)_
_____ + GUEST_____

Please state what you were doing at the time of the incident. _____
____WALKING TO TUILET NEAR ELEVATOR +
____CLEANING WAS IN PROGRESS DIDNT NOTICE SIGN
____TILL IT WAS TOO LATE. RIGHT FOOT SLIPPED FORWAD
____I LANDED HEAVILY WITH ALL MY WEIGHT COMING DOWN
____ON KNEE + FOOT (LEFT).

Page 1 of 2
May 2016

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please state in detail the exact location of the incident, whether on board or ashore. _____
_____ ON TILES OUTSIDE ELEVATORS DECK 4 INDETWEEN _____
_____ CASINO + ELEVATORS _____

What do you believe caused this incident? _____
_____ SOAPY CLEANING FLUID ON FLOOR _____
_____

What could you (or anyone else) have done to avoid the incident/injury? _____
_____ CORDEN OFF AREA WHEN CLEANING FLOOR _____
_____
_____
_____

_____        9/4/17 _____
Signature of Injured Person                     Date                      Signature of Parent/Guardian

_____        _____        _____        _____
Signature of Witness                          Date                      Position                        ID#

Page 2 of 2
May 2016

#2795418

IPO Mattias

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: Voyager of the Seas

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Hall | First Name: Julie |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ███████████████ | |
| City: ████████ | Country: ██████ |
| Phone Number: ████████ | Cabin Number: ███████ |
| Nationality: Australian | Date of Birth (MMDDYYYY): ████████ |
| Gender: ☐ Male  ☑ Female | Height: 161 | Weight: 118 | Marital Status: S. |
| Email: ██████████████ | | | |
| Name of Person Traveling With: Katrina Hall | | | |

| Date of Incident: 22.12.17 | Time of Incident (HHMM): 10.05 am | Date First Reported: 22.12.17 |
|---|---|---|
| Detailed Location Where Incident Occurred: Tavern bar (outside on slope) | Onboard: ☑   Ashore: ☐ | |
| First Reported to Name: Thomas Umandap #374 570 | Date (MMDDYYYY): 22.12.17  Time (HHMM): 10.05 am. | |
| Date Medical Facility Visited (MMDDYYYY): 22.12.17 | Time Medical Facility Visited (HHMM): 10.15 am | |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Katrina Hall | Contact Information: ██████████ |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In _Detail_ How the Incident Happened**

After breakfast, we were walking up a slope on the 4th floor past the bar and Julie fell over. It was due to the elevation on the floor which was not noticed

**What do you believe caused this incident?**

Unmarked elevation on the floor

**What could you (or anyone else) have done to avoid this incident?**

Give prominent marking to show where floors elevate.

_I certify that the above statement is true and correct._

| Guest Signature: | Date (MMDDYYYY): |
| --- | --- |
| | 22  12  17. |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Katrina tiall | Cabin Number: 2324. |

Page 2 of 2
Revision Date:  July 2017

INVESTIGATED BY  #872976  ELGIN TOMMY

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

#2

#256829

## GUEST INJURY STATEMENT

Ship and Voyage No _____

**The following is to be filled by the guest in his or her handwriting**

Last Name __MARCHANT__ First Name __KERRY__

Cabin No. ▉▉▉ Nationality ▉▉▉▉▉▉ Date of Birth ▉▉▉▉▉▉ Age __59.__

Height __161CM__ Weight __51KS__ Sex __F__ Marital Status __M.__

Occupation _____ Country of Residence __AUSTRALIAN__

Home Address ▉▉▉▉▉▉▉▉▉▉▉ City ▉▉▉▉▉

State __NSW__ Zip Code __2572.__ Home Phone __02 46 831341__ Work Phone _____

E-mail ▉▉▉▉▉▉ What type of shoes were you wearing? __COVERED SANDALS.__

Do you wear contacts or glasses? Yes (No) If so, were you wearing them at the time of injury Yes (No)

