**TAIANA COKE**
**TERRI DRAPER**



## 8 NIGHT SOUTHERN CARIBBEAN CRUISE
ADVENTURE OF THE SEAS  09 NOV 2019

# GUEST TICKET BOOKLET

**IMPORTANT NOTICE TO GUESTS:**

Your Cruise/Cruisetour Ticket Contract is contained in this booklet. The Contract contains important limitations on the rights of passengers. It is important that you carefully read all the terms of this Contract, paying particular attention to section 3 and sections 9 through 11, which limit our liability and your right to sue, and retain it for future reference. This Agreement requires the use of arbitration for certain disputes and waives any right to trial by jury to resolve those disputes.



www.RoyalCaribbean.com

# Cruise Summary

| THIS BOOKLET HAS BEEN PREPARED FOR | CROWN & ANCHOR MEMBERSHIP | PREPAID GRATUITIES | TRAVEL PROTECTION PROGRAM |
| --- | --- | --- | --- |
| TAIANA COKE | _ _ _ _ _ _ _ _ _ | No | Yes |
| TERRI DRAPER | _ _ _ _ _ _ _ _ _ | No | Yes |

## 8 NIGHT SOUTHERN CARIBBEAN CRUISE

| CRUISE SUMMARY | |
| --- | --- |
| RESERVATION ID: | 4420707 |
| GROUP ID: | 8079581 |
| SHIP NAME: | ADVENTURE OF THE SEAS |
| BOARDING DATE: | 09 NOV 2019 |
| STATEROOM #: | 7605 |
| DECK #: | 7 |
| CATEGORY: | 2T |
| DINING: | 5:30 PM |

| EMBARKATION | |
| --- | --- |
| BOARDING DATE: | 09 NOV 2019 |
| SAILING FROM: | FORT LAUDERDALE, FLORIDA |
| TERMINAL INFO: | Port Everglades |
| CHECK-IN BETWEEN: | 12:00 PM - 4:30 PM |

| DISEMBARKATION | |
| --- | --- |
| DISEMBARK DATE: | 17 NOV 2019 |
| DISEMBARK PORT: | FORT LAUDERDALE, FLORIDA |

### Cruise Itinerary

The cruise itinerary may change as conditions warrant.

**Prior To Boarding**: For questions regarding itinerary changes due to weather or other current events, guests may call our Customer Relations Department at +1.800.327.6700 or visit the 'Before You Board' section of our website www.RoyalCaribbean.com

**Once Onboard**: Refer to the ship's daily program for the latest updates.

### Ship Check-In

Royal Caribbean International will deny boarding to those guests without the proper travel documents / visas or those arriving after the check-in hours noted above.

No refunds will be given to individuals who fail to bring the proper travel documents or show up late.

### Travel Protection Program

Having purchased travel insurance, please click this link to access your Travel Protection Policy: www.archinsurancesolutions.com/coverage/Royal

### Online Check-In

Please complete online check-in at www.RoyalCaribbean.com/onlinecheckin no later than 3 days prior to the sailing date.

Remember to print your SetSail Pass and bring it with you in order to board the ship.

Additional check-in forms will need to be completed at the pier if online check-in is not completed.

### Important Travel Requirements

Royal Caribbean International highly recommends that all guests travel with a valid passport and that the passport expiration date not occur within six (6) months following the voyage termination date.

For more information on passport requirements, visa requirements, inoculation/health and family travel document requirements, please review the Travel Document page(s) within this booklet.

September 24, 2019 8:41 AM

# Travel Summary

**Cruise Itinerary**

| DAY | DATE | PORTS-OF-CALL | DOCK OR TENDER | ARRIVE | DEPART |
|---|---|---|---|---|---|
| SAT | 09 NOV | FORT LAUDERDALE, FLORIDA | D | | 5:30 PM |
| SUN | 10 NOV | CRUISING | C | | |
| MON | 11 NOV | CRUISING | C | | |
| TUE | 12 NOV | WILLEMSTAD, CURACAO | D | 9:00 AM | 8:00 PM |
| WED | 13 NOV | KRALENDIJK, BONAIRE | D | 8:00 AM | 5:00 PM |
| THU | 14 NOV | ORANJESTAD, ARUBA | D | 7:00 AM | 5:00 PM |
| FRI | 15 NOV | CRUISING | C | | |
| SAT | 16 NOV | CRUISING | C | | |
| SUN | 17 NOV | FORT LAUDERDALE, FLORIDA | D | 5:30 AM | |

**For Any Day Of Travel Concerns You May Have, Please Contact:**

| LOCATION | CONTACT TYPE | TELEPHONE | CONTACT |
|---|---|---|---|
| FORT LAUDERDALE, FLORIDA | Meet and Greet | +1.305.322.9328 | Intercruises |
| UNITED STATES | Travel Agent | 3304605635 | KHM CONSULTING INC |
| UNITED STATES | Trip Interruption | 1.800.256.6649 | Royal Caribbean International |
| UNITED STATES | Trip Interruption | +1.305.539.4107 | Royal Caribbean International |

September 24, 2019 8:41 AM

# Travel Documents

**Passports**
A valid passport book is required for international travel and for entering the United States by air. A valid passport book or other WHTI compliant document is required for domestic cruise travel in some circumstances (**see below)**. We strongly recommend that all guests travel with a valid passport book, even when not required. For additional passport information visit: www.travel.state.gov/ If you need to obtain a passport, VisaCentral can process a passport request quickly for U.S. Citizens - often in as little as one day. See contact information below.

**Caution**: The requirements described below are government regulations and policies. They are subject to change without notice. It is the sole responsibility of the guest to identify and obtain all required travel documents and have them available when necessary. These appropriate valid travel documents, such as passport, visas, inoculation certificate and family legal documents, are required for boarding and reentry into the United States and other countries. Passport book expiration date should not occur within six (6) months following the voyage termination date.

**Please note**:
- The name on your cruise line or air line reservation (if applicable) must match the name on your valid passport book or other identification documents (**see below**).
- Guests who do not possess the proper documentation may be prevented from boarding their flight or ship or from entering a country and may be subject to fines. No refunds will be given to individuals who fail to bring the proper documentation.

**International Cruise Travel**
A valid passport book is required; visas are required where they apply. Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms and fees for your nationality. Or, if you prefer, contact VisaCentral for this information.

**Domestic Travel**
The Western Hemisphere Travel Initiative (WHTI) requires that all travelers entering and departing the United States, Canada, Mexico, the Caribbean and Bermuda must present a valid passport book or other Department of Homeland Security-approved travel document that establishes the bearer's identity and citizenship.

Open-loop cruises (voyages that begin in one U.S. port and end in another U.S. port) will require a valid passport book or another WHTI-compliant document for entry or reentry into the United States.

Closed-loop cruises (voyages that begin and end in the same U.S. port) allow U.S. citizens to travel with additional travel documents such as a birth certificate plus a government issued picture ID card (i.e., a drivers license) with the exception of sailings to the island of Cuba, in which case a valid passport is required and the passport must be valid for 6 months following the voyage termination date. The name on your travel documents needs to match the name on the cruise line reservation or be linked by other legal documents such as a marriage certificate. A birth certificate, issued by a government agency (state, county, city, etc.), is an accepted travel document. A birth notice, issued by a hospital or other or other type of medical facility, is not an acceptable travel document. The name on your travel documents must match the name on your cruise reservation or be linked by a legal document such as a marriage license. For more information regarding domestic travel document requirements, visit: www.cbp.gov/travel/us-citizens/western-hemisphere-travel-initiative

**Alien Registration Card (Green Card)**
U.S. lawful permanent residents sailing on a domestic voyage must present their original Alien Registration Card (ARC) issued by the Department of Homeland Security or other valid evidence of permanent residence status in the United States. Only ARCs containing an expiration date (form I-551) are acceptable for travel. However, if you are holding an old edition ARC WITHOUT an expiration date, you will not be detained from entering the United States but U.S. Customs and Border Protection highly suggests that you apply for a new card before you sail. For additional information visit:

# NEXTCRUISE

# BOOK ONBOARD SAVE UP TO $600

## GET OUR BEST OFFER WHEN YOU BOOK YOUR NEXT ROYAL CARIBBEAN CRUISE ONBOARD

### UP TO $600 OFF* OR UP TO $600 ONBOARD CREDIT*

**Pay a reduced deposit of $200 per stateroom and select your next cruise within 12 months. Pick within 2 months and get up to $600 in savings.**

| NEXTCRUISE SAVINGS PER STATEROOM* | | | |
|---|---|---|---|
| LENGTH OF CRUISE | INTERIOR/OCEAN VIEW | BALCONY/JUNIOR SUITE | GRAND SUITE AND ABOVE |
| 4-5 Nights | $25 | $50 | $150 |
| 6-9 Nights | $50 | $100 | $300 |
| 10+ Nights | $100 | $200 | $600 |

Current Stateroom _____   Confirmation Email _____

Name #1 _____   Date of Birth _____

Name #2 (Optional) _____   Date of Birth _____

Home Address _____

City _____ State (or Province) _____   Postal Code _____ Country _____

Telephone _____   How many would you like to purchase?  (limit of 3 per person) _____

**NOTE:** When you pick your ship and sail date you may add more names to each room if desired. Unlimited name changes are allowed up until you pick your ship and sail date and then one name must remain the same. An additional deposit of $100 per person will be required if there are more than 2 people on the booking. Full deposit will be required if you move your booking to a group or book a Deluxe Suite category of Grand Suite or higher. International Policies may differ.

| Travel Agent or Certified Planner |
|---|
| KHM CONSULTING INC |
| Telephone Number: 3304605635 |

| Guest Name(s): | Crown & Anchor: |
|---|---|
| TAIANA COKE | _ _ _ _ _ _ _ _ _ |
| TERRI DRAPER | _ _ _ _ _ _ _ _ _ |
| Booking ID: | 4420707 |
| Stateroom: | 7605 |

. . . . . . . . . . . . . . . . . .

## READY TO MAKE YOUR BOOKING?
## VISIT YOUR NEXTCRUISE SALES TEAM ONBOARD.



*BOOK LATER: A nonrefundable deposit of $200 per stateroom and full names of each guest are required at time of booking. Additional deposits may be required when you select your ship and sail date depending on the type of stateroom/suite selected and number of passengers.  All such deposits are nonrefundable. Ship and sail date are not selected at time of booking, but must be selected within one year otherwise booking will expire and your deposit will be forfeited. Booking does not guarantee stateroom or sailing availability or cruise price until reservation is converted to a confirmed booking on a specific ship and sail date. If you select a ship and sail date within two months after booking, you will be eligible for up to $600 in savings per stateroom or suite, depending on stateroom category and cruise length chosen.  If you select a ship and sail date after two months, you will not be eligible for these savings but your deposit will be applied to the future cruise if ship and sail date are selected within one year. Once converted to a confirmed booking (by picking your ship and sail date), the terms for Nonrefundable Deposit Bookings, described below under "Book Now," shall apply. BOOK NOW: IF YOU BOOK A NONREFUNDABLE DEPOSIT FARE RATE (A "NDN BOOKING"), YOUR MINIMUM DEPOSIT WILL BE NONREFUNDABLE. CHANGES FOR NDN BOOKINGS : For Guests who make a NDN Booking, changes made during the first two (2) months shall not be subject to a change fee. Changes made to the ship or sail date after two (2) months shall be subject to a change fee (currently $100 per person but subject to adjustment without notice). CANCELLATIONS FOR NDN BOOKINGS: If the guest cancels a NDN Booking prior to the final payment due date, the cancellation terms applicable to your booking (which may vary from country to country) will apply.  For NDN Junior Suite and below bookings with a reduced deposit of $100 per person, the reduced deposit will be forfeited and no Future Cruise Credit ("FCC") will be issued.  If additional payments have been made on a NDN reduced deposit booking to fulfill the standard minimum required deposit and the booking is cancelled prior to the final payment due date, an FCC will be issued for the minimum deposit less the $100 per person service fee in countries where FCCs are offered.1  For NDN Grand Suite and above Bookings, Royal Caribbean will issue an FCC to the guest named on the cancelled NRD Booking in countries where FCCs are offered.  FCCs expire 12 months after issued and shall be issued in an amount equal to the nonrefundable deposit paid minus a $100 per person service fee.  No FCC will be issued if the nonrefundable deposit amount is $100 or less. NEXTCRUISE DOLLARS OFF AND OBC PROMOTION: Guests who make a NDN Booking are eligible for our NextCruise dollars off promotion or Future Onboard Credit (up to $600 per stateroom depending on cruise length and type of stateroom/suite). Guests who select our refundable fare option are eligible for a Future Onboard Credit (up to $150 per stateroom depending on length of voyage and type of stateroom.) FOR ALL NEXTCRUISE BOOKINGS:  The special promotional offer that you received as part of your NextCruise Booking (the "Special Promotional Offer") will adjust if you make any changes to a confirmed booking.  In lieu of that Special Promotional Offer, your cruise would be booked at a prevailing rate available in your country as of the date of your change. A NextCruise Booking may be combined with certain groups and require a full deposit and possible loss of your promotional offer and/or Onboard Credit offer. Guests must be 21 years of age or older and sailing on a Royal Caribbean International cruise, or participating in an authorized day visit onboard, at the time of booking in order to take advantage of our NextCruise program. Limits on the number of NextCruise bookings apply. NextCruise cannot be used for Travel Agent resale. Visit your NextCruise Sales Team onboard for full Terms and Conditions and/or visit the Royal Caribbean website in your country of residence. Nonrefundable deposits may not be permitted in certain countries of residence.  In that event, the NDN Booking shall be converted to a refundable deposit booking program and the special NextCruise offers applicable to refundable deposit bookings shall apply in lieu of the NextCruise offer selected by the consumer. FCCs are not offered in all countries.  In countries where FCCs are not offered, the deposit would be forfeited and no FCC will be issued. All amounts stated herein are in U.S. Dollars. ©2019 Royal Caribbean Cruises Ltd. Ships' registry: The Bahamas. 19068839 • 7/1/2019

# Port Directions

## Port
Port Everglades, Fort Lauderdale, Florida
https://goo.gl/maps/akTEHA6HigH2

## Pier Terminal
Follow directional signs as you enter the Port.

## Airports
Fort Lauderdale International Airport
Travel time to Port - approximately 20 minutes

Miami International Airport
Travel time to Port - approximately 45 minutes

## Driving
From: I-95, Florida Turnpike or I-75 go to I-595
Take I-595 East to Port Everglades entrance. Once you reach the port you will pass through a security check point. After you have cleared security, follow the directional signage to your ship's designated terminal. Please be advised that Port Everglades has multiple entrances, this is our recommended option.

From Miami International Airport:
Exit the airport and follow signs for Route 112 East to I-95 North, to Fort Lauderdale. Take I-95 North to Fort Lauderdale and exit onto I-595 East. Continue to the end of I-595 East and follow the signs to Port Everglades. This will automatically take you to the Port Everglades security entrance. From there, follow the directional signs for your designated ship's pier terminal.

## Pier Long Term Parking
After dropping off your checked luggage at the pier terminal with the porters and cruise line representatives, proceed to the designated Port Everglades parking facility. Rates are $15.00 USD per day for regular vehicles and $19.00 USD for oversized vehicles (subject to change without notice by the Port Everglades Authority). Vehicles in excess of 20 feet must contact USA Parking for availability. Rates are payable by credit card or cash upon exiting the facility. Complimentary shuttle service is available for parking facilities not adjacent to the terminals. Parking questions, please contact USA Parking at +1.954.468.3680.

## Security
Please expect delays related to security and immigration procedures when arriving at both the Port entrance and the Pier. These procedures have been designed for your safety and all attempts will be made to expedite you through the process as quickly as possible. Remember to have your photo ID and cruise documentation accessible for presentation to Port Security.

For additional information on Port Everglades visit
www.porteverglades.net

# Things To Know

**Access Needs**
Royal Caribbean International welcomes guests with access needs and works hard to assist them throughout their vacation.

To receive appropriate assistance, you must notify Royal Caribbean International in writing of any disability or condition that may require advisable special accommodations. Contact the Access Department at +1.866.592.7225 or +1.954.628.9708 from outside the U.S. or email us at special_needs@rccl.com or Fax +1.954.628.9622.

Guests with wheelchairs, scooters and limited mobility may have difficulty or may not be able to get on and off the ship using tenders and gangways at some ports of call. For more information please see www.RoyalCaribbean.com/tenderaccess

**Alcohol Policy**
Guests are not allowed to bring beer, hard liquor, fortified wines (vermouth, sherry, sake, and port wines) or nonalcoholic beverages onboard for consumption or any other use. Guests may bring personal wine or champagne onboard only on embarkation day, limited to two (2) bottles (no boxes) of 750 ml each per stateroom. Wine should be brought onboard via carry on if possible. Luggage containing wine or champagne will not be delivered to the stateroom and guests will need to retrieve their luggage from security once the ship has set sail. Only staterooms with at least one (1) guest over 21 years of age are eligible to bring bottles of wine or champagne onboard. Guests may request a corkscrew to use for opening bottles in their stateroom.

Additional bottles of wine beyond two (2) bottles that are brought onboard or any alcoholic beverages purchased in ports-of-call or from Shops On Board will be stored by the ship and delivered to your stateroom on the last day of the sailing.

Security may inspect the bottles and if they appear to have been tampered with, they will not be allowed to be brought onboard. Security may also inspect containers (water bottles, soda bottles, mouthwash, luggage etc.) and will dispose of containers holding alcohol. Alcoholic beverages seized on embarkation day will not be returned.

The minimum age to consume alcohol on Royal Caribbean International ships on sailings originating in North America is twenty-one (21).

The minimum age to consume alcohol on Royal Caribbean International ships on sailings from South America, Europe, Asia, Australia and New Zealand is eighteen (18). The minimum age to consume alcohol at all private destinations remains twenty-one (21) without regard to where the sailing originated.

The Company retains the right, on rare occasions, to raise the minimum age of alcohol consumption on any sailing when local laws require or permit such a modification.

Guests who violate any alcohol policies (over consuming, providing alcohol to people under the age of 21, demonstrating irresponsible behavior, or attempting to conceal alcoholic items at security and or luggage checkpoints or any other time), may be disembarked or not allowed to board, at their own expense, in accordance with the Guest Conduct Policy.

**Baggage Advice**
Each guest is permitted to carry onboard the vessel or check-in only the wearing apparel and personal effects reasonably necessary for the cruise. We recommend that guests personally carry any boarding documentation (passports, visas, citizenship documents, family legal documents).

Bring an overnight bag for your last night at sea. Staff will collect your luggage the night before disembarkation and you will need an overnight bag to carry your night clothes and toiletries.

**Communications With Ship**
Detailed information for communicating with the ship and onboard Internet access can be found at www.RoyalCaribbean.com.

**Gratuities**
A $14.50 per guest, per day gratuity will be automatically added to each guest's SeaPass® account on a daily basis to be shared among dining, bar & culinary services staff, stateroom attendants and other hotel services teams who work behind the scenes to enhance the cruise experience. Suite guests will see a $17.50 daily gratuity.

Guests who prepaid gratuities prior to boarding their cruise will not see a daily charge onboard.

An 18% gratuity is also automatically added to beverages and the mini bar. Beverage gratuities are pooled and shared by various dining and beverage service staff. An 18% gratuity is added to spa and salon purchases. Gratuities for other service personnel are at your discretion.

*Guests who booked prior to January 2, 2018 can pre-pay gratuities before their sailing at the previous rates, which are $13.50 for standard staterooms and $16.50 for suites.

**Guest Conduct Policy**
For the safety and comfort of our guests, Royal Caribbean developed a Guest Conduct Policy for both adults and children. If Royal Caribbean determines that certain guests are in violation of these guidelines we may be forced to ask the offending party to leave the ship at the next available port of call. Please make sure to familiarize yourself with the guidelines which can be found on our website www.RoyalCaribbean.com under the Customer Services Directory.

**Infants**
Infants sailing on a cruise must be at least 6 months old as of the first day of the cruise or cruisetour. However, for Transatlantic, Transpacific, Hawaii, select South America cruises/cruisetours and other select cruises/cruisetours the

**Things To Know Continued**

infant (as of the first day of the cruise/cruisetour) must be at least 12 months old. If you require additional information, visit our website at www.RoyalCaribbean.com. If you are affected by this policy please call us at +1.800.327.6700.

Due to public health regulations, children who are not completely toilet trained are not permitted in the pools, whirlpools or H2O zone. Children in diapers or who are not toilet trained are welcomed to use the Baby Splash Zone on select ships.

### Medical Services
Every Royal Caribbean ship offers professional medical services – for a reasonable fee – through independently contracted, licensed (international or domestic) physicians.

### Muster Drill
A mandatory safety drill for all guests will take place before the ship sails.  This drill is designed to acquaint you with safety procedures in the event of a real emergency. On the back of your stateroom door, you will find important information and the location of your Muster Station as well as the proper use of life jacket.

### Pregnancy
Royal Caribbean International welcomes pregnant guests, but cannot accept guests who will be entering their 24th week of pregnancy by the beginning of, or at any time during the cruise or cruisetour. All guests are required to sign a health questionnaire at check-in to ensure they are aware of our pregnancy policy. If you have already booked a cruise or cruisetour and do not meet this requirement, please contact your Travel Agent or call us at +1.866.562.7625 and request a Resolution Agent.

### Save the Waves
Save the Waves is a Royal Caribbean International sponsored program that works to protect the ecology of the oceans that support cruising. Please refrain from throwing anything overboard, both in port and at sea, and deposit trash in the proper receptacles. We are grateful for your cooperation with this endeavor.

### Security Screening And Prohibited Items
Royal Caribbean International's highest priority is to ensure the safety and security of all guests. In order to maintain an effective and meaningful security environment and to comply with international and national security laws, regulations and guidelines, Royal Caribbean has established strict security procedures in the seaport terminals we utilize and onboard all our vessels. These measures include screening all guests and their personal property prior to boarding. We appreciate our cooperation in this endeavor.

