UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24549-McALILEY
(CONSENT CASE)

TAIANA COKE,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian corporation,

      Defendant.

_____/

## JOINT PRETRIAL STIPULATION

Pursuant to the Court's Trial Order and Amended Scheduling Order (DE 12, 34) and Local Rule 16.1 of this Court, the parties jointly file this Pretrial Stipulation as follows:

1. **A short concise statement of the case by each party in the action.**

**Plaintiff's Statement of the Case:**

This is a maritime personal injury action filed by cruise ship passenger Taiana Coke for damages resulting from injuries she sustained onboard the Defendant Royal Caribbean's passenger cruise vessel, the M/S "ADVENTURE OF THE SEAS" on November 10, 2019. On that date, Ms. Coke was walking towards the casino on Deck 4. As she approached the casino entrance the last section of the marble floor suddenly changed in elevation and sloped upwards. The sudden and unexpected change in

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

elevation, and Royal Caribbean's failure to warn adequately of it, caused Ms. Coke to trip and fall.

As a result of her fall, Ms. Coke fell forward and landed on her knee. She was taken to the ship's infirmary, where X-rays confirmed a left knee patella fracture. Once she arrived home additional imaging revealed the need for knee surgery. Following Ms. Coke's first knee surgery, she developed an infection, which required a second knee surgery and antibiotic treatment to address. She developed a severe allergic reaction to one or more of her antibiotics, resulting in shedding of large portions of her skin, loss of hair, and permanent loss of skin pigmentation, discoloration, scarring and disfigurement.

Ms. Coke has sued Royal Caribbean for its negligent maintenance of the sloped walkway and failure to provide adequate markings and warnings, in violation of multiple industry standards.

**Plaintiff's Nonbinding Breakdown of Damages:**

Past Noneconomic Damages: $500,000

Future Noneconomic Damages: $1,500,000

Past Medical Expenses: $328,000

Future Medical Expenses: $100,000

**Defendant's Statement of the Case:**

Defendant Royal Caribbean Cruises denies that it was negligent and contends that it exercised reasonable care under the circumstances at all pertinent times.

2

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

Royal Caribbean denies the walkway was excessive or inadequately marked. Royal Caribbean posted a sign on the column next to the walkway advising "Caution, Watch Your Step." The bottom and top of the walkway was also delineated by black friction strips. The curved walkway was an open and obvious condition that Ms. Coke should have been able to appreciate with her own senses.

Royal Caribbean also denies that Ms. Coke's meniscal tear for which she underwent surgery was caused by her fall onboard. Rather, Plaintiff's meniscal tear was unrelated to this incident and instead degenerative and pre-existing. Royal Caribbean avers that Plaintiff fails to prove by a preponderance of the evidence that the walkway on the ship was the direct or proximate cause of her meniscal tear and the medical treatment that followed.

**2. The basis of federal jurisdiction:**

The Court has jurisdiction based on diversity of citizenship, 28 U.S.C. §1332, and the forum selection clause contained in Plaintiff's Passage Contract.

**3. The pleadings raising the issues:**

a. Plaintiff's Complaint (DE 1).

b. Defendant's Answer and Affirmative Defenses to Complaint (DE 5).

**4. A list of all undisposed of motions or other matters requiring action by the Court:**

a. Defendant's Motion to Strike Orthopedic Opinions from Dr. Sutton (DE 50).

b. Defendant's Motion to Strike Karl Lederer per *Daubert* (DE 51).

c. Defendant's Motion in Limine to Exclude Standards and Guidelines Offered by Karl Lederer (DE 58).

3

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

    d.  Defendant's Motion in Limine to Exclude Prior Incidents That Are Not Substantially Similar (DE 59).

    e.  Plaintiff's Motion in Limine (DE 65).

