UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24549-McALILEY
(CONSENT CASE)

TAIANA COKE,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian corporation,

       Defendant.

_____/

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff TAINA COKE through undersigned counsel, pursuant to this Court's Amended

Scheduling Order [ECF No. 34], hereby files this Trial Witness List as follows:

1.     Taiana Coke, Plaintiff (will call)
c/o Plaintiff's counsel

2.     Andrew Coke (will call)
c/o Plaintiff's counsel

3.     Amanda Campos as Corporate Representative of Defendant (will call)
c/o Defendant

4.     Corporate Representative of Defendant (will call)
c/o Defendant

5.     Marcaie Draper (will call)
c/o Plaintiff's counsel

6.     Karl Lederer, P.E. [Plaintiff's Expert Witness] (will call)
c/o Plaintiff's counsel

7.     Richard Sutton, MD (Plaintiff's Expert Witness)(will call)
c/o Plaintiff's counsel;

Yale School of Medicine, Department of Internal Medicine,
P.O. Box 208022
New Haven, Connecticut 06520-8022

8.    Dr. Alan Boyd (will call)
c/o Vanderbilt University School of Medicine,
Department of Dermatology
719 Thompson Lane, Suite 26300
Nashville, Tennessee 37204

9.    Dr. Naseem Beauchman (will call)
3329 G Street Suite A
Merced, California 95340-0964

10.   Dr. Jackie Leong (will call)
c/o Plaintiff's counsel

11.   Plaintiff's treating physicians and/or medical providers.

12.   Any witnesses listed on the Defendant's Witness List (without waiving the Plaintiff's right to object to the Defendant calling those persons to testify at trial or as to the contents of their testimony)