UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24549-McALILEY
(CONSENT CASE)

TAIANA COKE,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian corporation,

       Defendant.

_____/

## DEFENDANT'S TRIAL WITNESS LIST

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through undersigned counsel,

and pursuant to this Court's Amended Scheduling Order [ECF No. 34], hereby files this Trial

Witness List as follows:

1.     Taiana Coke, Plaintiff (will call)
   c/o Plaintiff's counsel

2.     Dragan Nikitovic (will call)
   Chief Officer Safety, *Adventure of the Seas*
   c/o Defendant

3.     Amanda Campos, Corporate Representative on behalf of RCCL (will call)
   c/o Defendant

4.     Joseph Chalal, M.D. [Expert Witness] (will call)
   Personalized Orthopaedics of the Palm Beaches
   6056 Boynton Beach Blvd., Ste 215
   Boynton Beach, FL 33437

5.     David P. Wills, P.E. [Expert Witness] (will call)
   Senior Managing Engineer
   Exponent

4101 SW 71 Avenue
Miami, FL 33155

6. Barry I. Resnik, MD, FAAD [Expert Witness] (will call)
Resnik Skin Institute
2630 NE 203 St  #105
Aventura, FL 33180

7. Abel Rivera, MD (will call)
Ship Doctor, *Adventure of the Seas*
c/o Defendant

8. Clive Petersen, RN (may call)
Ship Nurse, *Adventure of the Seas*
c/o Defendant

9. Sheila Mago, RN (may call)
Ship Nurse, *Adventure of the Seas*
c/o Defendant

10. Frieda Blomerus, RN (may call)
Ship Nurse, *Adventure of the Seas*
c/o Defendant

11. Jaseeq Lnu, MD (may call)
Ship Doctor, *Adventure of the Seas*
c/o Defendant

12. Records Custodian (may call)
c/o Royal Caribbean Cruises, Ltd.
1080 Caribbean Way, 3rd Floor
Miami, FL 33132

13. Dr. Gerald Anthony Booi, and/or Records Custodian (may call)
Orthopedische Praktijk Samiah N.V.
Schout Bij Nacht Doormanweg 46
Willemstad, Curacao

14. Plaintiff's treating physicians and/or medical providers.

15. Any witnesses listed on the Plaintiff's Witness List (without waiving the Defendant's right to object to the Plaintiff calling such person to testify at trial or as to the contents of such testimony)