UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24549-McALILEY
(CONSENT CASE)

TAIANA COKE,

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian corporation,

     Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through undersigned counsel,

and pursuant to this Court's Amended Scheduling Order [ECF No. 34], hereby files this Exhibit

List as follows:

## INDEX TO OBJECTIONS

| | |
|---|---|
| **A** – Authenticity | **H** – Hearsay |
| **I** – Contains inadmissible matter | **UP** – Unduly Prejudicial-probative value outweighed by undue prejudice |
| **R** – Relevancy | **P** - Privileged |

| No. | Description | Objections | Admitted |
|---|---|---|---|
| 1 | Plaintiff's Shipboard Medical Chart<br><br>To be introduced by: Amanda Campos/Abel Rivera | H | |
| 2 | Plaintiff's Medical Shoreside Referral Letter<br><br>To be introduced by: Amanda Campos/Abel Rivera | H | |
| 3 | Plaintiff's SeaCare X-rays<br><br>To be introduced by: Amanda Campos/Abel Rivera | A | |
| 4 | Plaintiff's Guest Ticket Booklet<br><br>To be introduced by: Amanda Campos | R, H | |
| | Plaintiff's Guest Injury Statement<br><br>To be introduced by: Amanda Campos/Dragan Nikitovic | | |
| 5 | Photographs from Accident Investigation<br><br>To be introduced by: Amanda Campos/Dragan Nikitovic | A | |
| 6 | *Adventure of the Seas* Deck 4 Diagram<br><br>To be introduced by: Amanda Campos/Dragan Nikitovic | N | |

| | | | |
|---|---|---|---|
| 7 | Plaintiff's Guest Folio on *Adventure of the Seas*<br><br>To be introduced by: Amanda Campos | I, R, H, A | |
| 8 | Plaintiff's Drink Receipts from *Adventure of the Seas*<br><br>To be introduced by: Amanda Campos | I, R, H, A | |
| 9 | Plaintiff's Gangway Activity Details<br><br>To be introduced by: Amanda Campos/Dragan Nikitovic | I, R, H, A | |
| 10 | Plaintiff's A-Pass<br><br>To be introduced by: Amanda Campos | I, R, H, A | |
| 11 | RCCL PAA Rotation Schedule<br><br>To be introduced by: Amanda Campos | I, R, H, A | |
| 12 | RCCL Housekeeping Schedule<br><br>To be introduced by: Amanda Campos | I, R, H, A | |
| 13 | Photos of deck 4 on *Adventure of the Seas* taken by David Wills<br><br>To be introduced by: David Wills | R, A | |
| 14 | Plaintiff's Medical Records from Orthopedic Surgeon N.V Samian in Curacao (11/12/19)<br><br>To be introduced by: Records Custodian/Dr. Booi | R, A | |
| 15 | Medical records, imaging studies and billing records from Valley River Orthopedics | | |

| | | | |
|---|---|---|---|
| | To be introduced by: Records Custodian | | |
| 16 | Medical records, imaging studies & billing records from El Portal Imaging<br><br>To be introduced by: Records Custodian | | |
| 17 | Medical records, imaging studies and billing records from Mariposa Physical Therapy<br><br>To be introduced by: Records Custodian | R, A, | |
| 18 | Medical records, imaging studies and billing records from Multicare Health System<br><br>To be introduced by: Records Custodian | R, A | |
| 19 | Medical records, imaging studies & billing records from Gallery A. Christian, M.D.<br><br>To be introduced by: Records Custodian | R, A, | |
| 20 | Medical records, imaging studies & billing records from Mercy Medical Center Merced<br><br>To be introduced by: Records Custodian | | |
| 21 | Medical records, imaging studies & billing records from William C. Pitts, M.D.<br><br>To be introduced by: Records Custodian | R, A | |
| 22 | Medical records, imaging studies and billing records from Sierra Pacific Orthopedics<br><br>To be introduced by: Records Custodian | R, A | |
| 23 | Medical records, imaging studies and billing records from Central CA ENT Medical Group<br><br>To be introduced by: Records Custodian | R, A, H | |

| 24 | Medical records, imaging studies and billing records from Interventional Pain Center Merced<br><br>To be introduced by: Records Custodian | R, A, H | |
|---|---|---|---|
| 25 | Medical records, imaging studies and billing records from Henry Ford Health System<br><br>To be introduced by: Records Custodian | | |
| 26 | Medical records, imaging studies and billing records from Fresno Imaging Ctr<br><br>To be introduced by: Records Custodian | R, A, H, | |
| 27 | Medical records, imaging studies and billing records from Vassi Gardikas, M.D<br><br>To be introduced by: Records Custodian | R, A, H, | |
| 28 | Medical records, imaging studies and billing records from Yosemite Pathology Medical Group<br><br>To be introduced by: Records Custodian | R, A, H | |
| 29 | Medical records, imaging studies and billing records from Kathleen Baron, M.D.<br><br>To be introduced by: Records Custodian | R, A, H | |
| 30 | Medical records, imaging studies and billing records from John C. Fremont Healthcare District<br><br>To be introduced by: Records Custodian | | |
| 31 | Employment records from Delaware North | R, A, H, | |

|  |  |  |  |
|---|---|---|---|
|  | To be introduced by: Records Custodian |  |  |
| 32 | Employment records from Aramark Food<br><br>To be introduced by: Records Custodian | R, A, H, |  |
| 34 | Plaintiff's medical insurance lien records<br><br>To be introduced by: Records Custodian | R, A, H, |  |
| 35 | Health Insurance records from Blue Cross Blue Shield of Illinois<br><br>To be introduced by: Records Custodian |  |  |
| 36 | Plaintiff's Answers to Interrogatories<br><br>To be introduced by: Plaintiff | I, R, H, A |  |
| 37 | Plaintiff's Supplemental Answers to Interrogatories<br><br>To be introduced by: Plaintiff | I, R, H, A |  |