UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24549-MCALILEY
[CONSENT CASE]

TAIANA COKE,

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian corporation,

     Defendants.

_____/

**DEFENDANT'S NOTICE OF OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST**

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive
Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ W. Cooper Jarnagin*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No.: 117767
Michael.Drahos@Gray-Robinson.com
Cooper.Jarnagin@Gray-Robinson.com
Lilia.Parker@Gray-Robinson.com

## <u>INTRODUCTION</u>

At the outset, Defendant notes that Plaintiff has not listed what witness will be introducing these proposed exhibits as required by this Court's Amended Scheduling Order. ECF No. 34. Further, many of the listed exhibits are vague and Defendant does not recognize same as having been produced in this case. Defendant preserves the right to lodge further objections to these proposed exhibits once it is clear what exhibits Plaintiff plans to introduce. Given the formatting of Plaintiff's trial exhibit list, Defendant lists its objections below corresponding to the number of the proposed exhibit on Plaintiff's list.

| # | OBJECTION |
|---|---|
| P1 | |
| P2 | |
| P3 | |
| P4 | A, I, R, H, UP |
| P5 | A, I, R, H, UP |
| P6 | A, I, R, H, UP |
| P7 | A, H |
| P8 | A, I, R, H, UP |
| P9 | A, I, R, H, UP |
| P10 | A, I, R, H, UP |
| P11 | A, I, R, H, UP |
| P12 | A, I, R, H, UP |
| P13 | A, I, R, H, UP |
| P14 | A, I, R, H, UP |

| | |
|---|---|
| P15 | A, I, R, H, UP |
| P16 | A, I, R, H, UP |
| P17 | A, I, R, H, UP |
| P18 | |
| P19 | A |
| P20 | A, I, R, H, UP |
| P21 | A, I, R, H, UP |
| P22 | A, I, R, H, UP |
| P23 | |
| P24 | A, I, R, H, UP |
| P25 | A, I, R, H, UP |
| P26 | A, I, R, H, UP |
| P27 | A, I, R, H, UP |
| P28 | A, I, R, H, UP |
| P29 | A, I, H |
| P30 | A, I, H |
| P31 | A |
| P32 | A, I, R |
| P33 | |
| P34 | A, I, R, H, UP |
| P35 | A, I, R, H |
| P36 | A |
| P37 | A |

| P38 | A |
|-----|---|
| P39 | A |
| P40 | A |
| P41 | A |
| P42 | A |
| P43 | A |
| P44 | A |
| P45 | A |
| P46 | A |
| P47 | A |
| P48 | A |
| P49 | A |
| P50 | A |
| P51 | A |
| P52 | A |
| P53 | A |
| P54 | A |
| P55 | A |
| P56 | A |
| P57 | A |
| P58 | A |
| P59 | A |
| P60 | A |

| P61 | A |
|---|---|
| P62 | A |
| P63 | A |
| P64 | A |
| P65 | A |
| P66 | A |
| P67 | A |
| P68 | A |
| P69 | A |
| P70 | A |
| P71 | A |
| P72 | A |
| P73 | A |
| P74 | A |
| P75 | A |
| P76 | A |
| P77 | A |
| P78 | A |
| P79 | A |
| P80 | A |
| P81 | A |
| P82 | A |
| P83 | A |

| | |
|---|---|
| P84 | A |
| P85 | A |
| P86 | A |
| P87 | A |
| P88 | A, I, R, H |
| P90 | A, I, R, H |
| P91 | A, I, R, H, UP |
| P92 | A, I, R, H, UP |
| P93 | A, I, R, H, UP |
| P94 | A, I, R, H, UP |
| P95 | A, I, R, H, UP |
| P96 | A, I, R, H, UP |
| P97 | A, I, R, H, UP |
| P98 | A, I, R, H, UP |