UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24549-McALILEY
(CONSENT CASE)

TAIANA COKE,

  Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian corporation,

  Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING DEPOSITION DESIGNATIONS

Plaintiff, through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, the applicable Local Rules of the Southern District and this Court's Scheduling Order (DE 12) and Amended Scheduling Order of August 4, 2021 (DE 34), hereby gives notice of filing designations of the following listed deposition:

Naseem Beaucham, M.D. taken on January 14, 2022.

Dated: April 5, 2022
Miami, FL

      Respectfully submitted,

      **s/Philip M. Gerson**
      Philip M. Gerson, Esq.
      Florida Bar No. 127290
      pgerson@gslawusa.com
      Gerson& Schwartz, P.A.
      1980 Coral Way
      Miami, Florida 33145
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this April 5, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

<u>s/Philip M. Gerson</u>
Philip M. Gerson, Esq.
Florida Bar No. 127290
ngerson@gslawusa.com
Gerson& Schwartz, P.A.
*Attorneys for Plaintiff*

**SERVICE LIST**

**CASE NO. 20-CV-24549-McALILEY**
**(CONSENT CASE)**

**Philip M. Gerson, Esq.**
Florida Bar No.: 127290
pgerson@gslawusa.com
**Nicholas I. Gerson, Esq.**
Florida Bar No. 20899
ngerson@gslawusa.com
**Edward S. Schwartz , Esq.**
Florida Bar No. 346721
eschwartz@gslawusa.com
**David L. Markel, Esq.**
Florida Bar No. 78306
dmarkel@gslawusa.com
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, Florida 33145
Telephone:(305) 371-6000
Facsimile:(305) 371-5749
*Attorneys for Plaintiff*

**Michael J. Drahos, Esq.**
Florida Bar No. 0617059
Michael.drahos@gray-robinson.com
**Cooper Jarnagin, Esq.**
Florida Bar No. 117767
Cooper.Jarnagin@gray-robinson.com
Lilia.Parker@gray-robinson.com
GRAYROBINSON, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

**Nicholas Applin, Esq.**
Florida Bar No.: 092243
napplin@rccl.com
ROYAL CARIBBEAN CRUISES, LTD.
1080 Caribbean Way
Miami, FL  33132
Telephone: (305) 982-2046
Alt. Tel.: (305) 539-4457
Fax: (305) 539-6561
*Attorneys for Defendant*

NASEEM BEAUCHMAN, M.D.

DEPOSITION DESIGNATIONS

JANUARY 14, 2022

# TextMap Annotation Digest Report

**Case Name:** Coke v. RCCL
**Transcript:**   [1/14/2022] Naseem Beauchman, MD 01-14-2022_AMICUS

**Pg: 4 Ln: 7 - 18**

**Pg: 4 Ln: 23 - Pg: 5 Ln: 3**

**Pg: 8 Ln: 19 - 21**

**Pg: 9 Ln: 24 - Pg: 10 Ln: 22**

**Pg: 11 Ln: 2 - 7**

**Pg: 15 Ln: 3 - 15**

**Pg: 16 Ln: 18 - 20**

**Pg: 17 Ln: 1 - 22**

**Pg: 21 Ln: 15 - 24**

**Pg: 27 Ln: 11 - 18**

**Pg: 27 Ln: 19 - 24**

**Pg: 28 Ln: 3 - 9**

**Pg: 28 Ln: 17 - 25**

**Pg: 29 Ln: 4 - 5**

**Pg: 29 Ln: 23 - Pg: 30 Ln: 10**

**Pg: 30 Ln: 16 - Pg: 31 Ln: 4**

**Pg: 31 Ln: 16 - 22**

**Pg: 32 Ln: 10 - 13**

**Pg: 32 Ln: 16 - Pg: 33 Ln: 4**

**Pg: 33 Ln: 5 - 8**

**Pg: 33 Ln: 13 - 15**

**Pg: 33 Ln: 18 - 20**

**Pg: 33 Ln: 23 - Pg: 34 Ln: 1**

**Pg: 34 Ln: 14 - 18**

**Pg: 36 Ln: 5 - 18**

**Pg: 36 Ln: 22 - Pg: 37 Ln: 6**

**Pg: 38 Ln: 9 - 16**

# TextMap Annotation Digest Report

**Case Name:** Coke v. RCCL
**Transcript:** [1/14/2022] Naseem Beauchman, MD 01-14-2022_AMICUS

**Pg: 46 Ln: 18 - 25**

**Pg: 47 Ln: 15 - 20**

**Pg: 48 Ln: 9 - 12**

**Pg: 48 Ln: 13 - 16**

**Pg: 48 Ln: 17 - 23**

**Pg: 49 Ln: 24 - Pg: 50 Ln: 11**

**Pg: 52 Ln: 5 - 17**

**Pg: 52 Ln: 23 - 25**

**Pg: 53 Ln: 14 - 16**

**Pg: 53 Ln: 17 - 25**

**Pg: 54 Ln: 3 - 6**

**Pg: 55 Ln: 16 - 25**

**Pg: 56 Ln: 7 - 11**

**Pg: 56 Ln: 12 - 18**

**Pg: 58 Ln: 19 - Pg: 59 Ln: 7**

**Pg: 59 Ln: 9 - 16**

**Pg: 59 Ln: 18 - 23**

**Pg: 60 Ln: 16 - 22**

**Pg: 61 Ln: 16 - 19**

**Pg: 62 Ln: 3 - 5**

**Pg: 62 Ln: 22 - 25**

**Pg: 63 Ln: 14 - 21**

**Pg: 63 Ln: 23 - Pg: 64 Ln: 6**

**Pg: 64 Ln: 22 - Pg: 65 Ln: 1**

**Pg: 65 Ln: 2 - 7**

**Pg: 65 Ln: 10 - 17**

**Pg: 65 Ln: 18 - 23**

# TextMap Annotation Digest Report

**Case Name:** Coke v. RCCL
**Transcript:** [1/14/2022] Naseem Beauchman, MD 01-14-2022_AMICUS

**Pg: 66 Ln: 21 - Pg: 67 Ln: 4**

**Pg: 69 Ln: 12 - 18**

**Pg: 69 Ln: 23 - Pg: 70 Ln: 2**

**Pg: 70 Ln: 14 - 21**

**Pg: 70 Ln: 23 - 25**

**Pg: 71 Ln: 1 - 10**

**Pg: 71 Ln: 11 - 15**

**Pg: 73 Ln: 1 - Pg: 74 Ln: 15**

**Pg: 74 Ln: 21 - Pg: 75 Ln: 11**

**Pg: 75 Ln: 12 - Pg: 76 Ln: 1**

**Pg: 76 Ln: 3 - 5**

**Pg: 76 Ln: 7 - 18**

**Pg: 76 Ln: 21 - Pg: 77 Ln: 2**

**Pg: 77 Ln: 11 - 22**

**Pg: 77 Ln: 24 - Pg: 78 Ln: 9**

**Pg: 78 Ln: 11 - 17**

**Pg: 78 Ln: 19 - Pg: 79 Ln: 8**

**Pg: 79 Ln: 9 - 18**

**Pg: 79 Ln: 19 - 23**

**Pg: 80 Ln: 11 - 18**

**Pg: 81 Ln: 4 - 8**

**Pg: 81 Ln: 9 - 19**

**Pg: 81 Ln: 22 - Pg: 82 Ln: 6**

**Pg: 82 Ln: 12 - Pg: 83 Ln: 2**

**Pg: 83 Ln: 11 - 18**