UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24549-MCALILEY
[CONSENT CASE]

TAIANA COKE,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian corporation,

      Defendants.

_____/

## DEFENDANT'S NOTICE OF FILING CROSS-DESIGNATIONS OF ROYAL CARIBBEAN'S CORPORATE REPRESENTATIVE, ALAN BOYD, M.D. AND RICHARD SUTTON, M.D.

Plaintiff, ROYAL CARIBBEAN CRUISES LTD., hereby notices the filing of the cross-designations of Royal Caribbean Cruises Ltd.'s Corporate Representative, Alan Boyd, M.D. and Richard Sutton attached hereto.[1]

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive
Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No.: 117767
*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Lilia.Parker@Gray-Robinson.com*

---

[1] Defendant hereby provides the following cross designations in an abundance of caution without waiving, and specifically reserving, any and all objections to Plaintiff reading deposition transcripts of her retained experts, Dr. Alan Boyd and Dr. Richard Sutton in lieu of live trial testimony.

## Corporate Representative Deposition [8/3/2021] Cross-Designations

Pg: 91 Ln: 6 – Pg: 96 Ln: 15

Pg: 97 Ln: 2 – 15

Pg: 99 Ln: 5 – Pg: 100 Ln: 14

Pg: 101 Ln: 13 – Pg: 102 Ln: 25

Pg: 104 Ln: 9 – Pg: 105 Ln: 19

Pg: 107 Ln: 7-11, 18-25

Pg: 149 Ln: 11 – Pg: 150: Ln: 11

Pg: 144 Ln: 22 – Pg: 145: Ln: 16

Pg: 143 Ln: 2—Pg:144 Ln: 10

Pg: 145 Ln: 17 -  Pg: 146 Ln: 7

## Alan Boyd, M.D. Deposition [1/10/2022]Cross-Designations

Pg: 12 Ln: 1 – Pg: 13 Ln:7

Pg: 13 Ln: 19 – Pg: 14 Ln: 24

Pg: 15 Ln: 9-15

Pg: 16 Ln:17 – Pg: 17 Ln: 5

Pg: 18 Ln:14-17

Pg: 20 Ln:14 – Pg:21 Ln: 18

Pg: 23 Ln: 15-22

Pg: 29 Ln: 16-18

Pg: 29 Ln: 24 – Pg: 30 Ln: 3

Pg: 30 Ln: 21 – Pg: 32 Ln: 9

Pg: 33 Ln: 5 – 14

Pg: 36 Ln: 17 – Pg. 37 Ln: 10

Pg: 38 Ln: 22 – Pg: 39 Ln: 18

Pg: 40 Ln: 13-24

Pg: 41 Ln: 2-5

Pg: 41 Ln: 15 – Pg: 42 Ln: 1

## **Richard Sutton, M.D. Deposition [1/21/2022] Cross-Designations**

Pg: 10 Ln: 6 – Pg: 12 Ln: 20

Pg: 13 Ln: 4 – Pg: 15 Ln: 24

Pg: 24 Ln: 20 – Pg: 25 Ln: 20

Pg: 26 Ln: 4-23

Pg: 28 Ln 13 – 16

Pg: 29 Ln: 11-14

Pg: 32 Ln: 25 – Pg: 41 Ln: 9

Pg: 41 Ln: 24 – Pg: 44 Ln: 14

Pg: 50 Ln: 14 – Pg: 52 Ln: 13

Pg: 53 Ln: 1 – Pg: 54 Ln: 14

Pg: 55 Ln: 3 – Pg: 55 Ln: 18

Pg: 60 Ln: 15 - 19

Pg: 63 Ln: 1 - 10

Pg: 64 Ln: 3 - 5

Pg: 64 Ln: 14 – Pg: 66 Ln: 7

Pg: 66 Ln: 11 – Pg: 68 Ln: 1

Pg: 69 Ln: 2 – Pg: 70 Ln:12

Pg: 71 Ln: 2 - 3

Pg: 73 Ln: 10 - 16

Pg: 81 Ln: 5 – 22

Pg: 83 Ln: 25 – Pg: 84 Ln: 18

Pg: 85 Ln: 2 – 10

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 8th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Michael Drahos*
Michael Drahos

**SERVICE LIST**
**CASE NO.: 1:20-cv-24549-MCALILEY**

Nicholas I. Gerson, Esq
Phillip M. Gerson, Esq..
Edward S. Schwartz, Esq.
David L. Markel, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone:  (305) 371-6000
Facsimile:  (305) 371-5749
ngerson@gslawusa.com
pgerson@gslawusa.com
eschwartz@gslawusa.com
dmarkel@gslawusa.com