UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24549-MCALILEY
[CONSENT CASE]

TAIANA COKE,

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian corporation,

     Defendants.

_____/

## DEFENDANT'S NOTICE OF FILING CROSS-DESIGNATIONS OF NASEEM BEAUCHMAN, M.D.

     Plaintiff, ROYAL CARIBBEAN CRUISES LTD., hereby notices the filing of the cross-designations of Naseem Beauchman, M.D., attached hereto.

                    Respectfully submitted,

                    GrayRobinson, P.A.
                    515 North Flagler Drive
                    Suite 650
                    West Palm Beach, Florida 33401
                    Tel: (561) 268-5727
                    Fax: (561) 268-5747

                    By: */s/Michael Drahos*
                    Michael J. Drahos
                    Florida Bar No. 0617059
                    W. Cooper Jarnagin
                    Florida Bar No.: 117767
                    *Michael.Drahos@Gray-Robinson.com*
                    *Cooper.Jarnagin@Gray-Robinson.com*
                    *Lilia.Parker@Gray-Robinson.com*

## Dr. Naseem Beauchman Deposition [1/14/2022] Cross-Designations

**PG/LN**

PG 12 LN 11-18

PG 19 LN 18-20

PG 21 LN 11-13

PG 21 LN 25- PG 22 LN 7

PG 22 LN 16-20

PG 23 LN 15- PG 24 LN 3

PG 24 LN 6-11

PG 24 LN 15-18

PG 27 LN 11- 16

PG 28 LN 3-5

PG 29 LN 7- PG 30 LN 3

PG 30 LN 11-15

PG 31 LN 5-8

PG 32 LN 1-15

PG 32 LN 21- PG 33 LN 4

PG 33 LN 13-15

PG 34 LN 2-13

PG 37 LN 2-6

PG 37 LN 13- PG 38 LN 8

PG 38 LN 17- PG 40 LN 12

PG 40 LN 20- PG 42 LN 8

PG  42 LN 21 – PG 44 LN 19

PG 84 LN 4-10

PG 45 LN 3 – PG 46 LN 13

PG 47 LN 4- PG 48 LN 8

PG 49 LN 5 – PG 52 LN 4

PG 52 LN 11-13

PG 67 LN 8-PG 68 LN 2

PG 52 LN 18- PG 53 LN 13

PG 54 LN 1-2

PG 54 LN 10-17

PG 55 LN 5-13

PG 56 LN 3-6

PG 56 LN 22- PG 57 LN 14

PG 60 LN 5-15

PG 60 LN 23- PG 61 LN 15

PG 65 LN 10-17

PG 65 LN 24 – PG 66 LN 17

PG 68 LN 12- PG 69 LN 1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 11th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Michael Drahos*
Michael Drahos

**SERVICE LIST**
**CASE NO.: 1:20-cv-24549-MCALILEY**

Nicholas I. Gerson, Esq
Phillip M. Gerson, Esq..
Edward S. Schwartz, Esq.
David L. Markel, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone:  (305) 371-6000
Facsimile:  (305) 371-5749
ngerson@gslawusa.com
pgerson@gslawusa.com
eschwartz@gslawusa.com
dmarkel@gslawusa.com