Traveling With? __HUSBAND.__ Emergency Contact/Phone ▉▉▉▉▉▉▉

First Reported To __BAR STAFF__ MADE JUNADI # 760467 Reported Date __10-3-17__ Date of Incident __10-3-17.__

Time of Incident __9.00__ AM/(PM) Date reported __10/03/17__ Time reported __9.00__ AM/(PM)

If not reported immediately, please explain why _____

_____

Were you injured as a result of the incident? (Yes) No

If so, please describe your injury. __LUMP ON FOREHEAD.__

_____

Who witnessed, was with you, or nearby at the time of the incident? __OTHER GUESTS.__

Please state what you were doing at the time of the incident. __Walking with coffee in hand and slipped on ramp outside tavern bar__

_____

_____

_____

_____

_____

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened _____ See over _____

Please state in detail the exact location of the incident, whether on board or ashore. _____ Ramp outside tavern bar _____

What do you believe caused this incident? _____ tripped on ramp. _____

What could you (or anyone else) have done to avoid the incident/injury? _____ NOTHING _____

| | | |
|---|---|---|
| _K.E. Marchant_ | 10.3.17 | |
| Signature of Injured Person | Date | Signature of Parent/Guardian |

| | | | |
|---|---|---|---|
| Signature of Witness | Date | Position | ID# |
| _signature_ | 10.3.17 | | Page 2 of 2<br>May 2016 |
| DOUGLAS MARCHANT | HUSBAND. | | |

Security Sumit
Dr. D
#307982

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _VOYAGER_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: KIM CHOO | First Name: TAN |
|---|---|
| Booking Number: ▮ | Folio Number: ▮ |
| Home Address: BLK 3 PANDAN VALLEY #07-304 | |
| City: | Country: SINGAPORE |
| Phone Number: | Cabin Number: 8392 |
| Nationality: | Date of Birth (MMDDYYYY): ▮ |

| Gender: ☐ Male  ☑ Female | Height: | Weight: | Marital Status: FEMALE |
|---|---|---|---|

| Email: ▮ |
|---|
| Name of Person Traveling With: FRIEND |

| Date of Incident: 21/11/2018 | Time of Incident (HHMM): 9.30PM  8:15pm | Date First Reported: 21/11/2018 |
|---|---|---|
| Detailed Location Where Incident Occurred: LEVEL 4 NEAR BAR COUNTER | | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: Paula Costa Nurse | | Date (MMDDYYYY): 11/21/2018  Time (HHMM): 20:20 |
| Date Medical Facility Visited (MMDDYYYY): 11/21/2018 | | Time Medical Facility Visited (HHMM): 20:20 |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017



**FORM # 1 (GUEST)**   ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

WE RUN TO CATCH THE SHOW ON LEVEL 5 AND THERE WAS SOME WATER AND I ~~STEP~~ FELL. MY HEAD HIT THE CHAIR

## What do you believe caused this incident?

I just fell after chasing after my son.

## What could you (or anyone else) have done to avoid this incident?

---

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 21/11/2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| | 8392 |

Page 2 of 2
Revision Date:  July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _____ AO _____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Lagandaon* | First Name: *Lizay* |
|---|---|
| **Booking Number:** | **Folio Number:** |
| **Home Address:** ▮▮▮▮▮ | |
| **City:** ▮▮▮▮▮ | **Country:** ▮▮▮ |
| **Phone Number:** ▮▮▮▮▮ | **Cabin Number:** |
| **Nationality:** *Filipino* | **Date of Birth (MMDDYYYY):** ▮▮▮▮▮ |

| Gender: ☐ Male ☑ Female | Height: *4'11* | Weight: *139* | Marital Status: *M* |
|---|---|---|---|

| **Email:** ▮▮▮▮▮ |
|---|
| **Name of Person Traveling With:** *Celerma Herrera* |