For the safety of our guests, certain items are not allowed onboard the cruise ship. Weapons, illegal drugs and other items that could interfere with the safe operation of the ship or the safe and secure environment of the guests and crew are prohibited. The following are examples of items that are not allowed onboard. These and other similar items will be taken by ships Security upon being found.

Prohibited items: Firearms & Ammunition, including realistic replicas; Sharp Objects, including knives and scissors. (Note: Personal grooming items such as safety razors are allowed.) Illegal Drugs & Substances; Candles & Incense; Coffee Makers, Clothes Irons/Steamers & Hot Plates; Baseball Bats, Hockey Sticks, Cricket Bats, Bows & Arrows; Illegal Drugs; Skateboards & Surfboards; Martial Arts Gear; Self Defense Gear, including handcuffs, pepper spray, night sticks. Flammable Liquids and Explosives, including lighter fluid and fireworks; HAM Radios, Dangerous Chemicals including bleach and paint; Personal Alcohol; Hookah Pipes.

### Samsung Galaxy Note 7 Update
Please note that Royal Caribbean International does not allow Samsung Galaxy Note 7 cell phones onboard our ships. This decision was made in light of recent (October 2016) incidents and safety concerns raised by Samsung about this particular device, as well as the Federal Aviation Administration (FAA) recent ban of the phone from all airplanes. We ask that guests who own a Samsung Galaxy Note 7 not bring the device on your cruise. We appreciate your understanding and cooperation, and look forward to welcoming you aboard.

### Special Embarkation Notice
For your comfort and your convenience we recommend that you not arrive more than 30 minutes prior to the scheduled check-in start time. Early arrivals may have a prolonged wait time in potentially warm or inclement weather conditions.

### Smoking Policy
For the comfort and enjoyment of our guests, our ships are designated as non-smoking; however, we recognize that some of our guests do smoke. Therefore, to provide an onboard environment that also satisfies smokers, we have designated certain areas of the ship as smoking areas.

Cigarette, cigar, e-cigarette and pipe smoking is permitted in designated outdoor areas of the starboard side of all ships. To assist in locating areas where smoking is permitted, guests will find visible signage posted within all smoking areas and ashtrays that are provided for use. Outdoor areas near restricted areas, food venues, and kids play areas and pools will not allow smoking.

Casino Royale allows smoking and has a designated area for non-smoking guests. There will be visible signage indicating the non-smoking area in the casino. There are select cruises departing from China that will not have a non-smoking area in the casino.

Onboard all interior public spaces are smoke free. Smoking is not permitted in any dining venue, theater, bar, lounge, hallway, elevator, and jogging track.

Smoking is not permitted inside any stateroom and any stateroom balcony. This applies to all stateroom categories onboard. If a guest is in violation of this stateroom policy, a cleaning fee of $250 USD will be applied to their SeaPass® account and may be subject to further action pursuant to the 'Consequences Section' of the Guest Conduct Policy.

September 24, 2019 8:41 AM

Cigarettes, cigars and pipe tobacco must be properly disposed of and never thrown overboard. Cigar and pipe tobacco is limited to designated outdoor areas and Cigar Bars**. You must be at least 18 years of age to purchase, possess or use tobacco onboard.

Royal Caribbean International kindly asks all guests to please observe the smoking policy. These requests are made to provide a comfortable cruise for everyone. Guest may also inquire at Guest Services for the location of the designated smoking areas onboard.

***Cigar Bars on Royal Caribbean International are called the Connoisseur Club and are featured on many (not all) of the Freedom Class and Voyager Class ships.*

**Visitors Onboard**
No visitors are permitted onboard

# Cruise/Cruisetour Ticket Contract

**IMPORTANT NOTICE TO GUESTS**
YOUR CRUISE/CRUISETOUR TICKET CONTRACT CONTAINS IMPORTANT LIMITATIONS ON THE RIGHTS OF PASSENGERS. IT IS IMPORTANT THAT YOU CAREFULLY READ ALL TERMS OF THIS CONTRACT, PAYING PARTICULAR ATTENTION TO SECTION 3 AND SECTIONS 9 THROUGH 11, WHICH LIMIT OUR LIABILITY AND YOUR RIGHT TO SUE, AND RETAIN IT FOR FUTURE REFERENCE.

THIS AGREEMENT REQUIRES THE USE OF ARBITRATION FOR CERTAIN DISPUTES AND WAIVES ANY RIGHT TO TRIAL BY JURY TO RESOLVE THOSE DISPUTES. PLEASE READ SECTION 10 BELOW.

**1. INTRODUCTION:**
This Cruise/CruiseTour Ticket Contract (the 'Ticket Contract') describes the terms and conditions that will apply to the relationship between the Passenger (as defined in Section 2.g below) and the Carrier (as defined in Section 2.b below) for the Vessel with respect to the Cruise or CruiseTour covered by this Agreement. Except as otherwise expressly provided herein, this Agreement supersedes any other written or oral representations or agreements relating to the subject matter of this Agreement or the Cruise or the CruiseTour but excluding the terms of the Cruise Lines International Association ("CLIA") Passenger Bill of Rights that the Vessel's Operator has adopted as a requirement of being a member of CLIA. In the event of a direct conflict between a provision of this Ticket Contract and a provision of the CLIA Passenger Bill of Rights in effect at the time of booking (the "CLIA Passenger Bill of Rights"), the CLIA Passenger Bill of Rights controls.

Purchase or use of this Ticket Contract, whether or not signed by the Passenger, shall constitute the agreement by Passenger, on behalf of himself and all other persons traveling under this Ticket Contract (including any accompanying minors or other persons for whom the Ticket Contract was purchased), to be bound by the terms and conditions of this Ticket Contract. This Ticket Contract cannot be modified except in a writing signed by a corporate officer of Operator. In addition, Guest acknowledges the availability of and Guest agrees to abide by the terms and conditions, including but not limited to certain payment terms such as minimum deposit requirements and payment due dates, which appear in the applicable Carrier brochure or online at www.RoyalCaribbean.com. In the event of any conflict between such other brochure or website materials and this Ticket Contract, the terms of this Ticket Contract shall prevail.

**2. DEFINITIONS:**
a. 'Agreement' or 'Contract' means the terms and conditions set forth in this Ticket Contract together with the Cruise or CruiseTour Fare due for Your Cruise or CruiseTour. Together, the items described in the preceding sentence shall constitute an agreement between Passenger and Operator for the Cruise or CruiseTour.
b. 'Carrier' shall include: (i) the Vessel, or any substituted ship; (ii) the Vessel's Operator; and (iii) with respect to the Land Tour portion of any CruiseTour, the operator of that Land Tour ('LTO') together with the owners, managers, charterers, affiliates, successors and assigns of the entities identified in subsections (i), (ii) and (iii) of this sentence. Carrier also shall include the officers, directors, employees, agents, crew or pilots of the entities identified in the preceding sentence. The exclusions or limitations of liability of Carrier set forth in the provisions of this Ticket Contract, as well as all rights, defenses or immunities set forth herein, shall also apply to and be for the benefit of agents, independent contractors, concessionaires and suppliers of Carrier, as well as owners and operators of all shoreside properties at which the Vessel or the Transport may call, as well as owners, designers, installers, suppliers and manufacturers of the Vessel or Transport, or any component parts of either, together with the employees and servants of each of the foregoing, and/or any launches, craft or facilities of any kind belonging to or provided by any of the entities identified in this paragraph.
c. "Cruise" means the specific cruise covered by this Ticket Contract, as the same may be modified and shall include those periods during which the Guest is embarking or disembarking the Vessel and those periods when the Guest is on land while the Vessel is in port.
d. 'Cruise Fare" or "CruiseTour Fare' includes the amount due for the Cruise or CruiseTour, whether such amounts are owing and/or have been paid by the Passenger, but does not include amounts due for other products or services such as air transportation, photographs, gratuities, telephone calls, or medical services which can be purchased separately, nor does it include government or quasi-governmental taxes and fees, whether assessed on a per passenger, per vessel, per berth or per ton basis, nor any fuel surcharges, security surcharges or similar assessments made by airlines, trains, buses, hotels or other third parties which are subject to change and are due and payable by Passenger upon request. For CruiseTours that include air travel, airfare is included in the CruiseTour Fare.
e. 'CruiseTour' shall mean the combined vacation package officially published and offered by Carrier, which includes the applicable cruise and associated Land Tour.
f. 'Operator' means the entity identified in Section 18 below.
g. 'Passenger' or 'Guest' or 'Your' means all persons traveling under this Ticket Contract and persons in their care, together with their respective heirs and representatives. 'Passenger' shall include the plural and the use of the masculine shall include the feminine.

h. 'Land Tour' shall mean the land tour component of a CruiseTour to be provided either prior to the initial embarkation on the cruise or after the final debarkation from the cruise.
i. 'Transport' means the railcars, buses and other modes of transportation or accommodation provided by a LTO in connection with a Land Tour.
j. 'Vessel' means the ship owned or chartered or operated by Operator on which Passenger may be traveling or against which Passenger may assert a claim, as well as any substituted ship used in the performance of this Ticket Contract.

**3. BAGGAGE, PROPERTY AND LIMITATIONS OF LIABILITY:**
a. Baggage Limits and Prohibited Items. Each adult Passenger is permitted to carry onboard the Vessel or check-in only the wearing apparel and personal effects reasonably necessary for the cruise, including suitcases, trunks, valises, satchels, bags, hangers containing clothing, toiletries and similar items. In no event shall any Passenger bring on board the Vessel or check-in, or in connection with the Land Tour, any illegal controlled substances, fireworks, live animals (except under the terms of Section 12.e below), weapons, firearms, explosives or other hazardous materials, or any other items prohibited by applicable law or Carrier policy. Carrier reserves the right to refuse to permit any Passenger to take on board the Vessel or on any mode of Transport any item Carrier deems inappropriate.
b. Liability for Loss of or Damage to Baggage. Unless negligent, Carrier is neither responsible nor liable for any loss of or damage to Passenger's property, whether contained in luggage or otherwise. Liability for loss of or damage to Passenger's property in connection with any air or ground transportation shall be the sole responsibility of the provider of the service and in accordance with applicable limitations.
c. Limitation of Liability for Lost or Damaged Property. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property during the Land Tour portion of a CruiseTour is limited to $300.00 per Passenger. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property for the cruise (or for the cruise only portion of a CruiseTour) shall be limited to $300.00 per Passenger, unless Passenger declares the true value of such property in writing to the Carrier at the address specified in Section 10.a below and pays Carrier within 10 days of final payment for the cruise, a fee of five percent (5%) of the amount that such value exceeds $300.00. In such event, Carrier's liability shall be limited to its true declared value, but not exceeding $5,000.
d. Limited Carriage. Carrier does not undertake to carry as baggage any tools of trade, household goods (including but not limited to appliances and furniture) fragile or valuable items, precious metals, jewelry, documents, negotiable instruments or other valuables, including but not limited to those specified in Title 46 of the United States Code, Appendix Section 181. Each Passenger warrants that no such item will be presented to Carrier within any receptacle or container as baggage, and hereby releases Carrier from any liability whatsoever for loss of or damage to such items when presented to Carrier in breach of this warranty. In no event shall Carrier be liable for normal wear or tear of luggage or property, or loss of or damage to jewelry, cash, negotiable paper, photographic/electronic, medical or recreational equipment, dental hardware, eyewear, medications or other valuables unless they are deposited with Carrier on the Vessel for safekeeping against receipt (LTOs do not accept valuables for deposit). Carrier's liability, if any, for loss of or damage to valuables so deposited shall not exceed the amounts indicated in Section 3.c above.

**4. MEDICAL CARE AND OTHER PERSONAL SERVICES:**
a. Availability of Medical Care. Due to the nature of travel by sea and the ports visited, the availability of medical care onboard the Vessel and in ports of call may be limited or delayed and medical evacuation may not be possible from the Vessel while at sea or from every location to which the Vessel sails.
b. Relationship with Service Providers. To the extent Passengers retain the services of medical personnel or independent contractors on or off the Vessel, Passengers do so at their sole risk. Any medical personnel attending to a Passenger on or off the Vessel, if arranged by Carrier, are provided solely for the convenience of the Passenger, work directly for the Passenger, and shall not be deemed to be acting under the control or supervision of the Carrier, as Carrier is not a medical provider. Likewise, any onboard concessions (including but not limited to the gift shops, spas, beauty salon, art program, photography, formalwear concessions) are either operated by or are independent contractors on board the Vessel, on Transport or elsewhere and are provided solely for the convenience of Passenger. Even though the Carrier shall be entitled to charge a fee and earn a profit for arranging such services, all such persons or entities shall be deemed independent contractors and not acting as agents or representatives of Carrier. Carrier assumes no liability whatsoever for any treatment, failure to treat, diagnosis, misdiagnosis, actual or alleged malpractice,



**Cruise/Cruisetour Ticket Contract continued**

advice, examination or other services provided by such persons or entities. Guest acknowledges that the Vessel's hair dresser, manicurist, art auctioneer, gift shop personnel, spa personnel, wedding planners and other providers of merchandise and personal services are employees of independent contractors and that Carrier is not responsible for their actions.

c. Payment for Medical or Personal Care Services. Passenger shall pay for all medical care or other personal services requested or required, whether onboard or ashore, including the cost of any emergency medical care or transportation incurred by Carrier and any costs associated with the provision of medical services as provided in the CLIA Passenger Bill of Rights. If Passenger is unable to pay and the Carrier pays for such expenses, then Passenger shall reimburse Carrier for those expenses.

**5. SHORE EXCURSIONS, TOURS, FACILITIES OR OTHER TRANSPORTATION:**
All arrangements made for or by Passenger for transportation (other than on the Vessel) before, during or after the Cruise or CruiseTour of any kind whatsoever, as well as air arrangements, shore excursions, tours, hotels, restaurants, attractions and other similar activities or services, including all related conveyances, products or facilities, are made solely for Passenger's convenience and are at Passenger's risk. The providers, owners and operators of such services, conveyances, products and facilities are independent contractors and are not acting as agents or representatives of Carrier. Even though Carrier may collect a fee for, or otherwise profit from, making such arrangements and offers for sale shore excursions, tours, hotels, restaurants, attractions, the Land Tour and other similar activities or services taking place off the Vessel for a profit, it does not undertake to supervise or control such independent contractors or their employees, nor maintain their conveyances or facilities, and makes no representation, whether express or implied, regarding their suitability or safety. In no event shall Carrier be liable for any loss, delay, disappointment, damage, injury, death or other harm whatsoever to Passenger which occurs on or off the Vessel or the Transport as a result of any acts, omissions or negligence of any independent contractors.

**6. CANCELLATION, DEVIATION OR SUBSTITUTION BY CARRIER:**
a. Carrier may for any reason at any time and without prior notice, cancel, advance, postpone or deviate from any scheduled sailing, port of call, destination, lodging or any activity on or off the Vessel, or substitute another vessel or port of call, destination, lodging or activity. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim whatsoever by Passenger, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.

b. In connection with a CruiseTour, Carrier has the same right to cancel, advance, postpone or deviate from any scheduled activity, departure or destination, or substitute another railcar, bus, destination or lodging or other component of the CruiseTour. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim by Passenger whatsoever, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.

c. By way of example, and not limitation, Carrier may, without liability (except as provided in Section 6(e) with respect to mechanical failures only), deviate from any scheduled sailing and may otherwise land Passenger and her property at any port if Carrier believes that the voyage or any Passenger or property may be hindered or adversely affected as a result of hostilities, blockages, prevailing weather conditions, labor conflicts, strikes onboard or ashore, breakdown of Vessel, congestion, docking difficulties, medical or life saving emergencies or any other cause whatsoever.

d. Carrier shall have the right to comply with any orders, recommendations, or directions whatsoever given by any governmental entity or by persons purporting to act with such authority and such compliance shall not be deemed a breach of this Agreement entitling the Passenger to assert any claim for liability, compensation or refund.

e. In the event that a Cruise (or the cruise component of a CruiseTour) is canceled or terminated early due to mechanical failures:

i) Passenger shall have a right to a full refund of the Cruise Fare if the Cruise is canceled in full, or a partial refund if the cruise is terminated early;

ii) Carrier may cover or reimburse Passenger for additional costs (e.g. airline change fees) as deemed appropriate by the Carrier.

iii) If the Passenger has travelled to the Vessel Passenger shall have a right to transportation (by means selected by the Carrier to the Vessel's scheduled port of disembarkation or the Passenger's home city; and

iv) Passenger shall have a right to lodging (selected by the Cruise Line) if disembarkation and an overnight stay in an unscheduled port are required due to the Cruise or cruise component of a CruiseTour being cancelled or terminated early because of such mechanical failures.

**7. CANCELLATION OR EARLY DSISEMBARKATION BY PASSENGER**
Select fare programs require the payment at the time of booking of a nonrefundable deposit. That deposit amount shall not be refunded at any time after it has been paid. Change fees will apply to bookings for which the deposit is nonrefundable.

Cancellation of Cruise or CruiseTour. Cruises that are cancelled prior to the sail date, and CruiseTours that are cancelled prior to the first day of the CruiseTour, may be subject to a cancellation charge. The amount of the cancellation charge shall be determined as shown in the table below and shall vary depending on how far in advance of the sail date (or first day of the CruiseTour) the Operator receives

notice of cancellation. The table applies to Holiday Sailings as well.

| FOR 1 TO 4 NIGHT CRUISES (including Holiday Sailings) IF CANCELLATION IS MADE | CANCELLATION CHARGE |
|---|---|
| 75 days or more prior to the first day of the Cruise | No charge (except for Nonrefundable Deposit amounts**)** |
| 74 to 61 days | 50% of total price |
| 60 to 31 days | 75% of total price |
| 30 days or less | 100% of total price (No refund) |

| FOR 5 NIGHT CRUISES OR LONGER (including Holiday Sailings and CruiseTours) IF CANCELLATION IS MADE | CANCELLATION CHARGE |
|---|---|
| 90 days or more prior to the first day of the Cruise | No charge (except for Nonrefundable Deposit amounts) |
| 89 to 75 days | 25% of total price |
| 74 to 61 days | 50% of total price |
| 60 to 31 days | 75% of total price |
| 30 days or less | 100% of total price (No refund) |

In the event of a cancellation of a Cruise or CruiseTour, any applicable Taxes/Fees or Fuel Supplement charges shall be refunded. For bookings made outside of the United States and Canada, a different cancellation policy may apply. Contact your local office or travel agency for details.

Cancellation notices are effective when received by the Operator.

For Passengers who have booked a CruiseTour and desire to cancel their tour portion while retaining the Cruise, refunds of the CruiseTour Fare (including any applicable supplement charges) shall be made in accordance with the following cancellation policy. Guests who convert their CruiseTours to a cruise only booking within forty-two (42) days of the start date of the tour segment of the CruiseTour will be subject to a cancellation charge. The amount of that charge varies depending on the location of the CruiseTour and/or its length. For the specific amount of the charge, visit www.RoyalCaribbean.com/cancellationpolicy.

The cancellation charge policies set forth above vary for single occupancy or for the third, fourth or higher occupants in a stateroom or for groups. Consult your travel agency or call Royal Caribbean for further details.

Cancellation by the Passenger after the Cruise or CruiseTour has begun, early disembarkation of the Passenger for any reason, including pursuant to any provision of this Ticket Contract, or "no-shows" shall be without refund, compensation, or liability on the part of the Carrier whatsoever.

If Carrier received payment via credit card, the refund will be made to that credit card. If Carrier received payment from your travel agent, the refund will be provided back to that travel agent.

Carrier reserves the right to offer promotional cruise fares or other offers that may modify the cancellation policies set forth above.

For cancellations of air flights, hotel stays, transfer services, shore excursions, pre-purchased amenities, Royal Caribbean Travel Protection Program™, pre-booked services (such as spa, photography or wedding services) and pre-booked arrangements such as specialty dining, see the applicable terms and conditions for any applicable cancellation charges.