5. **A concise statement of uncontested facts which will require no proof at trial, with reservations if any:**

    a.   At the time of the incident, the Plaintiff was a passenger aboard the Defendant's vessel *M/S Adventure of the Seas.*

    b.  The incident in this case happened on November 10, 2019.

    c.  Federal subject matter jurisdiction arises under the laws of the United States pursuant to 28 USC § 1332.

    d.  General Maritime Law applies to this action.

    e.  The Plaintiff has complied with all the conditions precedent for bringing this action including but not limited to all condition's precedent provided in the passenger contract ticket.  This includes but is not limited to the requirement to provide notice of the claim within 180 days of the accident.

6. **A statement in reasonable detail of issues of fact which remain to be litigated at trial:**

    a.  Negligence of the Defendant.

    b.  Negligence of the Plaintiff.

    c.  Causation of plaintiff's alleged injuries and damages.

    d.  Plaintiff's damages.

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

7.  **A concise statement of issues of law on which there is agreement:**

  a. General Maritime Law applies to this action.

  b. Defendant owed Plaintiff a duty of reasonable care under the circumstances.

8.  **A concise statement of issues of law which remain for determination by the Court:**

Issues raised by the pending Motions listed above.

9.  **Each party's numbered list of trial exhibits, other than impeachment exhibits, with reserved objections marked:**

Attached.

10. **Each party's numbered list of trial witnesses:**

Attached.

11. **Estimated Trial Time:**

Five days.

12. **Attorney's Fees:**

Not applicable.

5

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this April 1, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Respectfully submitted,

| | |
|---|---|
| By: */s Edward S. Schwartz* | By: */s W. Cooper Jarnagin, Esq.* |
| **Edward S. Schwartz, Esq.** | **Cooper Jarnagin, Esq.** |
| Florida Bar No. 346721 | Florida Bar No. 11767 |
| eschwartz@gslawusa.com | Cooper.Jarnagin@gray-robinson.com |
| **Phillip M. Gerson, Esq.** | **Michael J. Drahos, Esq.** |
| Florida Bar No. 127290 | Florida Bar No. 0617059 |
| pgerson@gslawusa.com | Michael.drahos@gray-robinson.com |
| **Nicholas I. Gerson, Esq.** | **GRAY ROBINSON, P.A.** |
| Florida Bar No. 20899 | 515 N. Flagler Drive, Suite 650 |
| ngerson@gslawusa.com | West Palm Beach, FL 33401 |
| 1980 Coral Way | Telephone: 561.268.5727 |
| Miami, Florida 33145 | Facsimile: 561.268.5745 |
| Telephone: 305. 371.6000 | *Attorneys for Defendant* |
| Facsimile: 305.371.5749 | |
| *Attorneys for Plaintiff* | |

6

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)

|  |  |
| --- | --- |
|  |  |

## SERVICE LIST

### CASE NO. 20-CV-24549-McALILEY

### (CONSENT CASE)

**Philip M. Gerson, Esq.**

Florida Bar No.: 127290

pgerson@gslawusa.com

**Nicholas I. Gerson, Esq.**

Florida Bar No. 20899

ngerson@gslawusa.com

**Edward S. Schwartz , Esq.**

Florida Bar No. 346721

eschwartz@gslawusa.com

Gerson & Schwartz, P.A.

1980 Coral Way

Miami, Florida 33145

Telephone:(305) 371-6000

Facsimile:(305) 371-5749

*Attorneys for Plaintiff*

**Michael J. Drahos, Esq.**
Florida Bar No. 0617059
Michael.drahos@gray-robinson.com
**Cooper Jarnagin, Esq.**
Florida Bar No. 117767
Cooper.Jarnagin@gray-robinson.com
Lilia.Parker@gray-robinson.com
GRAYROBINSON, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745
**Nicholas Applin, Esq.**
Florida Bar No.: 092243
napplin@rccl.com
ROYAL CARIBBEAN CRUISES, LTD.
1080 Caribbean Way
Miami, FL  33132
Telephone: (305) 982-2046
Alt. Tel.: (305) 539-4457
Fax: (305) 539-6561
*Attorneys for Defendant*

7

COKE v. ROYAL CARIBBEAN CRUISES, LTD.
CASE NO. 20-cv-24549-MCALILEY (CONSENT CASE)