| Date of Incident: *11-10-2019* | Time of Incident (HHMM): *10:30 PM* | Date First Reported: *11-10-2019* |
|---|---|---|
| **Detailed Location Where Incident Occurred:** *Royal Carribean* | | **Onboard:** ☑   **Ashore:** ☐ |
| **First Reported to Name:** *medical Center* | | **Date (MMDDYYYY):** *11-10-2019*  **Time (HHMM):** *10:30 PM* |
| **Date Medical Facility Visited (MMDDYYYY):** *medical center* | | **Time Medical Facility Visited (HHMM):** *10:38 PM* |
| **If Not Reported Immediately, Please Explain Why:** | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: *IOLANDA CAYABYAB* | Contact Information: ▮▮▮▮▮ |
|---|---|
| Name: *URSULA PAGADOR* | Contact Information: ▮▮▮▮▮ |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

*As I was walking I tripped on the uneven floor, fell down hit my head & my nose (bridge) & my 6th of knee*

## What do you believe caused this incident?

*Uneven Flooring*

## What could you (or anyone else) have done to avoid this incident?

---

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *Angaye O. Lagonia* | *11-10-2019* |
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** | **Cabin Number:** *6593* |

2.
Caut rian,

Dr. Ellen

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

### GUEST INJURY STATEMENT

*Ship and Voyage No* 800

The following is to be filled by the guest in his or her handwriting

Last Name Jackson          First Name Marlene

Cabin No. _____ Nationality American Date of Birth 1-20-44 Age 73

Height 4' 10" Weight 210 Sex F          Marital Status M

Occupation Retired          Country of Residence USA

Home Address ▓▓▓▓▓▓▓▓▓          City ▓▓▓▓▓▓

State ▓▓ Zip Code ▓▓▓▓ Home Phone _____ Work Phone _____

E-mail _____ What type of shoes were you wearing? Sandals

Do you wear contacts or glasses? (Yes) No     If so, were you wearing them at the time of injury (Yes) No

Traveling With? Husband Emergency Contact/Phone _____

First Reported To Infirmary Reported Date 3-9-17 Date of Incident 3-8-17

Time of Incident 7:30 AM/(PM) Date reported 3/9/17 Time reported 10:00 AM/PM

If not reported immediately, please explain why hoping would be

_____

Were you injured as a result of the incident? (Yes) No

If so, please describe your injury. hurt Knee, left back, shoulder

_____

Who witnessed, was with you, or nearby at the time of the incident? Husband, Joan +
Laurine Bundy

Please state what you were doing at the time of the incident. _____
Walking to Casino

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened _Walking to casino + stepped from carpet to Tile. I floor was raised as I came off carpet_

Please state in detail the exact location of the incident, whether on board or ashore. _4th floor of ship_

What do you believe caused this incident? _floor was uneven_

What could you (or anyone else) have done to avoid the incident/injury? _The flooring needs to be fixed_

_Marlene Jackson_          _3-9-17_

| Signature of Injured Person | Date | Signature of Parent/Guardian |
|---|---|---|

| Signature of Witness | Date | Position | ID# |
|---|---|---|---|

Page 2 of 2
May 2016

*IN SHEILA*
*ON NINTELY*
*MINOR*

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Adventure_

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| **Last Name:** Zack | **First Name:** Michalene |
| **Booking Number:** | **Folio Number:** |
| **Home Address:** ███ | |
| **City:** ███ | **Country:** USA |
| **Phone Number:** ███ | **Cabin Number:** ███ |
| **Nationality:** American | **Date of Birth (MMDDYYYY):** |
| **Gender:** ☐ Male  ☒ Female   **Height:** 5'2" | **Weight:** 140 lbs.   **Marital Status:** Married |
| **Email:** ███ | |
| **Name of Person Traveling With:** Edmund Zack | |

| | | |
|---|---|---|
| **Date of Incident:** 7-20-18 | **Time of Incident (HHMM):** 7:50 AM | **Date First Reported:** 7-20-18 |
| **Detailed Location Where Incident Occurred:** Balero Bar | | **Onboard:** ☒   **Ashore:** ☐ |
| **First Reported to Name:** Guest Departure | | **Date (MMDDYYYY):** 7-20-18   **Time (HHMM):** 7:50 AM |
| **Date Medical Facility Visited (MMDDYYYY):** 7-20-18 | | **Time Medical Facility Visited (HHMM):** 8:00 AM |
| **If Not Reported Immediately, Please Explain Why:** | | |

## List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Edmund Zack | ███ |
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Walking to get a wheelchair for husband, tripped on something + fell forward hitting head + left hand. Husband following on scooter + watched her fall.