**8. PASSENGER'S OBLIGATION TO COMPLY WITH AGREEMENT, APPLICABLE LAWS, AND RULES OF CARRIER; QUARANTINE; INDEMNIFICATION:**
a. Compliance Obligation Generally. Passenger shall at all times comply with the provisions of this Agreement, all applicable laws, and rules, policies and regulations of the Carrier, the Vessel and the Transport (as the same may be changed from time to time with or without notice). Passenger agrees not to enter any areas of the vessel designated for crew only, including crew quarters, under any circumstances whatsoever. Passenger further agrees that Carrier may prohibit or restrict Passenger from bringing any alcoholic beverages for consumption onboard the Vessel and agrees to comply with any Carrier policy covering such matters. Nothing in this Agreement shall grant to Passenger any right to market, advertise, promote, provide or sell products or services to other guests onboard the Cruise or CruiseTour and Passenger shall be prohibited from doing so.

b. Passengers are solely responsible to maintain in their possession all passports, visas and other travel documents required for embarkation, travel

**Cruise/Cruisetour Ticket Contract continued**

and disembarkation at all ports of call. Passengers assume full responsibility to determine through their travel agent or the appropriate government authority the necessary documents. Passenger agrees to provide to Carrier (at Carrier's reasonable request) any travel documents. Carrier shall return such travel documents to Passenger by no later than the end of the Cruise.

c. Passenger understands and agrees that Carrier has a zero tolerance policy for illegal activity and shall report such activity to the appropriate authorities.

d. Each adult Passenger undertakes and agrees to supervise at all times any accompanying minors to ensure compliance with the provisions of this Section 8.

e. Carrier may also change accommodations, alter or cancel any activities of, deny service of alcohol to, confine to a stateroom or quarantine, search the stateroom, property or baggage of any Passenger, change a Passenger's Land Tour, disembark or refuse to embark the Passenger and/or any Passenger responsible for any minor Passenger, or restrain any Passenger at any time, without liability, at the risk and expense of the Passenger, when in the sole opinion of Carrier or Captain the Passenger's conduct or presence, or that of any minor for whom the Passenger is responsible, is believed to present a possible danger, security risk or be detrimental to himself or the health, welfare, comfort or enjoyment of others, or is in violation of any provision of this Agreement.

f. Passenger, or if a minor, his parent or guardian, shall be liable for and indemnify Carrier, the Vessel and the Transport from any civil liability, fines, penalties, costs or expenses incurred by or imposed on the Vessel, the Transport or Carrier arising from or related to Passenger's conduct or failure to comply with any provisions of this Section 8, including but not limited to: (i) any purchases by or credit extended to the Passenger; (ii) requirements relating to immigration, customs or excise; or (iii) any personal injury, death or damage to persons or property caused directly or indirectly, in whole or in part, by any willful or negligent act or omission on the part of the Passenger.

g. Carrier shall not be required to refund any portion of the Cruise or CruiseTour Fare paid by any Passenger who fails for any reason to be onboard the Vessel or Transport by the embarkation cut-off time applicable to the specific Cruise or CruiseTour or the boarding cut-off time applicable at any port of call or destination or point of departure as the case may be, and shall not be responsible for lodging, meals, transportation or other expenses incurred by Passenger as a result thereof. Embarkation cut-off times for cruises are available at www. RoyalCaribbean.com. Boarding cut-off times for any port of call or destination or point of departure are as announced on the applicable Cruise or CruiseTour. Carrier shall have no obligation to any Passenger to deviate from any scheduled sailing or port of call or destination.

h. Passenger acknowledges that for certain voyages, such as a round-trip voyage commencing in a United States port, the Passenger must complete the entire voyage and that failure to do so may result in a fine or other penalty being assessed by one or more governmental agencies. Passenger hereby agrees to pay any such fine or penalty imposed because Passenger failed to complete the entire voyage and to reimburse Carrier in the event it pays such fine or penalty.

i. Carrier may refuse to transport any Passenger, and may remove any Passenger from the Vessel or Transport at any time, for any of the following reasons: (i) whenever such action is necessary to comply with any government regulations, directives or instructions; (ii) when a Passenger refuses to permit search of his person or property for explosives, weapons, dangerous materials or other stolen, illegal or prohibited items; (iii) when a Passenger refuses upon request to produce positive identification; or (iv) for failure to comply with Carrier's rules and procedures, including, for example, Carrier's Guest Conduct Policy or Carrier's policies against fraternization with crew; or (v) Guest's passage is denied by Carrier pursuant to its Refusal to Transport policy. Carrier's Guest Conduct Policy and Refusal to Transport policy are available online at http://www.royalcaribbean.com/content/en_US/pdf/Guest_Conduct_Policy.pdf and http://www.royalcaribbean.com/content/en_US/pdf/Refusal_To_Transport.pdf.

j. In the interests of safety and security, Passengers and their baggage are subject to inspection or monitoring electronically with or without the Passenger's consent or knowledge.

k. If Carrier exercises its rights under this Section 8, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.

**9. FORUM SELECTION CLAUSE FOR ALL LAWSUITS; CLASS ACTION WAIVER:**

a. EXCEPT AS PROVIDED IN SECTION 10 (b) WITH REGARD TO CLAIMS OTHER THAN FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER , IT IS AGREED BY AND BETWEEN PASSENGER AND CARRIER THAT ALL DISPUTES AND MATTERS WHATSOEVER ARISING UNDER, IN CONNECTION WITH OR INCIDENT TO THIS AGREEMENT, PASSENGER'S CRUISE, CRUISETOUR, LAND TOUR OR TRANSPORT, SHALL BE LITIGATED, IF AT ALL, IN AND BEFORE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A., (OR AS TO THOSE LAWSUITS TO WHICH THE FEDERAL COURTS OF THE UNITED STATES LACK SUBJECT MATTER JURISDICTION, BEFORE A COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A.) TO THE EXCLUSION OF THE COURTS OF ANY OTHER STATE, TERRITORY OR COUNTRY. PASSENGER HEREBY CONSENTS TO JURISDICTION AND WAIVES ANY VENUE OR OTHER OBJECTION THAT HE MAY HAVE TO ANY SUCH ACTION OR PROCEEDING BEING BROUGHT IN THE APPLICABLE COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA.

b. CLASS ACTION RELIEF WAIVER. PASSENGER HEREBY AGREES THAT EXCEPT AS PROVIDED IN THE LAST SENTENCE OF THIS PARAGRAPH, PASSENGER MAY BRING CLAIMS AGAINST CARRIER ONLY IN PASSENGER'S INDIVIDUAL CAPACITY. EVEN IF THE APPLICABLE LAW PROVIDES OTHERWISE, PASSENGER

AGREES THAT ANY ARBITRATION OR LAWSUIT AGAINST CARRIER, VESSEL OR TRANSPORT WHATSOEVER SHALL BE LITIGATED BY PASSENGER INDIVIDUALLY AND NOT AS A MEMBER OF ANY CLASS OR AS PART OF A CLASS OR REPRESENTATIVE ACTION, AND PASSENGER EXPRESSLY AGREES TO WAIVE ANY LAW ENTITLING PASSENGER TO PARTICIPATE IN A CLASS ACTION. IF YOUR CLAIM IS SUBJECT TO ARBITRATION AS PROVIDED IN SECTION 10 BELOW, THE ARBITRATOR SHALL HAVE NO AUTHORITY TO ARBITRATE CLAIMS ON A CLASS ACTION BASIS. YOU AGREE THAT THIS SECTION SHALL NOT BE SEVERABLE UNDER ANY CIRCUMSTANCES FROM THE ARBITRATION CLAUSE SET FORTH IN SECTION 10.b BELOW, AND IF FOR ANY REASON THIS CLASS ACTION WAIVER IS UNENFORCEABLE AS TO ANY PARTICULAR CLAIM, THEN AND ONLY THEN SUCH CLAIM SHALL NOT BE SUBJECT TO ARBITRATION.

**10. NOTICE OF CLAIMS AND COMMENCEMENT OF SUIT OR ARBITRATION; SECURITY:**

a. TIME LIMITS FOR PERSONAL INJURY/ILLNESS/DEATH CLAIMS: NO SUIT SHALL BE MAINTAINABLE AGAINST CARRIER, THE VESSEL OR THE TRANSPORT FOR PERSONAL INJURY, ILLNESS OR DEATH OF ANY PASSENGER UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN SIX (6) MONTHS FROM THE DATE OF THE INJURY, ILLNESS OR DEATH AND SUIT IS COMMENCED (FILED) WITHIN ONE (1) YEAR FROM THE DATE OF SUCH INJURY, ILLNESS OR DEATH AND PROCESS SERVED WITHIN 120 DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.

b. ARBITRATION OF ALL OTHER CLAIMS: ANY AND ALL OTHER DISPUTES, CLAIMS, OR CONTROVERSIES WHATSOEVER, EXCEPT FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER WHETHER BASED ON CONTRACT, TORT, STATUTORY, CONSTITUTIONAL OR OTHER LEGAL RIGHTS, INCLUDING BUT NOT LIMITED TO ALLEGED VIOLATION OF CIVIL RIGHTS, DISCRIMINATION, CONSUMER OR PRIVACY LAWS, OR FOR ANY LOSSES, DAMAGES OR EXPENSES, RELATING TO OR IN ANY WAY ARISING OUT OF OR CONNECTED WITH THIS CONTRACT OR PASSENGER'S CRUISE, NO MATTER HOW DESCRIBED, PLEADED OR STYLED, SHALL BE REFERRED TO AND RESOLVED EXCLUSIVELY BY BINDING ARBITRATION PURSUANT TO THE UNITED NATIONS CONVENTION ON THE RECOGNITION AND ENFORCEMENT OF FOREIGN ARBITRAL AWARDS (NEW YORK 1958), 21 U.S.T. 2517, 330 U.N.T.S. 3, 1970 U.S.T. LEXIS 115, 9 U.S.C. §§ 202-208 ('THE CONVENTION") AND THE FEDERAL ARBITRATION ACT, 9 U.S.C. §§ 1, ET SEQ., ("FAA") SOLELY IN MIAMI, FLORIDA, U.S.A. TO THE EXCLUSION OF ANY OTHER FORUM. THE ARBITRATION SHALL BE ADMINISTERED BY NATIONAL ARBITRATION AND MEDIATION ("NAM") UNDER ITS COMPREHENSIVE DISPUTE RESOLUTION RULES AND PROCEDURES AND NAM'S FEE SCHEDULE IN EFFECT AT THE TIME OF THE PROCEDURE, EACH OF WHICH ARE DEEMED TO BE INCORPORATED HEREIN BY REFERENCE. ANY QUESTION ABOUT THE ARBITRATION ADMINISTRATORS MENTIONED ABOVE MAY BE DIRECTED TO THEM AS FOLLOWS: NATIONAL ARBITRATION AND MEDIATION, INC., 990 STEWART AVE, 1ST FL., GARDEN CITY, NY 11530, PHONE: (800) 358-2550 EXT. 128.. NEITHER PARTY WILL HAVE THE RIGHT TO A JURY TRIAL NOR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE APPLICABLE ARBITRATION RULES AND HEREIN, OR OTHERWISE TO LITIGATE THE CLAIM IN ANY COURT. THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT PASSENGER OR CARRIER WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION. AN AWARD RENDERED BY AN ARBITRATOR MAY BE ENTERED IN ANY COURT HAVING JURISDICTION UNDER THE CONVENTION OR FAA. PASSENGER AND CARRIER FURTHER AGREE TO PERMIT THE TAKING OF A DEPOSITION UNDER OATH OF THE PASSENGER ASSERTING THE CLAIM, OR FOR WHOSE BENEFIT THE CLAIM IS ASSERTED, IN ANY SUCH ARBITRATION. THE ARBITRATOR AND NOT ANY FEDERAL, STATE OR LOCAL COURT OR AGENCY, SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTE RELATING TO THE INTERPRETATION, APPLICABILITY, ENFORCEABILITY OR FORMATION OF THIS AGREEMENT INCLUDING, BUT NOT LIMITED TO ANY CLAIM THAT ALL OR ANY PART OF THIS AGREEMENT IS VOID OR VOIDABLE. IN THE EVENT THIS PROVISION IS DEEMED UNENFORCEABLE BY AN ARBITRATOR OR COURT OF COMPETENT JURISDICTION FOR ANY REASON, THEN AND ONLY THEN THE PROVISIONS OF SECTION 9 ABOVE GOVERNING VENUE AND JURISDICTION SHALL EXCLUSIVELY APPLY TO ANY LAWSUIT INVOLVING CLAIMS DESCRIBED IN THIS SECTION 10(b).

c. TIME LIMITS FOR NON-INJURY/ILLNESS OR DEATH CLAIMS: NO PROCEEDING DESCRIBED IN SECTION 10(b) MAY BE BROUGHT AGAINST CARRIER, VESSEL OR TRANSPORT UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN THIRTY (30) DAYS AFTER TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES. IN NO EVENT SHALL ANY SUCH PROCEEDING DESCRIBED IN SECTION 10(b) BE MAINTAINABLE UNLESS SUCH PROCEEDING SHALL BE COMMENCED (FILED) WITHIN SIX (6) MONTHS AFTER THE TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES AND VALID NOTICE OR SERVICE OF SUCH PROCEEDING IS EFFECTED WITHIN SIXTY (60) DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.

d. IN THE EVENT OF AN IN REM PROCEEDING AGAINST THE VESSEL, PASSENGER HEREBY IRREVOCABLY AGREES THAT THE POSTING OF A LETTER OF UNDERTAKING FROM ANY OF CARRIER'S INSURERS SHALL CONSTITUTE AN ADEQUATE AND APPROPRIATE FORM OF SECURITY FOR THE IMMEDIATE

**Cruise/Cruisetour Ticket Contract continued**

RELEASE OF THE VESSEL IN LIEU OF ARREST.

**11. LIMITATIONS OF LIABILITY:**
a. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN ARTICLE 6 (e), CARRIER SHALL NOT BE LIABLE FOR INJURY, DEATH, ILLNESS, DAMAGE, DELAY OR OTHER LOSS TO PERSON OR PROPERTY, OR ANY OTHER CLAIM BY ANY PASSENGER CAUSED BY ACT OF GOD, WAR, TERRORISM, CIVIL COMMOTION, LABOR TROUBLE, GOVERNMENT INTERFERENCE, PERILS OF THE SEA, FIRE, THEFTS OR ANY OTHER CAUSE BEYOND CARRIER'S REASONABLE CONTROL, OR ANY ACT NOT SHOWN TO BE CAUSED BY CARRIER'S NEGLIGENCE.
b. PASSENGER AGREES TO SOLELY ASSUME THE RISK OF INJURY, DEATH, ILLNESS OR OTHER LOSS, AND CARRIER IS NOT RESPONSIBLE FOR PASSENGER'S USE OF ANY ATHLETIC OR RECREATIONAL EQUIPMENT; OR FOR THE NEGLIGENCE OR WRONGDOING OF ANY INDEPENDENT CONTRACTORS, INCLUDING BUT NOT LIMITED TO PHOTOGRAPHERS, SPA PERSONNEL OR ENTERTAINERS; OR FOR EVENTS TAKING PLACE OFF THE CARRIER'S VESSELS, LAUNCHES OR TRANSPORTS, OR AS PART OF ANY SHORE EXCURSION, TOUR OR ACTIVITY.
c. CARRIER HEREBY DISCLAIMS ALL LIABILITY TO THE PASSENGER FOR DAMAGES FOR EMOTIONAL DISTRESS, MENTAL SUFFERING OR PSYCHOLOGICAL INJURY OF ANY KIND UNDER ANY CIRCUMSTANCES, WHEN SUCH DAMAGES WERE NEITHER THE RESULT OF A PHYSICAL INJURY TO THE PASSENGER, NOR THE RESULT OF PASSENGER HAVING BEEN AT ACTUAL RISK OF PHYSICAL INJURY, NOR WERE INTENTIONALLY INFLICTED BY THE CARRIER. WITHOUT LIMITING THE PRECEDING SENTENCE, IN NO EVENT WILL CARRIER BE LIABLE TO PASSENGER FOR ANY CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES.
d. ON CRUISES WHICH DO NOT EMBARK, DISEMBARK OR CALL AT ANY UNITED STATES PORT AND DO NOT EMBARK OR DISEMBARK AT ANY EUROPEAN UNION MEMBER STATE PORT,, CARRIER SHALL BE ENTITLED TO ANY AND ALL LIABILITY LIMITATIONS, IMMUNITIES AND RIGHTS APPLICABLE TO IT UNDER THE "ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1974, AS WELL AS THE "PROTOCOL TO THE ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1976 ("ATHENS CONVENTION"). THE ATHENS CONVENTION LIMITS THE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY TO A PASSENGER TO NO MORE THAN 46,666 SPECIAL DRAWING RIGHTS AS DEFINED THEREIN (APPROXIMATELY U.S. $64,500 AS OF FEBRUARY 26, 2015, WHICH AMOUNT FLUCTUATES, DEPENDING ON DAILY EXCHANGE RATE AS PRINTED IN THE WALL STREET JOURNAL). IN ADDITION, AND ON ALL OTHER CRUISES, ALL THE EXEMPTIONS FROM AND LIMITATIONS OF LIABILITY PROVIDED IN OR AUTHORIZED BY THE LAWS OF THE UNITED STATES (INCLUDING TITLE 46, UNITED STATES CODE SECTIONS 30501 THROUGH 30509 AND 30511) WILL APPLY.
e. ON CRUISES WHICH ARE BOOKED BY A PASSENGER IN A EUROPEAN UNION MEMBER STATE, OR WHICH EMBARK OR DISEMBARK IN A PORT LOCATED IN A EUROPEAN UNION MEMBER STATE, THE CARRIER SHALL BE ENTITLED TO THE BENEFIT OF ANY AND ALL RESTRICTIONS, EXEMPTIONS, IMMUNITIES, AND LIMITATIONS OF LIABILITY SET FORTH IN EUROPEAN UNION REGULATION 392/2009 ON THE LIABILITY OF CARRIERS TO PASSENGERS IN THE EVENT OF ACCIDENTS ("EU 392/2009"). EU 392/2009 LIMITS CARRIER'S LIABILITY AS FOLLOWS:
i. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IF THE SHIPPING INCIDENT OCCURRED WITHOUT CARRIER'S FAULT OR NEGLECT; OTHERWISE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A SHIPPING INCIDENT IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000.)
ii. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A NON "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000), ASSUMING THAT THE PASSENGER PROVES THAT THE INCIDENT WAS THE RESULT OF CARRIER'S FAULT OR NEGLECT;
iii. FOR LOSS OR DAMAGE TO A PASSENGER'S CABIN LUGGAGE, THE CARRIER'S LIABILITY IS LIMITED TO 2250 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $3,111) PER PASSENGER; AND,
iv. THE CARRIER'S INSURANCE PROVIDER WILL NOT UNDER ANY CIRCUMSTANCES BE LIABLE FOR SUMS IN EXCESS OF 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IN RESPECT OF DEATH AND/OR PERSONAL INJURY. THERE ARE LIMITED CIRCUMSTANCES IN WHICH THE CARRIER'S INSURANCE PROVIDER IS NOT REQUIRED TO MAKE A PAYMENT.
v. THE VALUE OF THE SDR FLUCTUATES DEPENDING ON DAILY EXCHANGE RATES AS PRINTED IN THE WALL STREET JOURNAL.
vi. THE TERM "SHIPPING INCIDENT" IS DEFINED IN EU 392/2009 AS FOLLOWS: "SHIPPING INCIDENT" FOR THE PURPOSES OF THIS REGULATION INCLUDE: SHIPWRECK, CAPSIZING, COLLISION OR STRANDING OF THE SHIP, EXPLOSION OR FIRE IN THE SHIP OR DEFECT IN THE SHIP BUT DOES INCLUDING ACTS OF WAR, HOSTILITIES, CIVIL WAR, INSURRECTION, NATURAL DISASTERS OR INTENTIONAL ACTS OR OMISSIONS OF THIRD PARTIES.
vii. PUNITIVE DAMAGES ARE EXCLUDED BY EU 392/2009 FOR CRUISES COVERED BY THIS SECTION11.E.
viii. A copy of EU 392/2009 IS AVAILABLE AT www.eur-lex.europa.eu.
f. AS TO ALL OTHER CRUISES NOT DESCRIBED ABOVE IN SECTION 11.D or 11.E, ALL THE RESTRICTIONS, EXEMPTIONS FROM, AND LIMITATIONS OF LIABILITY PROVIDED IN, OR AUTHORIZED BY THE LAWS OF THE UNITED STATES SHALL

APPLY, INCLUDING BUT NOT LIMITED TO, TITLE 46 OF THE UNITED STATES CODE §§ 30501 THROUGH 30509, AND 30511. EXCEPT AS OTHERWISE SET FORTH, THIS CONTRACT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE GENERAL MARITIME LAW OF THE UNITED STATES OF AMERICA.

**12. FITNESS TO TRAVEL; DENIAL OF BOARDING; MINORS:**
a. Passenger warrants that he and those traveling with him are fit for travel and that such travel will not endanger themselves or others.
b. Minors - Any Guest under the age of 18 shall be considered a minor and must travel with a parent or Legal Guardian or such other person as may be permitted by Carrier's policies.
c. Minimum Age. No Guest under the age of 21 will consume any alcoholic beverages while on board the Vessel or Transport except as may be permitted by Carrier's policy. No Guest under the age of twenty-one (21) will be booked in a stateroom unless accompanied by an adult twenty-one (21) years of age or older, except for minors sailing with their parents or guardians in adjacent staterooms, or for under-aged married couples (proof of marriage is required) or except as otherwise permitted by Carrier's policy. Carrier reserves the right to request proof of age at any time and Passenger's age on the date of sailing determines his or her status for the entire cruise vacation.
d. Pregnancy and Infants - Any Passenger who will enter the 24th week of pregnancy by the beginning of, or at any time during their cruise or CruiseTour agrees not to book the cruise or board the Vessel or Transport under any circumstances. No infants under a specific age (at least six (6) months for most cruises but twelve (12) months for other cruises) shall be booked on a cruise or CruiseTour, nor brought onboard the Vessel or Transport by any Passenger under any circumstances. The most current minimum age requirements are available online at www.RoyalCaribbean.com.
e. Special Needs. Any Passenger with mobility, communication or other impairments, or other special or medical needs that may require medical care or special accommodations during the cruise or CruiseTour, including but not limited to the use of any service animal, must notify the Carrier of any such condition at the time of booking. Passenger agrees to accept responsibility and reimburse Carrier for any loss, damage or expense whatsoever related to the presence of any service animal brought on board the Vessel or Transport. Passengers acknowledge and understand that certain international safety requirements, shipbuilding standards, and/or applicable regulations involving design, construction or operation of the Vessel may restrict access to facilities or activities for persons with mobility, communication or other impairments or special needs. Passengers requiring the use of a wheelchair must provide their own wheelchair (that must be of a size and type that can be accommodated on the Vessel) as wheelchairs carried on board are for emergency use only.
f. Carrier shall have the right to deny boarding for violations of any of the policies set forth in this Section 12. If Carrier exercises its rights under this Section 12, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.
g. Recreational water facilities. Our recreational water facilities do not have a lifeguard on duty. Children must be supervised by a parent or legal guardian at all times while in the pools, whirlpools and other recreational water feature areas.'