## What do you believe caused this incident?

Unsure

## What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: <br> *Machalene Zach* | Date (MMDDYYYY): <br> 7-20-18 |
| --- | --- |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: <br> 1540 |

*Level 1*



FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Explorer of the Seas and Voyage No* _____

The following is to be filled by the guest in his or her handwriting

Last Name __AZHARA__  First Name __NISHAN__

Cabin No. ████  Nationality ████  Date of Birth ████  Age __49__  Height __6FT__

Weight __81__  Sex __M__  Marital Status __M__  Occupation __ENGINEER__  Country of Residence __AUSTRALIA__

Home Address ████  City ████  State ████  Zip Code ████  Home Phone ████

Work Phone _____  E-mail _____  What type of shoes were you wearing? __NIKE SHOES__

Do you wear contacts or glasses? (Yes) No  If so, were you wearing them at the time of injury (Yes) No

Traveling With? __WIFE__  Emergency Contact/Phone _____

First Reported To __MEDICAL STAFF__  Date of Incident __18/3/17__

Time of Incident __9:30__ AM/PM  RECEPTION 1 HOUR AFTER FALL  Date reported __18/3/17__  Time reported __10:30__ AM/PM

If not reported immediately, please explain why __IN TOO MUCH PAIN__

Were you injured as a result of the incident? (Yes) No

If so, please describe your injury. __BACK/HIP PAIN IN SCIATIC AREA LOWER BACK__

Who witnessed, was with you, or nearby at the time of the incident? __MY WIFE AND OTHER PASSENGERS__

Please state what you were doing at the time of the incident. __WALKING__

Please state in detail what happened __WALKED IN FROM A LEVEL 4 AREA WET ONTO A SLIPPERY SURFACE OFF A DOWN RAMP AND LOST FOOTING__

Please state in detail the **exact location of the incident**, whether on board or ashore. __ON BOARD DECK 4 BACK OF SHIP SMOKING AREA__

What do you believe caused this incident? __WET SLIPPERY SURFACE IN HIGH TRAFFIC AREA NO WARNING SIGNS__

What could you (or anyone else) have done to avoid the incident/injury? __WARNING SIGNS SLIPPERY (A BETTER DRYER OR MORE KEEPING SURFACE DRY)__

Signature of Injured Person _[signature]_  Date __18/3/2017__  Signature of Parent/Guardian _____

Signature of Witness _[signature]_ Matuapelo Coetzee  Date __3/17/2017__  Position __Nurse__  ID# __491985__

Page 1 of 1
May 2016

*MRFUU*
*Minor*

*4 24 18*
*22 39*

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Explorer_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Barrington | First Name: Pauline |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ▮▮▮▮ | |
| City: ▮▮▮▮ | Country: ▮▮▮▮ |
| Phone Number: ▮▮▮▮ | Cabin Number: ▮▮▮▮ |
| Nationality: Australian | Date of Birth (MMDDYYYY): ▮▮▮▮ |
| Gender: ☐ Male ☑ Female   Height: | Weight: 93.5   Marital Status: Married. |
| Email: ▮▮▮▮ | |
| Name of Person Traveling With: | |

| Date of Incident: 24·4·18 | Time of Incident (HHMM): 9.50 | Date First Reported: 24·4·18 |
|---|---|---|
| Detailed Location Where Incident Occurred: DK 3 - The Tavern | | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: CM | | Date (MMDDYYYY): 24·4·18  Time (HHMM): 9.50 |
| Date Medical Facility Visited (MMDDYYYY): 4/24/18 | | Time Medical Facility Visited (HHMM): 22:39 |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: SANDRA Riley | Contact Information: CABIN 7594 - |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