**13. USE OF PHOTOS, VIDEOS OR RECORDINGS:**
a. Guest hereby grants to Carrier (and its assignees and licensees) the exclusive right throughout the universe and in perpetuity to include photographic, video, audio and other visual or audio portrayals of Passenger taken during or in connection with the Cruise or CruiseTour (including any images, likenesses or voices) in any medium of any nature whatsoever (including the right to edit, combine with other materials or create any type of derivative thereof) for the purpose of trade, advertising, sales, publicity, promotional, training or otherwise, without compensation to the Guest. Such grant shall include the unrestricted right to copy, revise, distribute, display and sell photographs, images, films, tapes, drawings or recordings in any type of media (including but not limited to the Internet). Guest hereby agrees that all rights, title and interest therein (including all worldwide copyrights therein) shall be Carrier's sole property, free from any claims by Passenger or any person deriving any rights or interest from Passenger.
b. Guest hereby agrees that any recording (whether audio or video or otherwise) or photograph of Guest, other guests, crew or third parties onboard the Vessel or depicting the Vessel, its design, equipment or otherwise shall not be used for any commercial purpose, in any media broadcast or for any other nonprivate use without the express written consent of Operator. The Operator shall be entitled to take any reasonable measure to enforce this provision.

**14. YOUR TRAVEL AGENT:**
Passenger acknowledges and confirms that any travel agent utilized by Passenger in connection with the issuance of this Ticket Contract is, for all purposes, Passenger's agent and Carrier shall not be liable for any representation made by said travel agent. Passenger shall remain liable at all times to Carrier for the price of passage. Passenger understands and agrees that receipt of this Ticket Contract or any other information or notices by Passenger's travel agent shall be deemed receipt by the Passenger as of the date of receipt by the agent. Passenger acknowledges that Carrier is not responsible for the financial condition or integrity

September 24, 2019 8:41 AM



**Cruise/Cruisetour Ticket Contract continued**

of any travel agent.

**15. SEVERABILITY:**
Any provision of this Agreement that is determined in any jurisdiction to be unenforceable for any reason shall be deemed severed from this Agreement in that jurisdiction only and all remaining provisions shall remain in full force and effect.

**16. TRANSFERS AND ASSIGNMENTS:**
This Ticket Contract may not be assigned, sold or otherwise transferred by the Passenger. Among other things, this means that the Passenger cannot sell or transfer this Ticket Contract to someone else, and Carrier shall not be liable to the Passenger or any other person in possession of a Ticket Contract for honoring or refunding such Ticket Contract when presented by such other person.  The Carrier may assign, convey or transfer its rights in this Agreement to any parent, subsidiary or affiliate of the Carrier who is scheduled to operate the Vessel at the time of the Cruise.

**17. RELATIONSHIP TO OTHER PURCHASES:**
To the extent permitted or required by law, this Agreement also covers Carrier's Royal Caribbean Travel Protection Program™ products, shore excursions, land and hotel packages.

**18. OPERATOR:**
Royal Caribbean Cruises Ltd., 1050 Caribbean Way, Miami, Florida 33132

**19. SUPPLEMENT CHARGES:**
Operator reserves the right to impose a supplemental charge relating to unanticipated occurrences including, but not limited to, increases in the price of fuel. Any such supplement charges may apply, at Operator's sole discretion, to both existing and new bookings (regardless of whether such bookings have been paid in full). Such supplements are not included in the Cruise or CruiseTour Fare.

**APPENDIX TO CRUISE/CRUISETOUR TICKET CONTRACT**

This Appendix, which is effective as of November 1, 2018, supplements and is part of Your Cruise/CruiseTour Ticket Contract (the 'Ticket Contract'). Capitalized terms used, but not defined, in this Appendix shall have the respective meanings given to such terms in the first part of this Ticket Contract.

**ONBOARD ACTIVITIES RISK DISCLOSURE AND ACKNOWLEDGMENT:**
Passenger acknowledges that he has read the descriptions below of the activities onboard the Vessel. Participation in the onboard activities is voluntary. Not all activities are available on all Vessels. By reading the descriptions of the onboard activities and the warning/acknowledgement of risk below, Passenger agrees and acknowledges there may be a risk when voluntarily participating in the activities described below. In addition to the warning/acknowledgement of risk below, Passenger agrees to read warning signs onboard and convey both the warning/acknowledgment of risk below and signs onboard to every Passenger in their booking, including minors.

Fleetwide:
a. Rock Climbing Wall. Allows Passengers to climb as high as 60 feet above deck (depending on the Vessel) on the Rock Climbing Wall while wearing a safety harness. Restrictions: Must be at least 6 years of age; weight restrictions apply based on equipment and must be able to fit into the harness. Clothing: must wear shorts or pants, socks, dry clothes and climbing shoes which will be provided, no skirts or bikini bottoms.

On Several Vessels:
b. Ice Skating Rink. Passengers may engage in unsupervised ice skating during specific hours. Restrictions: Children under 5 years of age must be accompanied on the rink by a parent or Legal Guardian. Ice skates and helmets will be provided. Must wear helmet, long pants and socks. It is the responsibility of the Passenger to make sure that their skates and helmet, and those of any minors, fit properly and are properly fastened.
c. Zipline. Allows Passengers to race across on a Zip Line suspended nine decks above the Vessel's Boardwalk®. Restrictions: Must weigh no less than 75lbs and no more than 275 lbs, and be at least 52 inches tall.
d. RipCord® by iFLY. Allows Passengers to float suspended in the air in this skydiving simulator on deck. Restrictions: Must be at least 3 years of age. Passengers shorter than 6 feet must weigh less than 230 lbs. Passengers 6 feet and taller must weigh less than 250 lbs. Must wear equipment provided.
e. Circus Trapeze School. Trapeze School at the SeaPlex® allows Passengers to take flying trapeze lessons. Safety mats are provided to cushion your landing. Restrictions: Must be at least 6 years of age, and able to climb a ladder and hang on a trapeze.
f. Roller Skating Rink. Passengers may engage in unsupervised roller skating at the Vessel's roller-skating rink. Restrictions: Children under 5 years of age must be accompanied on the rink by a parent or Legal Guardian. Helmets must be worn. All other safety equipment provided is optional, but highly recommended. It is the responsibility of the Passenger to make sure that their skates, and helmet, and those of any minors, fit properly and are properly fastened.

g. Sky Pad℠. Allows Passengers to participate in a supervised bungee trampoline experience. Passenger must be strapped into a safety harness, will be fitted with a virtual reality headset, and suspended by bungee cords over a trampoline. During this activity, Passenger determines how high to jump or whether to jump at all. Restrictions: Must be at least 5 years old to jump and at least 7 years old to jump while wearing a virtual reality headset. Otherwise, wearing of virtual reality headset is optional. Must weigh at least 20 lbs and no more than 240 lbs.
h. FlowRider. The FlowRider® surf simulator causes 30,000 gallons of water per minute to rush underneath the rider at 30 mph creating force similar to 5-ft oceanwaves in the rear wipe-out area, whereas in the front wipe-out area the water depth may be as little as 1 inch. Although the fall area is padded, there is a high risk of injury upon falling and upon being swept by the rushing water into the back of the rear wipe-out area and forced against the back wall. Participants must be at least 58 inches tall to stand up surf and 52 inches to Boogie Board. No loose articles may be worn including knee braces, arm braces, leg braces, hats or sunglasses.

WARNING/ACKNOWLEDGMNENT OF RISK: THE ACTIVITIES LISTED ABOVE ARE ALL VOLUNTARY AND ARE NOT SUITABLE FOR ALL GUESTS. YOU OR YOUR CHILDREN MAY SUFFER MINOR OR SERIOUS PHYSICAL INJUR(IES) OR DEATH. THE RISKS OF INJURY INCLUDE (BUT ARE NOT LIMITED TO): BROKEN BONES, FRACTURES, CONCUSSIONS, DIZZINESS, MOTION SICKNESS, DISLOCATIONS, CONTUSIONS, TORN LIGAMENTS AND TENDONS, SPRAINS AND STRAINS, CUTS TO THE HEAD, BODY AND/OR LIMBS, TORN FINGER AND TOE NAILS, BUMPS AND BRUISES, PROPERTY LOSS OR DAMAGE, ABRASIONS AND/OR LACERATIONS. ALTHOUGH RARE, CATASTROPHIC INJURIES MAY OCCUR, AND COULD INCLUDE PERMANENT DISABILITY, SPINAL INJURY, PARALYSIS, OR DEATH. PARTICIPANTS ELECT TO VOLUNTARILY PARTICIPATE IN THE ACTIVITY(IES) WITH FULL KNOWLEDGE AND ACCEPTANCE OF ANY AND ALL RISKS ASSOCIATED WITH THE ACTIVITY AND IDENTIFIED BELOW. PARENTS AND LEGAL GUARDIANS TRAVELLING WITH MINOR CHILDREN WHO ENGAGE IN THE ACTIVITY ARE DEEMED TO HAVE WARNED THE CHILDREN OF THESE RISKS AND ASSUMED THE RISK ON THE CHILD'S BEHALF.

**[END OF APPENDIX]**

292847296 ROA040818 120618



**Intentionally Left Blank**



**Intentionally Left Blank**

Fold – Do Not Cut

Fold – Do Not Cut

Staple or tape here

D

Staple Here

SAT-FLL

09NOV19

ADVENTURE

7

7605

RoyalCaribbean
INTERNATIONAL

## Luggage Tag Instructions

1. Be sure to attach any personal ID, such as a name tag to each piece of luggage before you leave home.

2. Do not pack valuables or your boarding documents in your checked luggage.

3. Make as many copies of this tag as you require, preferably in color.

4. Print your name in the section indicated.

5. In the order indicated, fold (do not cut) along the lines with the luggage tag print facing out (You should be able to read the ships name and see the company logo.)

6. After folding is completed, **staple twice** or tape the tag around the luggage handle in the areas indicated.

Guest Name:

7605

7

ADVENTURE

09NOV19
SAT-FLL

Staple Here

D

Fold – Do Not Cut

Fold – Do Not Cut

Fold – Do Not Cut

Fold – Do Not Cut

Staple or tape here

KHM CONSULTING INC/LENA
50 PEARL ROAD SUITE 300
HOST:MUST GET FULL T/P NAME
BRUNSWICK , OH - 44212
UNITED STATES

May 24, 2021


Gerson & Schwartz, P.A.
Nicholas Gerson
1980 Coral Way
Miami, FL 33145-2624

RE:     Your Client:          Taiana Coke
        Date of Incident:     11/10/2019
        Ship Name:            Adventure of the Seas
        Claim Number:         177416

Dear Mr. Gerson,

We acknowledge receipt of your letter dated December 30th, 2019 regarding the above-captioned matter. Please send all future correspondence to the attention of the undersigned.

Please be advised that we do not have medical payments coverage and are self-insured.  Thus, please have your client pursue their personal health and travel insurance carriers for the payment of any and all medical expenses.

Enclosed please find a Medicare Information Request form and Medical Authorization form. Federal law, **Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007**, requires liability, no-fault, and worker's compensation insurers, and self-insured entities, to obtain and report specific information about claimants who may also be Medicare beneficiaries. This information is reported to The Centers for Medicare and Medicaid Services (CMS), the federal agency that administers the Medicare program, for coordination of benefit purposes.

In order that we may properly evaluate this matter, please send back the attached Medicare Information form and Medical Authorization form with your client's signature, along with your theory of liability, any medical reports, itemized receipts of treatments and a list of your client's medical providers for the past 3 years.

This letter, subsequent correspondence, discussions or negotiations are in no way to be construed as either an admission of liability or as a waiver of any rights, defenses or limitations available to the vessel, her owners or underwriters, whether contained in the ticket contract or otherwise.

Sincerely,



Jesse Holtzman
Adjuster – Guest Claims
Royal Caribbean International
Tel: (305) 539-4595
Fax: (305) 539-6561
Email: jholtzman@rccl.com



## GERSON & SCHWARTZ, P.A.

December 30, 2019

**Certified Mail Return Receipt Requested**
**# 7015 1520 0002 5606 3603**

**RECEIVED**

JAN 2 1 2020

**RCCL Guest Claims**

Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL 33132

RE:  Our Client:  Taiana Coke
 Vessel:  Adventure of the Seas
 Date of Loss: November 10, 2019
 Time of Loss: 10:00 pm
 Location:  Deck 4/Near Casino's Entrance

Dear Sir or Madam:

Please be advised that the undersigned represents the above referenced individual, who was injured aboard your vessel on November 10, 2019. At the time and place referenced herein, our client fell on Deck 4, near the casino's entrance hall, due to misleveling of the deck surface. As a result, our client fell and sustained a left patellar avulsion fracture and other injuries.

Liability for this accident is based on failure to properly maintain the vessel and common areas in a reasonably safe condition and failure to warn. This letter shall serve as my client's notice of intent to file a claim pursuant her passenger ticket contract. Request is made that all future correspondence concerning her claim is directed to the undersigned.

This letter shall also serve as our formal request to provide all shipboard and shore side medical records, bills, reports, medical forms, passenger injury and other witness statements, accident scene photographs and video recordings of this incident and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative records in your possession.

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

Royal Caribbean Cruises, Ltd.
December 30, 2019
Page 2



**GERSON & SCHWARTZ, P.A.**

Should you have any questions or comments, kindly notify me at once.

Very Truly Yours,

NICHOLAS I. GERSON

NIG/mc
Enclosure

1980 Coral Way ▪ Miami, Florida 33145-2624

Dade (305) 371-6000 ▪ Broward (954) 845-0535 ▪ Fax (305) 371-5749 ▪ Toll Free (877) 475-2905

www.injuryattorneyfla.com

## PATIENT AUTHORIZATION FOR THE RELEASE OF
### PROTECTED HEALTH INFORMATION

Re:   Name: __Taiana Coke__

SS#: __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__

D/O/B: __06-06-62__

I, __Taiana Coke__, hereby authorize,

__Royal Caribbean Cruises__

and its agents, officers, employees, or business associates, to release the protected health information described below to my attorneys, GERSON & SCHWARTZ, P.A., 1980 Coral Way, Miami, Florida 33145, Telephone # (305) 371-6000, and its agents, officers, or employees, to wit:

__ANY AND ALL MEDICAL RECORDS AND BILLS/DOCUMENTS IN CONNECTION WITH INCIDENT of 11/10/2019.__

This information will be used for representation in a personal injury claim.

This authorization may be revoked by a written, signed and properly dated revocation, delivered to the health care provider or providers named above but, may not be revoked as to the protected health information already released in reliance upon it.

I understand that I may refuse to sign this authorization and that my refusal to sign would not result in a denial of health care by the health care provider or provider named above, or by any other health care provider. This authorization has not been coerced by a health care provider or by any of its business associates. Further, once the information described above has been disclosed pursuant to this authorization, it may be redisclosed to individuals and organizations not subject to federal privacy regulation such as expert witnesses, litigants, and insurance companies. The information, once disclosed, may be incorporated into a filing with a court of law and thereby become public record.

This authorization will expire five (5) years from the date below.

Dated, this __26__ day of __December__, __2019__.

By: __Taiana Coke__

Name: __Taiana Coke__






## GERSON & SCHWARTZ, P.A.

December 30, 2019

**Certified Mail/Return Receipt**
**#7015 1520 0002 5606 3597**

**RECEIVED**

**JAN 0 3 2020**

**RCCL Guest Claims**

Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL 33132

RE:  Our Client: Taiana Coke
Vessel: Adventure of the Seas
Date of Loss: November 10, 2019
Location of Incident: Deck 4/By Casino's Entrance

Dear Sir/Madam:

Please be advised that the undersigned represents Taiana Coke in connection with a fall incident that occurred on the vessel referenced on the date and time above. This letter shall serve to inform you that all surveillance video and/or closed circuit television of the subject incident and the area referenced above between the hours of 9:00 p.m. and 11:00 p.m. along with all other records, documents, and other potential evidence in connection with this incident is preserved.

By this letter you are being advised that all video footage and other evidence requested may be an important piece of evidence and may be used in litigation in the future. Accordingly, same cannot be disposed of, altered or destroyed. Any action on your part that violates this request for the preservation of this evidence may constitute an obstruction of justice and may subject you to additional legal relief for spoliation of evidence. Request is made for a copy of all video footage referenced herein within thirty (30) days of receipt of this letter.

Your anticipated cooperation is appreciated.

Very truly yours,

NICHOLAS I. GERSON

NIG/mc



**GERSON & SCHWARTZ, P.A.**

1980 Coral Way, Miami FL 33145-2624

-- TRACK ID / BOX NUMBER

1442714

| | |
|---|---|
| Tracking#: | 70151520000256063603 |
| Smart Post: | |
| Full Name: | **royal** |
| Mail Stop: | |
| Building: | |
| Floor: | |
| Notes: | |
| Date Rec'd: | 1/3/2020 8:28:57 AM |

-- RECIPIENT NAME --

royal

SHIPCODE: NONE 20200103

NONE 20200103

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

1520 0002 5606 3603

$6.80 0
US POSTAGE
MEDIA MAIL
062S0006311296
FROM 33145

Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL  33132

RECEIVED

JAN 0 3 2020

RCCL Guest Claims

92-202850

**Voyage number** 942  **Place** STRAITS OF FLORIDA  **From** PORT EVERGLADES  **Towards** WILLEMSTAD

S/W day, date 10  month NOV  year 2013

Ship's time against GMT: −5

| Ship's time | Wind direction and force | Weather and sea | Barometer and temp | Gyro or steering compass course | Error or dev | Standard compass steered course | Dev sandor comp var | Mag var | Corrected standard compass course | Drift (current) | True course sailed | Log reading | Corr factor / Dist | Fixes, bearings and other observations | ECR OPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | SWC 6 5 | 24 | 1014 | 172 | | 192 | W 3 7 | 197 | +5 | | 192 | 93 | | 0000 GPS 24°46.8'N 079°52.3'W | STW 21.0 / RPM 135 / SOG 20.9 |
| 0100 | SWC 4 5 | 24 | 1015 | 174 | | 185 | W 4 7 | 174 | +3 | | 177 | 114 | | 0100 GPS 24°25.8'N 079°30.4'W | STW 21.0 / RPM 135 / SOG 20.7 |
| 0200 | SWC 4 5 | 24 | 1015 | 155 | | 166 | W 4 7 | 154 | −1 | | 154 | 135 | | 0200 GPS 24°05.6'N 079°30.1'W | STW 20.1 / RPM 130 / SOG 20.4 |
| 0300 | SWC 5 5 | 24 | 1015 | 150 | | 161 | W 4 7 | 150 | +4 | | 154 | 150 | | 0300 GPS 24°46.2'N 079°16.9'W | STW 20.9 / RPM 130 / SOG 19.4 |
| 0400 | SWC 5 5 | 24 | 1015 | 180 | | 190 | W 3 7 | 188 | +3 | | 183 | 83 | | 0400 GPS 23°26.9'N 079°11.6'W | STW 19.4 / RPM 131 / SOG 19.9 |
| 0500 | NEC 5 5 | 24 | 1015 | 162 | | 174 SW 7 | W 4 7 | 162 | +2 | | 164 | 198 | | 0500 GPS 23°09.0'N 079°06.9'W | STW 19.2 / RPM 130 / SOG 19.8 |
| 0600 | NEC 5 5 | 24 | 1015 | 114 | | 124 SE 7 | W 4 7 | 114 | +3 | | 117 | 216 | | 0600 GPS 22°51.2'N 079°03.0'W | STW 24.7 / RPM 131 / SOG 19.2 |
| 0700 | NEC 5 5 | 27 | 1015 | VARIOUS COURSES DUE TO TRAFFIC | | | | | | | | 2.38 | | 0700 GPS 22°15.4'N 077°35.4'W | STW 29.2 / RPM 12.5 / SOG 19.5 |
| 0800 | NEC 5 5 | 27 | 1015 | | | VARIOUS COURSES DUE TO TRAFFIC | | | | | 297 | 2.38 | | 0800 GPS 22°03.0'N 077°28.7'W | STW 19.8 / RPM 12.9 / SOG 24.2 |
| 0900 | NEC 5 5 | 27 | 1015 | 118 | | 131 | SW 7 | 118 | +4 | | 122 | 267 | | 0900 GPS 22°27.2'N 077°35.4'W | STW 19.7 / RPM 13.1 / SOG 12.8 |
| 1000 | ACC 5 7 | 28 | 1015 | VARIOUS COURSES DUE TO TRAFFIC | | 145 | W 7 | 128 | +4 | | 132 | 344 | | 1000 GPS 21°40.9'N 077°20.7'W | STW 13.7 / RPM 131 / SOG 20.3 |
| 1100 | ACC 5 7 | 28 | 1014 | 129 | | 140 | W 4 7 | 125 | +3 | | 132 | 397 | | 1100 GPS 22°03.0'N 077°28.7'W | STW 20.3 / RPM 12.6 / SOG 19.8 |
| 1200 | ACC 7 | 28 | 1014 | 128 | | 143 | W 7 | 128 | +4 | | 132 | 344 | | 1200 GPS 21°44.9'N 077°28.2'W | STW 13.7 / RPM 12.8 / SOG 19.8 |
| 1300 | NEC 7 | 27 | 1013 | 110 | | 122 | W 7 | 110 | +5 | | 115 | 357 | | 1300 GPS 21°47.3'N 077°00.7'W | STW 20.0 / RPM 128 / SOG 18.0 |
| 1400 | NEC 8 | 27 | 1013 | 110 | | 123 | W 9 7 | 105 | +5 | | 110 | 357 | | 1400 GPS 21°39.9'N 075°14.0'W | STW 18.5 / RPM 123 / SOG 19.9 |
| 1500 | NEC 8 | 27 | 1013 | 110 | | 123 | W 7 | 113 | +4 | | 114 | 397 | | 1500 GPS 21°21.5'N 075°48.8'W | STW 19.1 / RPM 128 / SOG 0.8 |
| 1600 | NEC 8 | 27 | 1012 | 111 | | 124 | W 4 7 | 111 | +3 | | 114 | 446 | | 1600 GPS 21°47.1'N 075°51.0'W | STW 13.7 / RPM 12.8 / SOG 19.2 |
| 1700 | NEC 6 | 27 | 1012 | 128 | | 140 | W 9 7 | 115 | +3 | | 118 | 456 | | 1700 GPS 21°09.6'N 075°32.5'W | STW 20.7 / RPM 123 / SOG 18.9 |
| 1800 | NEC 7 | 27 | 1012 | 112 | | 126 | W 5 7 | 112 | +6 | | 119 | | | 1800 GPS 21°00.2'N 075°14.0'W | STW 19.2 / RPM 127 / SOG 19.9 |
| 1900 | NEC 7 | 27 | 1013 | 115 | | 128 | W 9 7 | 115 | +3 | | 118 | | | 1900 GPS 20°51.2'N 075°55.2'W | STW 18.1 / RPM 127 / SOG 18.4 |
| 2000 | NEC 8 | 27 | 1012 | 113 | | 126 | W 6 9 | 113 | +5 | | 118 | | | 2000 GPS 20°41.3'N 075°36.9'W | STW 19.2 / RPM 128 / SOG 19.4 |
| 2100 | NEC 7 | 27 | 1014 | 115 | | 130 | W 10 5 | 115 | +3 | | 118 | 516 | | 2100 GPS 20°32.6'N 075°26.0'W | STW 21.3 / RPM 122 / SOG 20.5 |
| 2200 | NEC 6 | 28 | 1014 | AUSTERING COURSE TO 180°T | | | | | | | | 640 | | 2200 GPS 20°19.9'N 075°14.0'W | STW 19.2 / RPM 130 / SOG 21.5 |
| 2300 | NEC 5 | 28 | 1014 | AUSTERING COURSE TO 221°T | | | | | | | | | | 2300 GPS 20°02.1'N 074°01.9'W | STW 18.5 / RPM 130 / SOG 19.3 |
| 2400 | NEC 4 | 28 | 1014 | 213 | | 230 | W 1 10 | 219 | +2 | | 221 | 570 | | 2400 GPS 19°50.5'N 074°13.0'W | RPM 93 / SOG 14.6 |