### Describe In Detail How the Incident Happened

up right

fall outside of tavern where the floor is on and fride area.

hit my head and knee

### What do you believe caused this incident?

Just triped on the floor

### What could you (or anyone else) have done to avoid this incident?

While sitting saw two other people almost trip as well

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 4/24/2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

#292815

Dr. Harvey

CCS
GIGI

FORM # 1 (GUEST)


ROYAL CARIBBEAN CRUISES LTD.

**GUEST INJURY STATEMENT**

Ship Name: ___VY 959___

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Boon Hua | First Name: Tee |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: ████████████████████████ | |
| City: ████████ | Country: ████████ |
| Phone Number: ████████ | Cabin Number: ████████ |
| Nationality: ████████ | Date of Birth (MMDDYYYY): |

| Gender: ☐ Male  ☑ Female | Height: 110cm | Weight: 55kg | Marital Status: Married |
|---|---|---|---|
| Email: — | | | |

Name of Person Traveling With: Lee Mee Fung (Daughter)

| Date of Incident: 31 May 2018 | Time of Incident (HHMM): 1930 | Date First Reported: 31 May 2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: Outside Art Gallery | Onboard: ☑  Ashore: ☐ |
|---|---|

| First Reported to Name: Lee Mee Fung | Date (MMDDYYYY): 05312018  Time (HHMM): 1930 |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 05312018 | Time Medical Facility Visited (HHMM): 1945 |
|---|---|

If Not Reported Immediately, Please Explain Why:  —  Reported Immediately

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: LEE MEE LING | Contact Information: ████████ |
|---|---|
| Name: | Contact Information: ████████ |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

At time 1930, I was walking up the uphill aisle and I accidentally kicked the corner of the pathway and fell down. My knees were the first that landed and hit it. I experienced a sudden sharp pain. and a difficulty to walk afterwards.

**What do you believe caused this incident?**

It was an accident.

**What could you (or anyone else) have done to avoid this incident?**

I could be more careful.

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
| --- | --- |
|  | 310518 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Winnicho, Grand Daughter | Cabin Number: 8254 |

Page 2 of 2
Revision Date: July 2017

*987208*

*Severity : Minor*

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Ellis* | First Name: *Terl L* |
|---|---|
| Booking Number: | Folio Number: *9841000166046600* |
| Home Address: ▓▓▓ | |
| City: ▓▓▓ | Country: ▓▓▓ |
| Phone Number: ▓▓▓ | Cabin Number: ▓▓▓ |
| Nationality: ▓▓▓ | Date of Birth (MMDDYYYY): ▓▓▓ |

| Gender: ☑ Male ☐ Female | Height: *6,3* | Weight: *325* | | Marital Status: |
|---|---|---|---|---|

| Email: ▓▓▓ |
|---|

| Name of Person Traveling With: *Tamara Allen* |
|---|

| Date of Incident: *10/19/2018* | Time of Incident (HHMM): *220* | Date First Reported: *10/19/2018* |
|---|---|---|
| Detailed Location Where Incident Occurred: *outside cab* | | Onboard: ☑    Ashore: ☐ |
| First Reported to Name: *Cleaner Supervisor* | | Date (MMDDYYYY): <br> Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): *10/19/18* | | Time Medical Facility Visited (HHMM): *0254 H* |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: *Ricky Purnell* | Contact Information: *612-417-6789* |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |



**FORM # 1 (GUEST)**　　　　ROYAL CARIBBEAN CRUISES LTD.

**Describe In _Detail_ How the Incident Happened**

I was Walking for the Casino in fall on the floor.

**What do you believe caused this incident?**

?

**What could you (or anyone else) have done to avoid this incident?**

?

_I certify that the above statement is true and correct._

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 10/14/2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| | 6264 |

Page 2 of 2
Revision Date:  July 2017