**Look-out set and taken in at**

| Name | Set hours posted | Taken in hours |
|---|---|---|
| QM-I-J.SANCHEZ | 0000 / 0400 | |
| QM-I-M.MAGO | 0800 / 1200 | |
| QM-I-L.ESPORA | 1600 / 2000 | |
| QM-I-J.SANCHEZ | | |

**Fire Inspections carried out at:** 0410 / 0810 / 1200 / 1600 / 2000

**Visual inspection of running lights carried out at:** 2000 2400 / 0800 / 1200 / 1900 2300

Watch Officer's Signature

14

| Tank Group | | | | | | | | | | | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

| Arrival Stability | | Noon Stability | | Departure Stability | | Arrival | | Departure | |
|---|---|---|---|---|---|---|---|---|---|
| DM calc | DM visual | DM calc 8.92 | DM visual | DM calc | DM visual | Guest | | Guest | |
| DA calc | DA visual | DA calc 8.71 | DA visual | DA calc | DA visual | Crew | | Crew | |
| DF calc | DF visual | DF calc 9.27 | DF visual | DF calc | DF visual | Total | | Total | |
| GMF | HFO | GMF 2.27 | HFO 986.3 | GMF | HFO | Sunrise | 0626 | | |
| GMREQ | FW | GMREQ 1.81 | FW 3233 | GMREQ | FW | Sunset | 1721 | | |

## Watch Condition

| Time | 0000 | 0100 | 0545 | 0836 | 1200 | 1263 | 1500 | 1655 | 2000 | | | | Time | DTG TTG | Required Speed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Watch Condition | G | G | G | G | G | Ex G | Ex G | G | G | | | | 0000 | 1069 / 55 | 19.4 |
| Nav Command | 1/0 ET | 1/0 AO | 1/0 NL | 1/0 AO | 1/0 ET | 1/0 ET | 1/0 NL | 1/0 NL | 1/0 ET | | | | 0100 | 1048.2 / 54 | 19.4 |
| Conn | 1/0 ET | 1/0 AO | 1/0 NL | 1/0 AO | 1/0 ET | 1/0 ET | 1/0 NL | 1/0 NL | 1/0 ET | | | | 0200 | 1027.3 / 53 | 19.4 |
| Monitoring | 2/0 OC | 2/0 OC | 2/0 OC | 2/0 OC | 2/0 DE | — | | 2/0 DE | 2/0 DE | | | | 0300 | 1006 / 52 | 19.4 |
| Catching | 2/0 OC | 2/0 OC | 2/0 OC | 2/0 OC | 2/0 DE | 1/0 ET | 1/0 NL | 2/0 DE | 2/0 DE | | | | 0400 | 987.1 / 51 | 19.3 |

### Environmental / Miscellaneous

| Environmental | | | Miscellaneous | | Time | DTG TTG | Required Speed |
|---|---|---|---|---|---|---|---|
| 0000 SEA Condition | | | 0000 4 DG'S ONLINE & 3 FINS EXTENDED | 1210 - 1236 SCIA CONDUCTED BY | 0500 | 966.8 / 50 | 19.3 |
| 0055 PORT Condition | STW 21.1 | STW Min 17.2 | 0026 START SOOT BLOWING | SHIP'S SECURITY ON DE3 | 0600 | 946.1 / 49 | 19.3 |
| Lat 24 27.9 N | Long 079 30.5 W | | 0043 ALL POOLS SET TO INTERNAL | | 0700 | 926.1 / 48 | 19.3 |
| Lat | Long | Condition STW / Min | 0200 SOOT BLOWING COMPLETED | 0900 EXECUTIVE COMMITTEE MEETING | 0800 | 906.5 / 47 | 19.3 |
| Lat | Long | Condition STW / Min | 0634 ARCS KNOXE & PAPER CHART 2958 IN USE POS. 22 46.8 N 078 43.1 W | WITH DEPARTMENT HEADS CONDUCTED AS PER SQM. | 0900 | 886.8 / 46 | 19.3 |
| Lat | Long | Condition STW / Min | 0642 DECK LIGHTS OFF 0848 AVCS IN USE POS. 22 29.3 N 077 59.4 W | | 1000 | 867.5 / 45 | 19.3 |
| Lat | Long | Condition STW / Min | 1633 DECK LIGHTS ON | 2030 CHANGES TO VOYAGE PLAN | 1100 | 848.4 / 44 | 19.3 |
| Lat | Long | Condition STW / Min | 2013 5 DG'S ONLINE | DUE TO MEDICAL EVACUATION. PLANNED BY | 1200 | 822.6 / 43 | 19.24 |
| Lat | Long | Condition STW / Min | 2215 2 DG'S ONLINE | OFI S E TALIP & OFIN A. OLSSON. | 1300 | 807 / 42 | 19.21 |
| Lat | Long | Condition STW / Min | | REVIEWED BY SCAPT P. PERSSON & | 1400 | 787 / 41 | 19.19 |
| Lat | Long | Condition STW / Min | | APPROVED BY MASTER C. GIRACOB | 1500 | 768 / 40 | 19.20 |
| Lat | Long | | | | 1600 | 749 / 39 | 19.2 |

### Watertight Doors

| Time | Watertight Doors | |
|---|---|---|
| 0000 | ALL WTD'S CLOSED | |
| 0600 | EXCEPT OC. T.D. 02 OPENED | |
| 2000 | ALL WTD'S CLOSED | |

1755 WTD'S DAILY TEST CONDUCTED AS PER SOLAS CH 11-1 / REG. 21.2

| | DTG TTG | Required Speed |
|---|---|---|
| 1700 | 731 / 38 | 19.2 |
| 1800 | 711 / 37 | 19.2 |
| 1900 | 691 / 36 | 19.2 |
| 2000 | 652 / 55 | 19.2 |
| 2100 | | |
| 2200 | | |
| 2300 | | |
| 2400 | | |

### Shell Gates

| Number | Open | Closed | Number | Open | Closed |
|---|---|---|---|---|---|
| | | | | | |

MLC Crew accomodation inspection conducted and findings are recorded in the HR office.

| Checklist | Time | OOW | Master |
|---|---|---|---|
| Pre Arrival Checklist | | | |
| Arrival Checklist | | | |
| Pre Departure Checklist | | | |
| Departure Checklist | | | |

Date signed: 11/6/19

_____
1st Officer Navigation

_____
Master



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _AD 942_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: COKE | First Name: TAIANA |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: PO BOX 958 | |
| City: YOSEMite Nt PIC | Country: |
| Phone Number: | Cabin Number: 7605 |
| Nationality: | Date of Birth (MMDDYYYY): 06-06-06 |

| Gender: ☐ Male  ☒ Female | Height: 5'2 | Weight: 180 | Marital Status: MArried |
|---|---|---|---|

| Email: T Coke@t88 2 gmAiL.com |
|---|
| Name of Person Traveling With: Tenni Draper |

| Date of Incident: 11-10-19 | Time of Incident (HHMM): 10:00 | Date First Reported: 11-11-19 |
|---|---|---|
| Detailed Location Where Incident Occurred: Outside of the CAsino | Onboard: ☒   Ashore: ☐ | |
| First Reported to Name: medical | Date (MMDDYYYY): 11/11/2019  Time (HHMM): 1600 |
| Date Medical Facility Visited (MMDDYYYY): 11/11/2019 | Time Medical Facility Visited (HHMM): 1600 |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: CATHERINE MOON | Contact Information: |
|---|---|
| Name: BArbArA | Contact Information: |
| Name: | Contact Information: |



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

I WAS Walking And Next thing I ~~used~~ NEW
I WAS ~~tippered~~ ouer the hump
fAlling

### What do you believe caused this incident?

It WAS ~~stopper~~ hump of the floor

### What could you (or anyone else) have done to avoid this incident?

Nothing

*I certify that the above statement is true and correct.*

| Guest Signature: T Cole | Date (MMDDYYYY): 11-11-19 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

# ⊕SEACARE   ADVENTURE OF THE SEAS MEDICAL CENTER

## CASE SUMMARY

Adventure of the Seas - 21942 (Nov 9, 2019 - Nov 17, 2019) -  Nov 11, 2019 16:00 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000167583700 | COKE, TAIANA | Jun 6, 1962 | F | 7605 |

## Triage

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Nov 16, 2019 09:23 UTC-04:00 | Petersen, Clive Henry RN | Injury |

| PRIORITY | CHIEF COMPLAINTS |
|---|---|
| NON-URGENT | Patient attends clinic for follow up left knee injury |

NOTES
Guest requests DOD consult
Guest refers still has pain in left knee -5/10

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Nov 12, 2019 16:14 UTC-04:00 | Mago, Sheila RN | Injury |

| PRIORITY | CHIEF COMPLAINTS |
|---|---|
| NON-URGENT | Patient attends clinic for F/up after shore side consult |

NOTES
Patient back to the ship ambulatory and she was seen by the specialist
ashore with fit for travel letter
Refer back to DOD

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Nov 11, 2019 16:00 UTC-04:00 | Blomerus, Frieda RN | Injury |

| PRIORITY | CHIEF COMPLAINTS |
|---|---|
| NON-URGENT | Patient attends clinic for left knee injury |

NOTES
guest walk into medical , cohertent , conversant
Was walking towards the casino when she slipped and injury her left knee

## Vitals

| DATE | PERFORMED BY |
|---|---|
| Nov 16, 2019 09:24 UTC-04:00 | PETERSEN, CLIVE HENRY RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 36.5 C 97.7 F T | 110/70 RA sit | 83 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 80 bpm reg Radial | 96 SpO2 Finger Room air | 16 breaths/min |

PAIN SCORE

5

COMMENTS

--

| DATE | PERFORMED BY | |
|---|---|---|
| Nov 12, 2019 16:21 UTC-04:00 | MAGO, SHEILA RN | |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 36.6 C 97.9 F T | 110/73 RA sit | 85 |
| HEART RATE | SPO2 | PAIN SCORE |
| 81 bpm reg Radial | 96 SpO2 Finger Room air | 7 |
| COMMENTS | | |
| Dispensed Tylenol | | |

| DATE | PERFORMED BY | |
|---|---|---|
| Nov 11, 2019 16:02 UTC-04:00 | BLOMERUS, FRIEDA RN | |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 36.3 C 97.3 F T | 112/81 RA sit | 91 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 92 bpm reg Brachial | 94 SpO2 Finger Room air | 18 breaths/min |
| COMMENTS | | |
| -- | | |

## Allergy

No Known Allergies.

## Social History

No social history available.

## HPI

| DATE | PERFORMED BY |
|---|---|
| Nov 16, 2019 14:21 UTC-04:00 | Lnu, Jaseeq MD |

CAME FOR PERSONAL CONSULT
Guest came to ask whether she can walk without cane and stop using wheel chair.Guest still has pain in left knee.Denies any other symptoms.

| DATE | PERFORMED BY |
|---|---|
| Nov 12, 2019 23:55 UTC-04:00 | Lnu, Jaseeq MD |

FOR ADMINISTRATIVE PURPOSE POST SHORE SIDE REFERRAL

| DATE | PERFORMED BY |
|---|---|
| Nov 11, 2019 18:43 UTC-04:00 | Rivera, Abel MD |

PAIN LEFT KNEE
Pt says that she fell down by the casino yesterday evening and landed on her knees. She has been able to walk but she complains moderate pain in her left knee that increases when she walks. Denies injuries to any other part of her body.

## Physical Examination

| DATE | PERFORMED BY |
|---|---|
| Nov 16, 2019 14:21 UTC-04:00 | Lnu, Jaseeq MD |

GENERAL
Additional Note: ABCD-Normal
Exposure-Left knee-no edema,tenderness present,no redness,no neurovascular deficit,ROM-painful and restricted on flexion.
B/L Lower limb non pitting edema
(On cane).

| DATE | PERFORMED BY |
|---|---|
| Nov 11, 2019 18:45 UTC-04:00 | Rivera, Abel MD |

GENERAL
Appearance: Distress: No distress. Weight: Obese: Morbid.  Mental status: Awake and Alert. Orientated.
Additional Note: Antalgic gait.

HEAD AND NECK
Head: normocephalic, atraumatic, facial features symmetric without ptosis or edema. No masses or lesions.   Movement of Neck: Supple, full range of movement.

CARDIOVASCULAR
Auscultation: S1 and S2 normal, no murmur or gallop.  Venous System: Edema: Lower extremity. Comments: Pre - existing edema of lower legs and feet.

MUSCULOSKELETAL

Ankles/Feet: AROM: dorsiflexion, plantarflexion, inversion, eversion, internal and external rotation: Normal.   Comments: No signs of trauma.. Elbows: Comments: No signs of trauma.. Fingers: AROM: abduction, adduction, flexion, extension: Normal. General inspection: Gait: Abnormal. Hips: AROM: abduction, adduction, flexion, extension, internal and external rotation: Normal. Comments: No signs of trauma.. Knees: AROM: flexion, extension: Normal. Palpation: joint structure: Abnormal. Comments: Sharp moderate pain on palpation in anterior aspect of left knee; especially over the superior edge of the patella. NO edema, erythema , ecchymosis or deformity. No pain in lateral or posterior aspects of her left knee.

Right nee normal .. Shoulders: AROM: abduction, adduction, flexion, extension. Inspect for symmetry, boney deformity: Normal. Spine: AROM flexion, extension, rotation: Normal. Wrist: AROM: abduction, adduction, flexion, extension: Normal.

# New Medications

IBUPROFEN TABLET 200MG PO

2 Tablet three times daily starting Nov 11, 2019 18:58 UTC-04:00 for 4 day(s)

NOTES

REFILL AS NEEDED

# Diagnosis

| DIAGNOSED DATE | PERFORMED BY |
|---|---|
| Nov 16, 2019 | Lnu, Jaseeq MD |
| **TYPE** | **DIAGNOSIS** |
| Final | **S82.002A - Unspecified fracture of left patella, initial encounter for closed fracture** |
| NOTES | |
| avulsion fracture | |

| DIAGNOSED DATE | PERFORMED BY |
|---|---|
| Nov 12, 2019 | Lnu, Jaseeq MD |
| **TYPE** | **DIAGNOSIS** |
| Final | **S82.002A - Unspecified fracture of left patella, initial encounter for closed fracture** |
| NOTES | |
| avulsion fracture | |

| DIAGNOSED DATE | PERFORMED BY |
|---|---|
| Nov 11, 2019 | Rivera, Abel MD |
| TYPE | DIAGNOSIS |
| Final | **S80.02 - Contusion of left knee** |
| NOTES | |
| AVULSION FRACTURE OF LEFT PATELLA, SUPERIOR EDGE. | |

# Note

| DATE | PERFORMED BY |
|------|--------------|
| Nov 16, 2019 14:27 UTC-04:00 | Lnu, Jaseeq MD |

NOTES
Guest states that she has b/l lower limb edema for past one week especially after flying/travelling and gets relived on rest.
Advised to follow with her regular internal medicine specialist regarding b/l lower limb edema as there no signs of any end organ damage but needs further investigation.
Proper rest for two weeks.
Walk with cane inside room and for other movements , use wheel chair.
If symptoms persists, then to do MRI of left knee and review with orthopedician.
all doubts cleared and guest understood the same.

| DATE | PERFORMED BY |
|------|--------------|
| Nov 12, 2019 23:59 UTC-04:00 | Lnu, Jaseeq MD |

NOTES
Guest was seen by shoreside orthopedician -advised fit for travel-movement in wheel chair-also given fitness for shore excursions if she is comfortable.

| DATE | PERFORMED BY |
|------|--------------|
| Nov 11, 2019 19:00 UTC-04:00 | Rivera, Abel MD |

NOTES
R/X ICE TID - REST - KNEE BRACE .
REFERRED TO ORTHOPEDIST

| DATE | PERFORMED BY |
|------|--------------|
| Nov 11, 2019 18:44 UTC-04:00 | Rivera, Abel MD |

NOTES
PMH: Pt has a device inserted in her left hip to control her bladder from urgency.
Current meds: None.
Allergies: none.

# Referrals

| STATUS | TASK | ORDERED | ORDER ID |
|--------|------|---------|----------|
| **Completed** | ORTHOPEDICS REFERRAL | Nov 11, 2019 19:02 UTC-04:00 by Rivera, Abel MD | 784230 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | SELF-PAY |
|-----------------|----------|----------|-------|----------|
| once | Willemstad (Curacao)-CUR, Netherlands Antilles | -- | Thank you for seeing this 57 year old female. Pt fell down on November 10 landing on her knees. She complains of moderate pain in her left knee, anterior aspect. | Yes |

X-rays show small avulsion fracture of the superior edge of left patella.
We refer her for evaluation by Orthopedist.

DOCUMENTS

Shore Side Referral

| ACTION | USER | DATE |
|---|---|---|
| Completed | Magalong, Jonathan | Nov 12, 2019 16:28 UTC-04:00 |

DOCUMENTS

COKE REFERRAL RESULT 11-12-2019.pdf

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

## Disposition

| MEDICAL DEPARTMENT DECIDED TO **Discharge from Our Care** | PERFORMED BY Lnu, Jaseeq MD | DATE Nov 16, 2019 14:28 UTC-04:00 |
|---|---|---|

COMMENTS
--

DISCHARGE DOCUMENTS

No documents selected.

| MEDICAL DEPARTMENT DECIDED TO **Discharge from Our Care** | PERFORMED BY Lnu, Jaseeq MD | DATE Nov 12, 2019 23:59 UTC-04:00 |
|---|---|---|

COMMENTS
--

DISCHARGE DOCUMENTS

No documents selected.

## Addendums

| DATE | DOCUMENTED BY |
|---|---|
| Nov 16, 2019 12:00 UTC-04:00 | Lnu, Jaseeq MD |

ADDENDUM
Continue pain killer as suggested by shore side orthopaedics only if needed.

| DATE | DOCUMENTED BY |
|------|---------------|
| Nov 13, 2019 17:02 UTC-04:00 | Blomerus, Frieda RN |

ADDENDUM
X-rays uploaded to her file in Documents

Unspecified fracture of left patella, initial encounter for closed fracture

ADDENDUM
Continue pain killer as suggested by shore side orthopaedics only if needed.





**⊕SEACARE**ADVENTURE OF THE SEAS MEDICAL CENTER

## CONSENT FOR MEDICAL TREATMENT

MEDICAL AUTHORIZATION

I , COKE, TAIANA , hereby authorize the medical staff and/or their agents, employees and representatives to conduct such treatments, procedures, administer anesthesia, medication and other therapies, with the exception of NIL (if none, enter the word, none), as they may deem necessary in their medical judgment. I understand that the medical care furnished to me will be limited to the type of care necessary in the opinion of the medical staff for my condition at the time of treatment. I accept the services of the vessel's medical staff and understand that whatever service is rendered is emergency treatment within the scope of the limited shipboard medical facility.

I acknowledge that medical doctors and nurses are made available on the ship for my convenience. I understand and agree that full payment is due upon services rendered, in the event there is a charge for the services rendered. I understand that although this bill may be submitted to my insurance carrier for consideration, I agree not to hold Royal Caribbean Cruises Ltd. and/or Celebrity Cruises Inc., its ships, agents or employees, responsible or liable for any shipboard medical facility or physician charges, including all or any portion of any charges not covered by my travel, health, or other insurance carrier(s).

I understand that any/all medical treatment provided on the ship is considered a preliminary medical evaluation and/or treatment and does not replace timely follow-up or ongoing care by my primary health care provider(s). Timely medical follow-up is recommended for all medical problems initially treated onboard the ship.

Neither the physicians, nurses, Royal Caribbean Cruises Ltd., and/or Celebrity Cruises Inc. and/or Pullmantur Cruises Inc. can be held responsible for any adverse outcomes that result from my failure to follow up or carry out instructions exactly as given.

I also consent that, in the event I have, or am later determined to have, applicable insurance, which covers all or part of my medical, or medically related care and treatment, including medically related air ambulance and/or medical escort charges, provided for my benefit by RCL and/or other vendors authorized or paid for by RCL, that RCL may directly or indirectly seek recovery of any/all such amounts, in whole or in part, from any/all applicable public or private insurance coverage in my name or for my benefit.

BY MY SIGNATURE BELOW, I ACKNOWLEDGE THAT I HAVE READ AND FULLY UNDERSTAND THE CONTENT OF THIS INFORMED CONSENT FOR MEDICAL TREATMENT.

Signature (Patient and or Parent/Guardian):          Signature (Witness)

_T Coke_

Patient COKE, TAIANA
Nov 11, 2019 16:03 UTC-04:00

Nov 11, 2019 16:03 UTC-04:00

CONSENT TO SHARE MEDICAL INFORMATION

I understand that the medical staff may be required to provide my personal data including confidential medical information and/or records of my medical treatment **(Personal Data)** to others

- in the ordinary course of medical treatment and/or
- to comply with regulations of regulatory agencies and/or
- to others necessary for the purpose of my receipt of treatment by health care providers off of this vessel if necessary,

and I hereby authorize such release of my confidential medical information/records to all individuals and entities necessary to accomplish these purposes, whether or not such individuals and entities are subject to the Health and Insurance Portability and Accountability Act (HIPAA) of 1996.

I am aware that the medical staff may use or disclose my health information, including without limitation any and all medical, treatment, and diagnostic records, charts, notes, correspondence, counseling or support services records for purposes of

- providing or obtaining medical care or advice or other assistance or services for me,
- complying with legal or other reporting obligations,
- prevent the spread of infectious diseases such as gastro-intestinal disease and/or
- investigating or evaluating any alleged or reported injury, loss, damage, crime and its or their causes or circumstances.

I authorize release of my health information to any government authority such as the F.B.I., the U.S. Coast Guard, the Centers for Disease Control (CDC) or any other national, state or local authority either in the U.S. or abroad, or any other person or entity as may be required by law.

Further, I acknowledge that my Personal Data might be transferred to countries outside the European Union **(EU)** and/or the European Economic Area **(EEA)**. When we transfer your Personal Data outside the EU/EEA, the laws and rules that protect your Personal Data in such countries may be different (or less protective) from your own country. For example, the circumstances in which law enforcement can access your Personal Data may vary from country to country.

I hereby authorize the release of my entire medical record, including patient histories, office notes, test results, radiology studies, films, referrals, consults and billing records, even if said record(s) include information relating to alcohol, drug abuse, mental health treatment, or confidential HIV related information, to me and/or my health insurer or any other entity from which I requested support or third party payment for the services provided at this medical facility.

I understand that signing this authorization is voluntary, and my treatment has not been conditioned upon my authorization of this disclosure. However, if you withhold or revoke your consent, the extent of medical treatment we provide may be limited. If there is another legal basis for processing, Royal Caribbean Cruises Ltd., and/or Celebrity Cruises Inc. reserve the right to process the data on such other legal basis.

I understand that I may only revoke this authorization by sending a written notice to Royal Caribbean International, c/o Medical Department, 1050 Caribbean Way, Miami, FL 33132 USA and that said revocation will not affect actions already taken based upon this authorization.

This authorization is executed in compliance with the Health and Insurance Portability and Accountability Act (HIPAA) of 1996 and 45 C.F.R. Parts 160 and 164.

You can find all further information on the processing of your Personal Data including your rights to access, rectification and erasure of your data and contact details for a revocation of your consent in the most recent version of our global privacy notice at http://www.royalcaribbean.com/privacyPolicy.do

Signature (Patient and or Parent/Guardian):

Signature (Witness)

Patient COKE, TAIANA

Nov 11, 2019 16:03 UTC-04:00

Nov 11, 2019 16:03 UTC-04:00

 **SEACARE** ADVENTURE OF THE SEAS MEDICAL CENTER

**SHORE SIDE REFERRAL**

AD784230

| Name:<br>COKE, TAIANA | | Crew ID: | Ship:<br>Adventure of the Seas | | Billing information:<br>SELF-PAY: Provider to collect payment at time of service from guest |
| DOB:<br>Jun 6, 1962 | Gender:<br>F | Department: | Appt Date:<br>Nov 12, 2019 | | |
| Citizen:<br>United States | | Position: | Port:<br>Willemstad (Curacao)-CUR, Netherlands Antilles | | |

| From | Rivera, Abel MD | Email | AD_DoctorSr@rccl.com |
| Date | Nov 11, 2019 | Phone | |

Thank you for seeing this 57 year old female. Pt fell down on November 10 landing on her knees. She complains of moderate pain in her left knee, anterior aspect.

X-rays show small avulsion fracture of the superior edge of left patella.

We refer her for evaluation by Orthopedist.

Rivera, Abel MD

Nov 11, 2019 19:02 UTC-04:00

I hereby authorize the health care facility / physician to release all medical records to the Referring Ship Physician & Royal Caribbean's Medical Dept.

Patient COKE, TAIANA

Nov 11, 2019 19:02 UTC-04:00

**SHORESIDE PHYSICIAN** (PRINT CLEARLY IN **ENGLISH** - COMPLETE ALL SECTIONS - ATTACH A COPY TO YOUR CLAIM)

Brief History of Illness / Accident:

|  |
|  |
|  |
|  |

| Diagnosis: |
|  |
|  |

| Specialty: |
| Orthopedics |

**IMPORTANT!** Is the guest fit to sail? ☐ YES ☐ NO

| Shoreside physician's signature | Shoreside Physician's name (please print) | Date |
|---|---|---|
| Physician's E-mail: | Telephone (area/country code): | Fax No. (area/country code): |

*Contact # for ship's physician to discuss referral if needed.*

# ⊕SEACARE ADVENTURE OF THE SEAS MEDICAL CENTER

### SHORE SIDE REFERRAL
## AD784230

| Name: COKE, TAIANA | | Crew ID: | Ship: Adventure of the Seas | Billing information: SELF-PAY: Provider to collect payment at time of service from guest |
| --- | --- | --- | --- | --- |
| DOB: Jun 6, 1962 | Gender: F | Department: | Appt Date: Nov 12, 2019 | |
| Citizen: United States | | Position: | Port: Willemstad (Curacao)-CUR, Netherlands Antilles | |

| .From | Rivera, Abel MD | Email | AD_DoctorSr@rccl.com |
| --- | --- | --- | --- |
| Date | Nov 11, 2019 | Phone | |

Thank you for seeing this 57 year old female. Pt fell down on November 10 landing on her knees. She complains of moderate pain in her left knee, anterior aspect.

X-rays show small avulsion fracture of the superior edge of left patella.

We refer her for evaluation by Orthopedist.



Rivera, Abel MD

Nov 11, 2019 19:02 UTC-04:00

I hereby authorize the health care facility / physician to release all medical records to the Referring Ship Physician & Royal Caribbean's Medical Dept.

Patient COKE, TAIANA

Nov 11, 2019 19:02 UTC-04:00

**SHORESIDE PHYSICIAN** (PRINT CLEARLY IN **ENGLISH** - COMPLETE ALL SECTIONS - ATTACH A COPY TO YOUR CLAIM)

Brief History of Illness / Accident:

Fell on the ~~la~~ left knee on nov 10th. ✗✗.
Phys Exam: Normal function of the left knee. No
haemarthros or hydrops, Local tenderness
Xray: Small avulsian fracture of the knee cap
at the attachment of the quadriceps tendon.

1/2

**Diagnosis:** Avulsion fracture left patella at the quadricepstendon attatchment, with no impairment in function.

Adv: 1. Continue with the trip.
2. On and of the ship with wheel chair.
3. Painkillers   Ibabrafen 3dd 800 mgr.
4. nobrace        5. She can if possible walk off the ship. No need to stay

**Specialty:**

Orthopedics

**IMPORTANT! Is the guest fit to sail?** ☐ YES ☐ NO

**Shoreside physician's signature**

samian N.V.
Orthopaedisch Chirurg Dr. G.A. Booi
Dr. M. Doormanweg # 46
Curaçao
Tel.: 736 6744  Fax: 736 6765

Shoreside Physician's name (please print)

**Date** NOV 12th 2019

**Physician's E-mail:**

drbooigerry@hotmail.com.

**Telephone (area/country code):**

**Fax No. (area/country code):**

*Contact # for ship's physician to discuss referral if needed.*

2/2



# Adventure of the Seas

## FINAL STATEMENT

**GUEST**        TAIANA COKE

**SAIL DATE**  09-Nov-2019 To 17-Nov-2019                          **STATEROOM**  7605

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| **TAIANA COKE** | | | | |
| **BEVERAGES** | | | | |
| 11/9/2019 | 15014530 | BOLEROS | 0.00 | 11.80 |
| 11/9/2019 | 15014558 | BOLEROS | 0.00 | 25.96 |
| 11/9/2019 | 15014559 | BOLEROS | 0.00 | 5.00 |
| 11/9/2019 | 6013445 | SKY BAR | 0.00 | 9.07 |
| 11/10/2019 | 1612557 | DINING ROOM | 0.00 | 11.80 |
| 11/10/2019 | 2040353 | THE THEATER | 0.00 | 12.98 |
| 11/10/2019 | 15014695 | BOLEROS | 0.00 | 11.80 |
| 11/10/2019 | 15014746 | BOLEROS | 0.00 | 1.00 |
| 11/11/2019 | 23017382 | CAFE PROMENADE | 0.00 | 5.02 |
| 11/11/2019 | 1684702 | DINING ROOM | 0.00 | 75.52 |
| 11/11/2019 | 6035712 | SKY BAR | 0.00 | 9.44 |
| 11/15/2019 | 1613484 | DINING ROOM | 0.00 | 11.80 |
| 11/16/2019 | 19018827 | THE PUB | 0.00 | 11.80 |
| 11/16/2019 | 1482992 | DINING ROOM | 0.00 | 14.16 |
| **DINING** | | | | |
| 11/15/2019 | 27022892 | JOHNNY ROCKETS | 0.00 | 32.04 |



# Adventure of the Seas

## FINAL STATEMENT

**GUEST**      TAIANA COKE

**SAIL DATE**  09-Nov-2019 To 17-Nov-2019                    **STATEROOM**  7605

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| MISC | | | | |
| 11/10/2019 | OA764885 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 20.00 |
| PAYMENTS/CREDITS | | | | |
| 11/9/2019 | | NON-REFUNDABLE ONBOARD CREDIT | 50.00 | 0.00 |
| 11/12/2019 | | REFUNDABLE ONBOARD CREDIT - GUEST SATISFACTION | 70.00 | 0.00 |
| 11/17/2019 | | VISA | 449.12 | 0.00 |
| SERVICES | | | | |
| 11/10/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/10/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/11/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/12/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/13/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/14/2019 | | ONBOARD GRATUITIES | 0.00 | -72.50 |
| SHOPPING | | | | |
| 11/10/2019 | 83213452 | GIFT SHOP MARKETPLACE | 0.00 | 30.00 |
| 11/12/2019 | 83317889 | FASHION BOUTIQUE | 0.00 | 35.00 |
| 11/14/2019 | 83214148 | GIFT SHOP MARKETPLACE | 0.00 | 25.00 |

2/3



# Adventure of the Seas

## FINAL STATEMENT

GUEST     TAIANA COKE

SAIL DATE  09-Nov-2019 To 17-Nov-2019                STATEROOM   7605

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|------|-------|-------------|--------:|--------:|
| 11/14/2019 | 83810740 | PORT MERCHANTS | 0.00 | 109.98 |
| 11/16/2019 | 83214366 | GIFT SHOP MARKETPLACE | 0.00 | 20.00 |
| 11/16/2019 | 83518220 | SOLERA | 0.00 | 60.00 |
| 11/16/2019 | 83724942 | THE SHOP | 0.00 | 19.95 |
| TOTAL CHARGES FOR    TAIANA COKE | | | 569.12 | 569.12 |

TOTAL ACCOUNT CHARGES:                                       569.12

TOTAL CREDITS/PAYMENTS:                      569.12

BALANCE DUE:                                                  0.00

The final amount is charged to your card on your last cruise day. Depending on your bank, any holds or pre-authorizations will release in 3-5 days for U.S. banks and under 30 days for international banks.

Your statement total will reflect the currency and presiding exchange rate at the end of the voyage.

**THANK-YOU FOR VACATIONING WITH US.**



# *Adventure of the Seas*

## FINAL STATEMENT

**GUEST**     TERRI DRAPER

**SAIL DATE**  09-Nov-2019 To 17-Nov-2019                    **STATEROOM**  7605

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|------|-------|-------------|---------|---------|
| **TAIANA COKE** | | | | |
| **PAYMENTS/CREDITS** | | | | |
| 11/10/2019 | | NON-REFUNDABLE ONBOARD CREDIT | 25.00 | 0.00 |
| **TOTAL CHARGES FOR   TAIANA COKE** | | | 25.00 | 0.00 |
| **TERRI DRAPER** | | | | |
| BEVERAGES | | | | |
| 11/10/2019 | 1612556 | DINING ROOM | 0.00 | 14.16 |
| 11/14/2019 | 22016226 | VIKING CROWN | 0.00 | 22.41 |
| 11/15/2019 | 7996955 | POOL BAR | 0.00 | 7.08 |
| 11/16/2019 | 19018826 | THE PUB | 0.00 | 11.80 |
| PAYMENTS/CREDITS | | | | |
| 11/9/2019 | | NON-REFUNDABLE ONBOARD CREDIT | 25.00 | 0.00 |
| 11/12/2019 | | CASH | 50.00 | 0.00 |
| 11/17/2019 | | MASTERCARD | 90.82 | 0.00 |
| SERVICES | | | | |
| 11/10/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/10/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |



# Adventure of the Seas

## FINAL STATEMENT

GUEST  **TERRI DRAPER**

SAIL DATE  09-Nov-2019 To 17-Nov-2019          STATEROOM  7605

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| 11/11/2019 | | ONBOARD GRATUITIES | 0.00 | 14.50 |
| 11/12/2019 | | ONBOARD GRATUITIES | 0.00 | -43.50 |
| SHOPPING | | | | |
| 11/14/2019 | 83214147 | GIFT SHOP MARKETPLACE | 0.00 | 25.00 |
| 11/15/2019 | 83724616 | THE SHOP | 0.00 | 29.99 |
| 11/15/2019 | 83318011 | FASHION BOUTIQUE | 0.00 | 10.00 |
| 11/15/2019 | 83810897 | PORT MERCHANTS | 0.00 | 25.50 |
| 11/16/2019 | 83518219 | SOLERA | 0.00 | 40.00 |
| 11/16/2019 | 83724943 | THE SHOP | 0.00 | 4.88 |
| **TOTAL CHARGES FOR   TERRI DRAPER** | | | 165.82 | 190.82 |

| | | |
|---|---|---|
| **TOTAL ACCOUNT CHARGES:** | | 190.82 |
| **TOTAL CREDITS/PAYMENTS:** | 190.82 | |
| **BALANCE DUE:** | | 0.00 |

The final amount is charged to your card on your last cruise day. Depending on your bank, any holds or pre-authorizations will release in 3-5 days for U.S. banks and under 30 days for international banks.

Your statement total will reflect the currency and presiding exchange rate at the end of the voyage.

**THANK-YOU FOR VACATIONING WITH US.**

```
        Recreate Check

         <DUPLICATE>

   ROYAL CARIBBEAN INTERNATIONAL
       Adventure of the Seas
           Dining Room
_____
         11/10/2019 18:14
Server#: 449
Term: 161

_____
              Guest
     1 Frozen Daiq        10.00

         Subtotal         10.00
         Gratuity          1.80
            Total         11.80


Guest                     11.80
   21414766 COKE, TAIANA

       GRAND TOTAL        11.80

==============================


Additional Tip $_____


Total          $_____


_____
Signature

         ***********

      Check #:1612557

  Get up to $600 to spend right now!
    Visit NextCruise to learn how!
==============================
==============================
        DUPLICATE RECEIPT
==============================
```

```
        ROYAL CARIBBEAN INTERNATIONAL
            Adventure of the Seas
                The Theater
    _____
            11/10/2019 20:12
    Server#: JOHN MUINDI
    Term: 204

    _____
                    Guest
        1 Gl KJ VR Chard        11.00
            1695


            Subtotal     11.00
            Gratuity      1.98
                 Tax      0.00
        Additional Tip    0.00
               Total     12.98




    Guest                       12.98
      21414766 Ms COKE, TAIANA

            GRAND TOTAL        12.98


    Additional Tip      $_____


    Total               $_____


    _____
    Signature

            ***************
        A 18% gratuity is included
     in your bill, however, please use
        the "Additional Tip" line to
        recognize outstanding service.
            ***************

        CHECK# 2040353

        Get up to $600 to spend onboard!
         Visit NextCruise to learn how!
             CHECK# 2040353
    ================================
            DUPLICATE RECEIPT
    ================================
```

```
        ROYAL CARIBBEAN INTERNATIONAL
            Adventure of the Seas
                  Boleros
    _____
            11/10/2019 21:36
    Server#: Ewan
    Term: 1501

    _____
                  Guest
        1 Long Isl House      10.00


             Subtotal     10.00
             Gratuity      1.80
                  Tax      0.00
       Additional Tip      0.00
                Total     11.80




    Guest                      11.80
      21414766 COKE, TAIANA

            GRAND TOTAL        11.80


    Additional Tip      $_____


    Total               $_____


    _____
    Signature

            ***************
        A 18% gratuity is included
     in your bill, however, please use
        the "Additional Tip" line to
        recognize outstanding service.
            ***************

        CHECK# 15014695

        Get up to $600 to spend onboard!
         Visit NextCruise to learn how!
            CHECK# 15014695
    ================================
            DUPLICATE RECEIPT
    ================================
```

```
        ROYAL CARIBBEAN INTERNATIONAL
             Adventure of the Seas
                   Boleros
        _____
               11/10/2019 23:46
        Server#: Ewan
        Term: 1501

        _____
                      Guest


                Subtotal      0.00
                Gratuity      0.00
                     Tax      0.00
           Additional Tip     1.00
                   Total      1.00




        Guest                        1.00
          21414766 COKE, TAIANA


              GRAND TOTAL          1.00


        Additional Tip      $_____


        Total               $_____


        _____
        Signature

                ***************
            A 18% gratuity is included
         in your bill, however, please use
            the "Additional Tip" line to
            recognize outstanding service.
                ***************

            CHECK# 15014746

            Get up to $600 to spend onboard!
             Visit NextCruise to learn how!
                 CHECK# 15014746
        =================================
                DUPLICATE RECEIPT
        =================================
```



**AD Medical Secretary**   to:  AD Guest Services Manager, AD Assistant Front Desk Manager, AD Chief Officer Safety, AD Doctor, AD Front Desk Manager, AD Guest Administration Officer...

Cc:  AD Nurse

11/11/2019 18:09

Show Details

Good day,

Please see Guest Accident Information.

## COKE, TAIANA (57)

| | | | |
|---|---|---|---|
| **Passenger Id** | 142675772 | **Date of birth** | Jun 6, 1962 |
| **Booking Re...** | N/A | **Gender** | F |
| **Folio** | 9841000167583700 | **Country** | United States |
| **Cabin** | 7605 | **Signed On** | Adventure of the Seas |

Date and Time of Accident:  11/10/2019 @ 1000 H

Date and time Reported at Medical Facility:  11/11/2019 @1600 H

Brief Summary of the Incident/Accident: Guest states that she tripped over a hump and fell hurting her left knee

Location: Casino

Level of Severity : Minor

Nurse on Duty : Freida Blomerus
Doctor on Duty: Abel Rivera

📄 COKE GUEST.pdf



**AD// GUEST MEDICAL REFERRAL// 11-13-2019// BONAIRE**

11/13/2019 11:16

◆ **AD Medical Secretary** to: AD Guest Services Manager, AD Guest Administration Officer, AD Guest Departure Officer, AD Front Desk Manager, AD Assistant Front Desk Manager...

Cc: AD Doctor Sr, AD_Doctor, AD Nurse, AD Chief Officer Safety, AD Chief Security Officer, AD Deputy Security Officer, AD Guest Security Supervisor, AD Security Supervisor, AD Staff Captain, AD Financial Controller...

Show Details

Good day,

Please be advised that the guest mentioned below will go ashore for medical treatment.

Note that an ambulance has been requested.

## MATHEWS, ELLA (69)

| | | | |
|---|---|---|---|
| Passenger Id | 102333164 | Date of birth | Dec 31, 1949 |
| Booking Re... | N/A | Gender | F |
| Folio | 9841000167773900 | Country | United States |
| Cabin | 7590 | Signed On | Adventure of the Seas |

Thank you.

Best Regards,
**IAN MAGALONG**
Medical Secretary | Adventure of the Seas
Office: ☎ 3223 | Dect. Phone: ☎ 8814 | Email ✉: ad_medicalsecretary@rccl.com



CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information.If you are not the intended recipient, you are hereby notified that any disclosure, copying,distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

## Guest Service Log Report

**Adventure of the Seas 21942**

| | | | |
|---|---|---|---|
| **Name :** | Draper, Terri | **Reported** | 11/10/2019 12:38:49 PM |
| **Cabin #** | 7605 | **Reported by** | Guest Services Officer 01 - Yeralth - Yeralth Rouvier |
| **Guest Mood :** | Neutral (0) | **Followed Up by** | - |

**Complaint:**   Service | SeaPass Account | Seapass-Copy of Statement

**Action/ Resolution:**   Empathy and Apology

---

| | | | |
|---|---|---|---|
| **Name :** | Coke, Taiana | **Reported** | 11/10/2019 4:39:51 PM |
| **Cabin #** | 7605 | **Reported by** | Guest Services Officer 05 - Maria - Maria Kviatkivska |
| **Guest Mood :** | Neutral (0) | **Followed Up by** | - |

**Complaint:**   Service | SeaPass Account | Split OBC
[10NOV2019 @ 04: 39 PM by 212] obc 0f 25 $ was transfered with Taiana permision

**Action/ Resolution:**   Empathy and Apology

---

| | | | |
|---|---|---|---|
| **Name :** | Coke, Taiana | **Reported** | 11/11/2019 12:58:29 PM |
| **Cabin #** | 7605 | **Reported by** | Guest Services Officer 03 - Marisol - Marisol Montalvan |
| **Guest Mood :** | Neutral (0) | **Followed Up by** | - |

**Complaint:**   Problem | Medical | Injury / Accident | Guest report to GS
[11NOV2019 @ 01: 57 PM by 210] Guest came to report that yesterday she has an accident right outside the casino, she felt and trip over and she got hurt on her left knee got hurt, she wants to made report in case something happen when she at home.

**Action/ Resolution:**   Empathy and Apology
[11NOV2019 @ 07: 17 PM by 217] GSO Varsha refer to other GS LOG, which is open for medical.
[11NOV2019 @ 05: 00 PM by 217] GSO Varsha spoke with Mrs. Terri, she mentioned roomate is at the medical, gso will call back later on.
[11NOV2019 @ 01: 58 PM by 210] Sgso offer medical assistance, I called the nurse and advice, nurse spoke with the guest and will stop today at 16:00 p.m. guest mention some guests help her, there are not CM around.

---

| | | | |
|---|---|---|---|
| **Name :** | Coke, Taiana | **Reported** | 11/11/2019 6:16:47 PM |
| **Cabin #** | 7605 | **Reported by** | Telephone Operator 02 - Varsha - Varsha Bansoodeb |
| **Guest Mood :** | Neutral (0) | **Followed Up by** | - |

**Complaint:**   Problem | Medical | Medical level Minor
[11NOV2019 @ 07: 14 PM by 217] Date and Time of Accident: 11/10/2019 @ 1000 H, Date and time Reported at Medical Facility: 11/11/2019 @1600 H, Brief Summary of the Incident/Accident: Guest states that she tripped over a hump and fell

**Service History Remarks**

| Status | SR # | Service History Remark | Created By | Created By Name | Created Date |
|---|---|---|---|---|---|
| Sent | 1-40935471745 | **corresp nancy adv dg terri Although we recommend that your passport be valid for six months beyond the end of your cruise, on itineraries such as your Southern Caribbean sailing, you may use a United States passport as long as it is original and valid through the day after the end of your voyage. You are also welcome to bring your birth certificate (original or certified copy) and valid driver's license as a precaution. Please also note that everyone's first and last names must match on your reservation and your travel documents. If they do not match, then bridging documents such as a marriage license or name change decree will be needed to show how the names are legally linked. | 127416 | Nancy Cooper | 10/18/2019 12:04:00 PM |
| Sent | 1-41910022604 | ***RGE Carlos*** DG Taina ci to report a fall on the ship on which she broke her knee. I will send her a form to fill out and when DG resend it to me I will send it to guest claim. BK 4420707. | 133161 | Carlos Vidaurreta | 11/29/2019 02:51:01 PM |
| Sent | 1-41943105845 | ***Escalated Support Chris*** DG sent email about injury onboard. Reached out to Andres Guest Claims, who advised me to offer 100% refunds for pax 1 and 2. Advised DG about 100% refunds, then spotted they had group RCTP. Advised her to contact AON for medical expenses and compensation. She stated she will. NFA | 129688 | Christopher Simons | 12/16/2019 04:42:39 PM |
| Sent | 1-41942746117 | ***Escalated Support Chris*** NR - Addressed in SR #1-41943105845 | 129688 | Christopher Simons | 12/16/2019 04:48:31 PM |
| Sent | 1-41942994985 | ***Escalated Support Chris*** NR - Addressed in SR #1-41943105845 | 129688 | Christopher Simons | 12/16/2019 04:49:29 PM |

**Notes**

| Description | SR # | Created By | Created By Name | Created Date | Sailing Note |
|---|---|---|---|---|---|
| Ship Log Level 1 = Ship Log Level 2 = SeaPass Account Ship Log Level 3 = Seapass-Copy of Sta Guest Log Complaint: Guest Log Action Resolution: | 27202974 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = SeaPass Account Ship Log Level 3 = Split OBC Guest Log Complaint: [10NOV2019 @ 04: 39 PM by 212] obc 0f 25 $ was transfered with Taiana permision Guest Log Action Resolution: | 27203102 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Medical Ship Log Level 3 = Injury / Accident Guest Log Complaint: [11NOV2019 @ 01: 57 PM by 210] Guest came to report that yesterday she has an accident right outside the casino, she felt and trip over and she got hurt on her left knee got hurt, she wants to made report in case something happen when she at home. Guest Log Action Resolution: [11NOV2019 @ 07: 17 PM by 217] GSO Varsha refer to other GS LOG, which is open for medical. [11NOV2019 @ 05: 00 PM by 217] GSO Varsha spoke with Mrs. Terri, she mentioned roomate is at the medical, gso will call back later on. [11NOV2019 @ 01: 58 PM by 210] Sgso offer medical assistance, I called the nurse and advice, nurse spoke with the guest and will stop today at 16:00 p.m. guest mention some guests help her, there are not CM around. | 27203513 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Medical Ship Log Level 3 = Medical level Minor Guest Log Complaint: [11NOV2019 @ 07: 14 PM by 217] Date and Time of Accident: 11/10/2019 @ 1000 H, Date and time Reported at Medical Facility: 11/11/2019 @1600 H, Brief Summary of the Incident/Accident: Guest states that she tripped over a hump and fell hurting her left knee, Location: Casino, Level of Severity : Minor Guest Log Action Resolution: [12NOV2019 @ 04: 40 PM by 213] gst came to gst services with receipt from taxi that they took it from ship-hospital-ship 70$ asking to have it reimbursed. receipt was collected and gso explained to gst that will be posted as OBC in the account. gst thanked [12NOV2019 @ 08: 05 AM by 217] GSO Varsha spoke with gst she mentioned she is doing much better getting ready for brkfast, further assistance was offered. | 27203685 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| [11NOV2019 @ 07: 16 PM by 217] GSO Varsha spoke with gst she mentioned not doing that fine, going to have rest, further assistance was offered. | | | | | |
| Ship Log Level 1 = Ship Log Level 2 = Wake Up Call Ship Log Level 3 = Guest Log Complaint: Guest Log Action Resolution: | 27203815 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = PCP Special Needs Delivery Ship Log Level 3 = Guest Log Complaint: [12NOV2019 @ 09: 18 AM by 217] Gst ask if she is allowed to take wheelchair that she rent onboard off the ship Guest Log Action Resolution: [12NOV2019 @ 09: 20 AM by 217] GSO Varsha informed gst wheelchair is not allowed to take off the ship gst understand. | 27203867 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Gratuities Ship Log Level 3 = Opt Out of Onboard Gratu Guest Log Complaint: [12NOV2019 @ 10: 10 AM by 209] 1PAX Guest Log Action Resolution: | 27203888 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = SeaPass Account Ship Log Level 3 = Cash Payment Guest Log Complaint: [12NOV2019 @ 10: 12 AM by 209] 50$ Guest Log Action Resolution: | 27203889 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Gratuities Ship Log Level 3 = Opt Out of Onboard Gratu Guest Log Complaint: [13NOV2019 @ 09: 46 PM by 217] 1 PAX. Guest Log Action Resolution: | 27204434 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = SeaPass Account Ship Log Level 3 = Add Credit Card Guest Log Complaint: [15NOV2019 @ 03: 16 PM by 213] MC****8719 34.14$ Guest Log Action Resolution: | 27205093 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = SeaPass Account Ship Log Level 3 = Seapass-Copy of Sta Guest Log Complaint: Guest Log Action Resolution: | 27205573 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Ship Info Ship Log Level 3 = Venues Guest Log Complaint: Guest Log Action Resolution: | 27205698 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |
| Ship Log Level 1 = Ship Log Level 2 = Departure Ship Log Level 3 = Early Departure Guest Log Complaint: Guest Log Action Resolution: | 27205702 | SADMIN | Siebel Administrator | 11/18/2019 07:54:21 PM | ☐ |

## Personal Information



| Picture | |
|---|---|
| Name | COKE,  TAIANA ELLEN |
| Date of Birth | 6/6/1962 |
| Gender - Age | F - 57 |
| Nationality | United States |
| Place of Birth | - United States |
| Other Name | |
| Folio ID | 21414766 |
| Booking # | 4420707 |
| Passenger ID | 142675772 |
| Account ID | 210001771560 |
| GHM Id | |

## Cruise Details

| Cruise | 21942 - 21942 |
|---|---|
| Cabin | 7605  - 7 |
| Cabin Category | * UNCLASSIFIED * |
| Cabin Classification | * UNCLASSIFIED * |
| Embarked | FORT LAUDERDALE - 09-Nov-2019 |
| Disembarked | FORT LAUDERDALE - 17-Nov-2019 |
| Frequent Cruiser | |

## Guest Address Details

| Street | POBOX 958 |
|---|---|
| City - ZIP | YOSEMITE NATIONAL PARK - 95389 |
| State | CA |
| Country | United States |
| Phone No | 3304605635 |

## Passport Information

| Passport No | SCRUBBED |
|---|---|
| Issued At | |
| Issued On | |
| Expires On | 1/9/2022 |

## Financial Information

| Total Debit | $569.12 |
|---|---|
| Total Credit | $569.12 |
| Payment Method | VISA |
| Routed To | *** Not Routed *** |
| Onboard Card | 9841000167583700 |

## Billing Information

| Billing Name | COKE TAIANA |
|---|---|
| Billing Street | POBOX 958 |
| Billing City - ZIP | YOSEMITE NATIONAL PARK - 95389 |
| Billing State | CA |
| Billing Country | United States |

## Contact Information

| Contact Name | CHARISSE |
|---|---|
| Relationship | |
| Contact Street | |
| Contact City - ZIP | - |
| Contact State | |
| Contact Country | *** Not Found *** |

## Travel Agent Information

| Agent | |
|---|---|
| Company | KHM CONSULTING INC |
| Agent Street | |
| Agent City - ZIP | - |
| Agent State | |
| Agent Country | *** Not Found *** |
| Agent Phone No | |
| Agent Fax | |
| Agent e-Mail | |
| Reservation Id | |
| Booking Id | |
| Booking Date | |

## Personal Information



| | |
|---|---|
| Picture | |
| Name | DRAPER, TERRI JEAN |
| Date of Birth | 5/31/1965 |
| Gender - Age | F - 54 |
| Nationality | United States |
| Place of Birth | - United States |
| Other Name | |
| Folio ID | 21483556 |
| Booking # | 4420707 |
| Passenger ID | 142675780 |
| Account ID | 210001771562 |
| GHM Id | |

## Cruise Details

| | |
|---|---|
| Cruise | 21942 - 21942 |
| Cabin | 7605 - 7 |
| Cabin Category | * UNCLASSIFIED * |
| Cabin Classification | * UNCLASSIFIED * |
| Embarked | FORT LAUDERDALE - 09-Nov-2019 |
| Disembarked | FORT LAUDERDALE - 17-Nov-2019 |
| Frequent Cruiser | |

## Guest Address Details

| | |
|---|---|
| Street | 13855 SIBLEY RD |
| City - ZIP | RIVERVIEW - 48193 |
| State | MI |
| Country | United States |
| Phone No | 3304605635 |

## Passport Information

| | |
|---|---|
| Passport No | SCRUBBED |
| Issued At | |
| Issued On | |
| Expires On | 1/29/2020 |

## Financial Information

| | |
|---|---|
| Total Debit | $190.82 |
| Total Credit | $190.82 |
| Payment Method | MASTERCARD |
| Routed To | *** Not Routed *** |
| Onboard Card | 9841000167583900 |

## Billing Information

| | |
|---|---|
| Billing Name | DRAPER TERRI |
| Billing Street | 13855 SIBLEY RD |
| Billing City - ZIP | RIVERVIEW - 48193 |
| Billing State | MI |
| Billing Country | United States |

## Contact Information

| | |
|---|---|
| Contact Name | CHANELLE |
| Relationship | |
| Contact Street | |
| Contact City - ZIP | - |
| Contact State | |
| Contact Country | *** Not Found *** |

## Travel Agent Information

| | |
|---|---|
| Agent | |
| Company | KHM CONSULTING INC |
| Agent Street | |
| Agent City - ZIP | - |
| Agent State | |
| Agent Country | *** Not Found *** |
| Agent Phone No | |
| Agent Fax | |
| Agent e-Mail | |
| Reservation Id | |
| Booking Id | |
| Booking Date | |



**Booking Confirmation – Guest Copy**

**Issue Date:** 12 AUG 2019
**Confirmation Copy #:** 11

### General Information

| | | | |
|---|---|---|---|
| KHM CONSULTING INC | **Reservation ID:** | 4420707  (Group ID 8079581) | Booking Date: |
| Attn: LENA | Ship: | ADVENTURE OF THE SEAS | Booking Status    Booked |
| 3304605635 | Departure Date: | 09 NOV 2019 | |
| 50 PEARL ROAD SUITE 300 | Itinerary: | 8 NIGHT SOUTHERN CARIBBEAN CRUISE | |
| HOST:MUST GET FULL T/P NAME | Stateroom: | 2T-7605 Promenade View Interior | |
| BRUNSWICK,OH-44212 | Sailing Date: | 09 NOV 2019 | |
| UNITED STATES | | | |

| Guest Information | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | TAIANA | TERRI | | |
| | COKE | DRAPER | | |
| Crown & Anchor Number | | | | |
| Age Range | 55 + | 46 - 54 | | |
| Dining | 5:30 PM() | 5:30 PM() | | |
| Departure Airport | Cruise Only | Cruise Only | | |
| Special Services | | | | |

Stateroom Dining With Booking ID:

| Booking Charges - Currency: USD | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|
| Cruise Fare | 825.00 | 825.00 | 0.00 | 0.00 | 1650.00 |
| BOGO NO REF DEP | -26.00 | -426.00 | 0.00 | 0.00 | -452.00 |
| ADV NO REF DEP | -25.00 | -25.00 | 0.00 | 0.00 | -50.00 |
| T059-T059 - Group Travel Protection $59 | 59.00 | 0.00 | 0.00 | 0.00 | 59.00 |
| T029-T029 - Group Travel Protection $29 | 0.00 | 29.00 | 0.00 | 0.00 | 29.00 |
| Taxes, fees, and port expenses | 82.98 | 82.98 | 0.00 | 0.00 | 165.96 |
| **Total Charge** | **915.98** | **485.98** | **0.00** | **0.00** | **1401.96** |
| **Amount Paid** | | | | | **1401.96** |
| **Balance Due** | | | | | **0.00** |

Deposit of $500.00 is due by 14 OCT 2018,5:00 PM EST   Final Payment is due by 11 AUG 2019, 5:00 PM EST

The minimum deposit for this reservation is Non-Refundable. A change fee of  100 USD per guest will apply for ship or sail date changes.

The balance due must be paid in full by the final payment date listed above to prevent your booking from cancelling. Balance and payments may not reflect recent transactions made within the past 48 hours.
Deposit amounts may vary by promotion
A $14.50 per guest, per day gratuity will be automatically added to each guests SeaPass account on a daily basis to be shared among dining, bar & culinary services staff, stateroom attendants and other hotel services teams who work behind the scenes to enhance the cruise experience. Suite guests will see a $17.50 daily gratuity. Guests who prepaid gratuities prior to boarding their cruise will not see a daily charge onboard. An 18% gratuity is also automatically added to beverage, mini bar, spa, and salon purchases.

Onboard Credit

| Currency | Guest 1 | Guest 2 | Guest 3 | Guest 4 | Total |
|---|---|---|---|---|---|
| USD | $25.00 | $25.00 | $ | $ | $50.00 |

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| Prior to Final Payment Due Date | No Charge (except for Non-Refundable Deposit amounts) | |
| 89 to 75 Days Prior to Sailing | 25 % per Guest | 12 AUG 2019 |
| 74 to 61 Days Prior to Sailing | 50 % per Guest | 27 AUG 2019 |
| 60 to 31 Days Prior to Sailing | 75 % per Guest | 10 SEP 2019 |
| 30 to 0 Days Prior to Sailing | 100 % per Guest | 10 OCT 2019 |



**Booking Confirmation – Guest Copy**

**Issue Date:** 12 AUG 2019
**Confirmation Copy #:** 11

---

### General Information

| | | | | |
|---|---|---|---|---|
| KHM CONSULTING INC | **Reservation ID:** | 4420707  (Group ID 8079581) | Booking Date: | |
| Attn: LENA | Ship: | ADVENTURE OF THE SEAS | Booking Status | Booked |
| 3304605635 | Departure Date: | 09 NOV 2019 | | |
| 50 PEARL ROAD SUITE 300 | Itinerary: | 8 NIGHT SOUTHERN CARIBBEAN CRUISE | | |
| HOST:MUST GET FULL T/P NAME | Stateroom: | 2T-7605 Promenade View Interior | | |
| BRUNSWICK,OH-44212 | Sailing Date: | 09 NOV 2019 | | |
| UNITED STATES | | | | |

---

### Booking Arrangements

**Pre Cruise Arrangements**

**Cruise Itinerary - Check-in Between: 12:00 PM -  4:30 PM** (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Locaton | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 09 NOV | FORT LAUDERDALE, FLORIDA | | 5:30 PM | 13 NOV | KRALENDIJK, BONAIRE | 8:00 AM | 5:00 PM |
| 10 NOV | CRUISING | | | 14 NOV | ORANJESTAD, ARUBA | 7:00 AM | 5:00 PM |
| 11 NOV | CRUISING | | | 15 NOV | CRUISING | | |
| 12 NOV | WILLEMSTAD, CURACAO | 9:00 AM | 8:00 PM | 16 NOV | CRUISING | | |
| | | | | 17 NOV | FORT LAUDERDALE, FLORIDA | | 5:30 AM |

**Post Cruise Arrangements**

**Zika Virus Update**

The CDC has issued a travel alert regarding the Zika virus for certain countries, which may be included in your cruise itinerary. To learn more about the Zika virus, please visit the CDC's website. For travel-related concerns, please visit http://www.royalcaribbean.com/contentPage.do?pagename=royal_caribbean_security_guide  or contact us or your travel agent.

---

### Important Information



- Please take a few minutes to familiarize yourself with the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation.  Please review the Vital Information page that follows.
- Help protect your vacation payment by purchasing travel protection.  You can purchase Royal Caribbean Travel Protection at any time from deposit up through and including final payment; however, the Cancellation Penalty Waiver takes effect only upon payment of the appropriate plan cost amount, which is in addition to any required cruise deposit/payment due.  Payment of the cruise fare deposit amount without the additional plan cost due will not enroll you in this plan.  To view the terms, conditions and exclusions, please visit https://www.archinsurancesolutions.com/coverage/royal.
- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or they will not be permitted to sail. To expedite boarding, check-in online at www.RoyalCaribbean.com/onlinecheckin.  This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.

---



**Booking Confirmation**
**Issue Date: 12 AUG 2019**
**Booking ID: 4420707**
**Guest Last Name: COKE**

---

**Vital Information**



# Before You Leave: Required Travel Documents and Identification

It is the guest's responsibility to obtain all valid travel documents for their vacation. These valid travel documents such as passports, visas, inoculation certificate and family legal documents are required for boarding and re-entry into the United States and other countries. Guests should check with their travel agent and/or government authority to determine the travel documents needed for each destination, including the port of embarkation.

## Documentation and Immigration Requirements

- Guests are highly encouraged to travel with a valid passport, even when not required.
- For your protection, we recommend that your passport expiration date does not occur within six (6) months of the sailing return date.
- Some foreign ports of call require a visa. Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms and fees for your nationality. Royal Caribbean suggests the visa provider, CIBT at www.visacentral.com/royalcaribbean  or 1.800.858.8579 (identify yourself as a Royal Caribbean guest for discounted rates).
- The spelling of the guest(s) name as booked for a cruise must match exactly as their valid passport or proof of citizenship / identification during ship check-in formalities.
- Certain countries may have specific travel requirements for your itinerary. Please check any one of the websites below to understand what is necessary for your vacation.
- All guests (including children) must present a valid passport when sailing on U.S. Open Loop voyages. These are voyages that commence in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port. When traveling on these sailings, please take extra caution in understanding the specific documentation requirements.
- All guests (including children) require specific travel documents that may include either a passport or other documentation, such as a government-issued birth certificate and laminated government issued picture ID denoting photo, name and date of birth, when traveling on U.S. Closed Loop voyages. These are voyages that commence and end in the same U.S. port without leaving the western hemisphere. Please note that Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not considered proof of citizenship. Please view the websites below for more information.
- Should the last names of the parent and minor child traveling with them differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy). The name of the parent(s) and the child must be linked through legal documentation.
- Adults who are not the parent or legal guardian of a minor traveling with them must present an original notarized letter signed by the child's parent(s), authorizing the adult to take the child on the specific cruise, supervise the child and allow emergency medical treatment to be administered.
- Guests on consecutive sailings must ensure they have the proper travel documents for their entire cruise vacation and for any port within their itinerary(s).

## Please refer to one of the following websites for details on documentation requirements as it relates to your itinerary:

- WHTI (Western Hemisphere Travel Initiative):              Website:  www.getyouhome.gov
- Royal Caribbean's Recommended Visa and Passport Provider:    Website: www.visacentral.com/royalcaribbean
- Alien Registration Card                                   Website: http://www.usimmigrationsupport.org/greencard_renewal.html
- Royal Caribbean International                             Website:  www.RoyalCaribbean.com

This booking is governed by the terms and conditions of the Cruise/Cruisetour Ticket Contract.  A copy of the most current version of that contract can be viewed at www.RoyalCaribbean.com.

---

**Enhance Your Experience**



- **Pre-Book Shore & Land Excursions:** Maximize your destination experience with our Shore and Land Excursions program which can be reserved online up to 4 days before your sail date. To book or browse, visit www.royalcaribbean.com/shorex.
- **Wine and Dine Packages:** Choose from several dining options and drink packages to create your perfect cruise vacation. Whether you're looking for fine food, a cozy setting or an evening of fun and intrigue, you can make reservations at our specialty restaurants or look for other dining experiences. You can also purchase fantastic wine packages and select the beverage packages you want before your cruise. Please visit www.RoyalCaribbean.com for more information.
- **Book Air Transportation:** AIR2SEA **prov**ides you access to thousands of published and contracted low priced air fares.  All that is required is your guest booking number. Then, go to the website located  RoyalCaribbean.com/Air2Sea at and you are on your way to booking air transportation for your cruise vacation!

---

**Travel Tips**



- When packing for your cruise, we recommend that you pack a small carry-on bag with your medications, travel documents, a change of clothes, and any valuables  or electronics that you will be bringing on your cruise.
- When deciding which Credit/Debit card to associate with your SeaPass onboard spending account, please keep in mind that temporary holds may be placed on your funds and these can take up to 24 – 48 hours after your cruise to drop off of your account.
- Having the right travel documents is one of the most important parts of getting ready for your trip.  Please be sure to check your itinerary for the countries you will visit and their travel document requirements for your nationality, these may include passports, visas, inoculation certificates and family legal documents. Obtaining these are your responsibility.

# Coke, Taiana Ellen

**Gangway Activity**

| DATE | STATION | LOCATION | DIRECTION |
|---|---|---|---|
| 11/9/2019 12:59:58 PM | ADGUARD05 | DK 4 PORT AFT | Coming Onboard |
| 11/12/2019 11:07:04 AM | ADGUARD06 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/12/2019 3:04:09 PM | ADGUARD01 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/13/2019 8:48:18 AM | ADGUARD06 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/13/2019 2:25:28 PM | ADGUARD01 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/14/2019 8:20:39 AM | ADGUARD06 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/14/2019 1:38:10 PM | ADGUARD01 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/17/2019 9:04:17 AM | ADGUARD05 | DK 1 SHELL DOOR 08 | Going Ashore |

# Draper, Terri Jean

**Gangway Activity**

| DATE | STATION | LOCATION | DIRECTION |
|---|---|---|---|
| 11/9/2019 12:59:52 PM | ADGUARD05 | DK 4 PORT AFT | Coming Onboard |
| 11/12/2019 11:07:14 AM | ADGUARD06 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/12/2019 3:04:59 PM | ADGUARD01 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/13/2019 8:48:14 AM | ADGUARD05 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/13/2019 2:25:28 PM | ADGUARD03 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/14/2019 8:20:46 AM | ADGUARD06 | DK 1 SHELL DOOR 10 | Going Ashore |
| 11/14/2019 1:15:11 PM | ADGUARD03 | DK 1 SHELL DOOR 08 | Coming Onboard |
| 11/14/2019 11:20:49 PM | ADSECURITYLAP01 | DK 14 BLUE MOON  DISCO | |
| 11/17/2019 9:14:38 AM | ADGUARD03 | DK 4 PORT AFT | Going Ashore |



Home |Full Screen | Back | Search

RCL Cruises Ltd.

**(manual section is applicable for above companies)**

**HOUSEKEEPING**                                     **Revision** 100 : June/29/2020
**Chapter 7 - Cleaning & Pool Operations**

### 7.01.01 Cleaning Public Areas

 **Policy**

Cleanliness inspections must be performed on turnaround days and daily during each voyage as described below:

On turnaround days prior to guest boarding,

- The Executive Housekeeper and the Cleaning Specialist are required to perform a pre boarding cleanliness inspection of all public areas within the Housekeeping responsibility

Daily during each voyage:

- The Executive Housekeeper and the Cleaning Specialist are required to perform a cleanliness inspection walk through for all public areas on the ship.

Each morning of the voyage:

- The Cleaning Specialist, along with the Assistant Cleaning Specialist shall inspect the night time cleanliness prior to the Assistant Cleaning Specialist shift sign off. The Assistant Cleaning Specialist's shift schedule must be adjusted to include this overlap.

 **Guidance**

**Public and Crew Rest Rooms**

- Guest public rest rooms should be cleaned and sanitized once per hour at a minimum.
- Guest public rest room cleaning schedules must be adjusted in order for cleaning to occur prior to Entertainment and Food & Beverage areas opening and closing times.
- Additional quick sweeps of the rest rooms should be coordinated with the cleaning card holders and floaters that pass by the rest rooms during their shifts.
- Crew rest rooms must be assigned for cleaning three (3) times during the day and once during the night.
- Cleaning sheets must be signed daily during each visit to each public rest room using the Public Rest Room Cleaning and Sanitation Log (OPP Level 1). During OPP condition Level 1, the retention time for this form is one voyage.

- For OPP Level 2 condition, refer to established procedures documented in the Situation Management Plan Manual (see related entries below for link to Outbreak Prevention Plan).

▼**Public Rest Room Cleaning & Sanitation Log (OPP Level 1)**



Public Restroom Cleaning & Sanitizing Log - REV 1-2012.doc

- Refer to the Standard Operating Procedures (SOP) in Homeport.

## Upholstery

Upholstery cleaning in the public areas is the responsibility of the Public Area Attendant. Using the equipment assigned to Housekeeping, training must be provided to ensure proper use of the equipment and chemicals.

- New fabrics should not be shampooed for at least 6 months after going into service. If shampooing is required before six months, clean only the spot. Do not shampoo the entire furniture piece unless absolutely necessary.
- Spills should be removed immediately by gently wiping or dabbing up the spill. Do not rub as this may grind in the stain.
- No fabrics should be routinely shampooed more than once a quarter. This includes the Dining Room and Windjammer.
- All ships should identify an area where furniture can be cleaned.
- Area owners are responsible for contacting the Dispatcher to have the furniture shampooed, for getting the furniture to the cleaning area and returning it after it is cleaned. If the furniture piece is too big to be removed from its normal location, the area owner and Cleaning Specialist will develop a plan and a time to shampoo it in place.

**Note:** Unless stained, if properly cleaned and vacuumed during weekly service, stateroom upholstery should not have to be cleaned more than once every two years.

## Spa Towels

All **spa and gym towels** will be collected by Housekeeping **once** each evening after the spa and gym have closed.

1. The towels will be transported to the Laundry by Housekeeping for nightly cleaning.
2. **All towels** will be transported back to the Spa area designated on each ship on a **one time** daily basis by Housekeeping personnel each morning prior to the opening time of the spa and gym.
3. Storing and folding of the gym towels will remain a Housekeeping duty.
4. On **port days**, Spa Personnel will perform regular checks of the locker rooms for used towel pick up approximately every 30 minutes.

5. On **Sea Days,** the Public Area Attendant-will be responsible for checking the locker rooms for used towels.
6. Garbage pick up in the public areas of the Spa and Gym will remain a Housekeeping duty.
7. Garbage pick up and cleaning within the treatment rooms will remain with spa personnel.
8. There are no gratuities for this procedure as this is part of normal duties.

 **Monitoring**

It is the responsibility of the Executive Housekeeper to monitor and ensure compliance with the above policy.

The Executive Housekeeper will be responsible to call the Hotel Director to confirm that his areas of responsibility are clean and ready for boarding.

**Related Entries:**

**Related Chapters:**

**Revision History**
Version# 59 published on 04/15/2014
Version# 80 published on 01/19/2017
Version# 84 published on 08/25/2017
Version# 87 published on 03/19/2019
▶ **Author(s)**
▶ **Reviewer(s)**
▶ **Reader(s)**
▶ **Position(s)**

**END OF SECTION**



RCL Cruises Ltd.





**(manual section is applicable for above companies)**

| | |
|---|---|
| **SAFETY & INJURY PREVENTION - RCL - TUIC - SKYSEA**<br>**Chapter 7 - Personal Injury Response and Reporting Processes** | **Revision** 59 :  April/26/2019 |

**7.05  Personal Injury Investigations**

 Policy

### Purpose

The purpose of an injury investigation is to get the facts, not find fault or to prove or disprove whether the injury actually occurred.  Ensure that all injured persons are given medical attention prior to conducting an investigation.

### Investigation Requirements:

- Guest or Crew Injury Statement
- Witness statement(s).
- CCTV
  - \*Files shall be uploaded using the "Chatter" function at the top of the corresponding Investigation page in Riskonnect.
- Photograph(s) (ex. Incident scene, equipment evidence, etc.)
- If an incident occurs in public restroom, Public Restroom Cleaning Log(s) shall be attached into the corresponding investigation.
- A-pass (Guest, Crew or Witness)

### CTD Investigation Requirements (CREW ONLY)

All items included in Investigation Requirements and in addition:

- Photograph(s) of cart or trolley casters, if applicable.

## Interviews

An interview involves the gathering of basic facts by first responders.  This will often occur at an incident scene and be brief; especially in dynamic situations in which a person is alleged to have suffered an injury requiring medical care.   A preliminary interview should be professional and seek to establish a rapport, as confrontation discourages effective communication, and may undermine ability to obtain important information.

The objective of interviews is to:

- Obtain an overview of what happened; identify all persons involved and determine if medical care is needed
- Identify the location of injury scenes so they can be quickly sealed and potential evidence is preserved (if necessary)
- Identify witnesses; and to obtain other information that may be useful in assessing and responding to the incident.

In an incident there may be one or more eyewitnesses to the accident.  Ask them for an initial statement giving a description of the accident.  Also try to obtain other information from the witness including:

- names of other possible witnesses for subsequent interviews;
- materials, equipment, articles that may have been moved or disturbed during the rescue.

## Written Statements

Written Statements are an important part of understanding an incident and informing government agencies what happened.  Statements will be taken from injured persons, witnesses and suspects (respondents) of injuries to:

- Assist in understanding the injury through the eyes of those involved.
- Determine the identity and number of injured parties.
- Identify witnesses and evidence.
- Plan how, when and where to respond.

Upon completion, written statements will be scanned into an electronic format.  The person making the statement will, upon request, be provided a copy of his / her own statement.  In the event a person requests the statement of another person, that request will be denied and Global Security or Risk Management will be advised.

Statement forms shall not be provided to the person to complete outside the presence of the investigator assigned.  Doing so would remove the Chief Officer Safety/Safety Officer/Security Officer/CIO ability to ensure the statement received was the person's recollection of facts, free of influence by other witnesses. The statement should be both legible and each answer responds to

the question asked.

Statement(s) should be taken in a quiet area; free from distractions; away from the incident scene; and away from other victims or witnesses. Persons under 18 years of age who are providing a statement are to be in the company of a parent of guardian.

Any corrections to the statement that the respondent needs to make may be done by having the person draw a line through the portion of the statement that is to be corrected; having the respondent insert the correction; and having the person initial the correction.

If the statement is translated by any person, the person who translates must date, print and sign name on form used.

**Preservation of Evidence**

To the extent possible, all evidence at or around the injury event location should be preserved. This includes photographs, statements, CCTV, and broken equipment (if applicable). Destruction of such materials is prohibited. The investigator should keep a record of the location of each item preserved and the name of the person who has custody of the item. Records should be kept of any changes in this information. If the investigator should encounter a question, problem or issue with respect to preservation and/or storage of any material, he or she is directed to contact the Global Security or Risk Management for assistance.

**Photographs**

When photographing the location of an incident:

- Photographs should be taken as soon as possible after the injury occurs
- Ensure an initial "establishing photograph" is taken of the scene providing an overview of the location (i.e. if the injury occurred on a step, take a picture of the whole staircase)
- Take care when taking photographs to not disturb or contaminate an incident scene.
- Photograph items in place exactly as found.  <u>Do not move or rearrange evidence or items around evidence for any reason.</u>
- Take photographs of any warning signs in the area and their proximity to the injury location
- Take photographs with a scale such as a ruler, tape measure or a known object (i.e. a pen, crew ID card, a quarter, a person's hand)
- Take photographs surrounding the incident scene "360 degree view."
- Take photograph(s) of the injury, after the guest has agreed and signed the Injury Photo Consent Form (Chapter 7.07 Forms)

**Injury Photographs**

If the Investigation Officer determines that injury photos should be taken, the investigation officer will ask the injured person if they consent to having photographs of their injuries. If the

injured person consents to having the photos taken, have the injured person complete the photo waiver form (attached) before taking any photographs.  The procedures to be followed will be discussed with the injured person, along with the fact the photographs will be taken with great sensitivity and professionalism; with a minimum number of persons present; and that the images will be closely controlled. In the event injuries are in a sensitive area of the person's body, do not take photographs of the sensitive area.

Do not take photographs of any person under 18. Guests or crew between the age of 18 and 21 need to have the permission of their parent or legal guardian- prior to taking any injury photos. The parent or guardian needs to sign the photo waiver form, if they consent to injury photos.

Photographs of guest or crew injuries will not be viewed by anyone, except those with a specific need, in furtherance of addressing the incident. No injury image may be copied without prior approval from Risk Management/Loss Prevention. Ship requests to make copies for either a guest or crew must be coordinated with Risk Management/Loss Prevention first.

The injury photographs will be uploaded to the attachment section of the Investigation module of Riskonnect for that particular incident/investigation. When uploading to the attachment section of the investigation, identify the picture accordingly. Date taken (MM/DD/YYYY), by who, name of injured and body part (example- Injury Photo, 03/20/2019, left knee of John Smith - photo taken by Investigation Officer Jones ). The photo waiver form will also be uploaded to the attachment section of the Investigation module of Riskonnect.

The photographs taken should then be saved onboard, as well as uploaded into the corresponding Riskonnect and/or GSIMS for the injury.

**Closed Circuit Television (CCTV)**

CCTV images that relate to an injury (guest and crew) will be utilized to assist in analyzing incidents. Images that relate to a serious injury incident, as well as images that are made available to responding government officials, will be preserved by the Chief Officer Safety/Safety Officer/CIO, and/or Security Officer electronically. In some situations, the absence of incident-related activity on CCTV images may be relevant to an incident and therefore must be electronically.

All requests for disclosure of CCTV images outside the company are to be forwarded to Global Security and Risk Management for consideration/coordination of a response.

CCTV images can help in understanding injuries and other shipboard events. Given the size and complexity of ships, along with RCL's respect for the privacy of guests/crew, it is not feasible or desirable to cover every area of the ship with cameras. To ensure the protection of privacy and consistency throughout the fleet, cameras have been strategically positioned and installed pursuant to a coverage requirements plan. It is important to maintain the integrity of the process.

Ships have also been equipped with digital video recorders to retain images captured by ships'

CCTV camera systems. Absent human intervention, captured video is automatically and continuously overwritten when retention capacity is reached. The system is configured to permit on-demand retention of select video beyond its routine, automated capacity.

Ensure to capture the following CCTV:

- Footage leading up to the injury, the actual injury and any response to the injury
- Footage of any signs or the area being cleaned prior to the injury
- Footage of any signs or the area being cleaned after the injury
- Footage which shows that an incident did not occur at the designated time and designated location

Physical copies of CCTV footage related to an investigation that is sent Shoreside must be handled as follows:

- Copied to a CD-ROM or external drive
- Labeled with Riskonnect Personal Injury Related Incident and Investigation and/or GSIMS report number
- Labeled with the Ship's name
- Labeled with the injured person's name

**Injuries Ashore**

Guests and crew may be injured while ashore.  It is important to know if the injury occurred on an excursion, on a private tour, or during an unstructured activity.  Often times, on private tours and during unstructured activities, it is not possible to get information related to the injury. However, the Chief Officer Safety/Safety Officer/Security Officer/CIO shall work with the Port Agent and Shore Excursion staff to obtain as much information as possible.

Maritime Investigations

For Maritime incidents refer to Chapter 3.03 of the Maritime Safety & Compliance Reporting and Response Process

 **Guidance**

Crew injury Investigations  should be conducted by the injured crew member's supervisor/manger and submitted for approval in his or her workflow.

Guest injury Investigations should be completed by the Chief Officer Safety/Safety Officer/CIO

Safety & Injury Prevention - RCL - TUIC - SkySea - 7.05  (Revision 59 - 04/26/2019)

and submitted for approval in his or her workflow.

Questions or clarification of Investigations will be resolved by Global Security or Risk Management through coordination with the Staff Captain, Security Officer and/or Chief Officer Safety/Safety Officer/CIO.



The Staff Captain is responsible for ensuring this policy is followed/adhered to.

**Related Entries:**
Safety & Injury Prevention - RCL - TUIC - SkySea Forms 7.07

END OF SECTION

Home |Full Screen | Back | Search

RCL Cruises Ltd.



**(manual section is applicable for above companies)**

**HUMAN RESOURCES**                                          **Revision** 176 : March/05/2021
**Chapter 8 - .14 Housekeeping**

## 8.14.29 Public Area Attendant

| Job title | Date |
|---|---|
| **Public Area Attendant** | **11/08/18** |

| Job code | Prepared By |
|---|---|
| **PAA** | **Curt Roberts – Lead Public area specialist** |

| Business Unit/Department | Approved By |
|---|---|
| **Guest Services/Hotel Operations** | **Antonie Starke – Director of housekeeping** |

| Position Reports To | FLSA Status (For Global Compensation Use Only) |
|---|---|
| **Cleaning Specialist** <br> **Assistant Cleaning Specialist** | ___ Exempt ____ **Non**-Exempt |

| Direct Reports | Job Family (For Global Compensation Use Only) |
|---|---|
| | Job Family |

**Position Summary:** This Position maintains all public areas, crew Public Areas, outer deck (Pools and Jacuzzis) and all public restrooms, in a clean and orderly condition by performing essential duties and responsibilities described underneath. The Public Area attendants could be used in different areas on a rotation basis.

**Essential Duties and Responsibilities:**
All duties and responsibilities are to be performed in accordance with Royal Caribbean International's, SOP's, SQM standards, USPH guidelines, environmental, and safety policies.

In accordance with Royal Caribbean International's Royal Way Experience, each employee exemplifies friendly, passionate, committed behavior at all time. This consists of physical and

verbal interactions with guests and fellow shipboard employees.

Each shipboard employee may be required to perform all functions in various service venues throughout the ship.

- Operates steam cleaning equipment/machines, scrapers, brooms and a variety of hand and power tools. Uses a variety of cleaners and chemicals depending on the cleaning needs. Mixes water and detergents in a container to prepare cleaning solutions, according to specifications.

- Cleans public bathrooms, elevators, offices and crew corridors in areas not under the responsibility of a BASO.

- Cleans carpet, upholstery, floors, walls, ceilings, draperies, windows, and area accessories to remove effects of smoke, water and other damages such as dirt, soot, stains, mildew, and excess water and moisture.

- Sprays or fogs carpet, upholstery, and accessories with fabric conditioners and protectors, clean and sanitize. Dusts furniture and washes windows, walls, ceilings, woodwork, and door panels. Polishes brass and other metal fixtures.

- Notifies management of all malfunctions, safety, security, maintenance-related issues, etc.

- Maintains cleaning supplies and equipment in good working order. Makes recommendations for the requisitions of supplies and equipment when needed.

- Maintains current knowledge of the ship's regular events and special functions by reviewing all available data (daily Compass, etc.) in order to provide guests with accurate information to answer questions.

- Assist food service personnel in the collection of soiled glasses, china, cutlery, etc., throughout the vessel and transports to designated collection areas.

- Empties and cleans wastebaskets and ash trays and transports trash to disposal area.

- Transports guests' luggage to assigned areas during embarkation and disembarkation.

- Attends meetings, training activities, courses and all other work-related activities as required.

- Maintains a safe, clean and sanitary pool area for guests and shipboard employees, including the turf. Follows procedures to open and close the pool each day. Assist Life Guard on duty to attach and detach net over the pool.

- Enforces Pool Deck lounge chairs reservation SOP's.

- Makes sure that wet floors are constantly mopped/dried.

• Observes general safety regulations are followed, responds to any type of emergency by dialing 911.

• Maintains deck furniture in a clean and orderly fashion. Stacks chairs and transports to assigned areas. Inspects deck chairs on a daily basis for condition of straps (if damaged, heavily stained or missing, replace immediately), and inspects for leg caps (if missing replace immediately).

• Issues / tracks towels for guests according to the Pool Towel Policy. Folds towels on port days and transports towels to the towel station.

• Cleans and sanitizes pool area and spa showerheads on a monthly schedule. Follows shipboard cleaning schedules to ensure periodic deep cleaning of the pools and Jacuzzis.

• Performs a variety of duties when the pool area is closed.

• Children Swimming Pool Life Jackets should be monitored, cleaned and sanitized on a daily basis.

• Performs related duties as required. This position description in no way states or implies that these are the only duties to be performed by the shipboard employee occupying this position. Shipboard employees will be required to perform any other job-related duties assigned by their supervisor or management.

---

**Qualifications:**

• Minimum one-year previous cleaning experience, preferably in a 4- or 5-star hotel.
• Knowledge of proper cleaning techniques, requirements and use of equipment.
• Knowledge of proper chemical handling.
• Ability to apply customer service skills, according to Royal Caribbean International's SOP's, when interacting with guests and coworkers.
• Completion of high school or basic education equivalency preferred.

**Language Requirements:**

• Ability to speak English clearly, distinctly and cordially with guests is a required.
• Ability to read and write English to understand and interpret written procedures.
• This includes the ability to give and receive instructions in written and verbal forms and to effectively present information and respond to questions from guests, supervisors and fellow crew.

---

**Physical Demands:**

• While performing the duties of this job, the shipboard employee is regularly required to stand, walk, use hands to touch, handle, or feel, reach with hands and arms, talk or hear, and taste or smell. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and ability to adjust focus.

• All shipboard employees must be physically able to participate in emergency lifesaving procedures and drills. Full use and range of arms and legs as well as full visual, verbal and hearing abilities are required to receive and give instructions in the event of an emergency including the lowering of lifeboats. Ability to lift and/or move up to 50 pounds.

**Related Entries:**

**Related Chapters:**

▼**Revision History**
Version# 151 published on 02/01/2019
▶ **Author(s)**
▶ **Reviewer(s)**
▶ **Reader(s)**
▶ **Position(s)**

**END OF SECTION**